**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FAEGRE DRINKER BIDDLE & REATH LLP**
Michael P. Pompeo
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
michael.pompeo@faegredrinker.com

-and-

Patrick A. Jackson (*pro hac vice*)
Ian J. Bambrick (*pro hac vice*)
Sarah E. Silveira (*pro hac vice* pending)
222 Delaware Ave. Suite 1410
Wilmington, DE  19801
(302) 467-4200 (Telephone)
(302) 467-4201 (Facsimile)
patrick.jackson@faegredrinker.com
ian.bambrick@faegredrinker.com

*Proposed Counsel to the DAMIS Debtors and*
*Debtors in Possession*

| | |
|---|---|
| In re:<br><br>DAMIS Holdings LLC, *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 26-16439 (CMG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 100, 104, 116 & 117** |

---

[1] A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS/.  The location of DAMIS Holdings LLC's principal place of business and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

DMS_US.378036897.3

**CERTIFICATION OF COUNSEL REGARDING
INTERIM ORDER (I) AUTHORIZING THE ROCKING HORSE
DEBTORS' AND SPLASHDOWN DEBTORS' IMMEDIATE USE OF CASH
COLLATERAL AND EXISTING BANK ACCOUNTS FOR PURPOSES OF
SATISFYING GROSS SALARIES, PAYROLL TAXES, AND RELATED EXPENSES,
(II) AUTHORIZING THE ROCKING HORSE & SPLASHDOWN DEBTORS TO
SATISFY AND DIRECT PAYROLL BANKS TO HONOR CERTAIN GROSS
SALARIES AND PAYROLL TAXES OF THEIR EMPLOYEES, (III) AUTHORIZING
THE ROCKING HORSE DEBTORS' AND SPLASHDOWN DEBTORS' CONTINUED
USE OF THEIR CASH MANAGEMENT SYSTEM, TO HONOR CERTAIN
OBLIGATIONS RELATED THERETO, AND CONTINUE ADDITIONAL
TRANSACTIONS, AND (IV) GRANTING RELATED RELIEF**

MICHAEL P. POMPEO, of full age, under penalty of perjury, hereby certifies and states as follows:

1. I am an attorney at law of the State of New Jersey, and I am a partner with the law firm of Faegre Drinker Biddle & Reath LLP, proposed counsel for the above-captioned debtors and debtors in possession (collectively, the "DAMIS Debtors").

2. On June 18, 2026, Debtors Rocking Horse Ranch Landco LLC, Rock Horse Ranch Operating Co LLC, SplashDown Beach Landco LLC and SplashDown Beach Operating Co LLC (collectively, the "Rocking Horse & SplashDown Debtors"), debtors and debtors-in-possession in the above-captioned chapter 11 cases filed the *Rocking Horse & SplashDown Debtors' Emergency Motion for Entry of a Supplemental Interim Order (I) Authorizing the Rocking Horse Debtors' and SplashDown Debtors' Immediate Use of Cash Collateral and Existing Bank Accounts for Purposes of Satisfying Gross Salaries, Payroll Taxes, and Related Expenses, (II) Authorizing the Rocking Horse Ranch Debtors and the SplashDown Debtors to Satisfy and Direct Payroll Banks to Honor Certain Gross Salaries and Payroll Taxes of Their Employees, (III) Authorizing the Rocking Horse Debtors' and SplashDown Debtors' Continued Use of Their Cash Management System, to Honor Certain Obligations Related Thereto, and Continue Additional Transactions, and (IV) Granting Related Relief* [D.I. 100] (the "Motion") with the United States Bankruptcy Court for the District

2

DMS_US.378036897.3

of New Jersey (the "Court").  Attached to the Motion as **Exhibit A** was a proposed form of order (the "Proposed Emergency Order") granting the relief requested in the Motion.

3. The Rocking Horse & SplashDown Debtors received comments (the "Comments") to the Proposed Emergency Order from counsel to Visions Federal Credit Union ("Visions"), counsel to NBT Bank, N.A. ("NBT"), counsel to Mizzen Capital, LP, Mizzen Capital II, LP and Mizzen Management, LLC (collectively "Mizzen"), and the Office of the United States Trustee for the District of New Jersey (the "U.S. Trustee").  The Rocking Horse & SplashDown Debtors filed a revised form of Proposed Emergency Order on June 22, 2026 [Docket No. 116], prior to the Hearing (defined below) addressing those Comments in part (the "Revised Emergency Order").

4. On June 22, 2026, the Court held a hearing (the "Hearing") to consider approval of the relief requested by the Motion.  At the Hearing, counsel to the Rocking Horse & Splash Down Debtors represented to the Court that they were still working through certain of the Comments and believed that they would be able to reach a consensual form of order after the Hearing.  The Court indicated that it would approve the relief requested by the Motion subject to the resolution of the outstanding Comments and a further revised form of the Revised Emergency Order being submitted to the Court.

5. The DAMIS Debtors have prepared a further revised form of the Revised Emergency Order that resolves the Comments (the "Further Revised Emergency Order").  The Further Revised Emergency Order is attached hereto as **Exhibit A**.  For the convenience of the Court and all parties in interest, a blackline comparison of the Further Revised Emergency Order marked against the Revised Emergency Order is attached hereto as **Exhibit B**.  The Further Revised Emergency Order incorporates all agreed upon revisions, the U.S. Trustee, Visions,

3

DMS_US.378036897.3

Mizzen, and NBT have confirmed that their Comments have been resolved, and the Further Revised Emergency Order is ready for entry by the Court.

WHEREFORE, the Rocking Horse & SplashDown Debtors respectfully request entry of the Further Revised Interim Order at the Court's earliest convenience.

Dated:  Florham Park, New Jersey
June 23, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Michael P. Pompeo*
Michael P. Pompeo
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
michael.pompeo@faegredrinker.com

-and-

Patrick A. Jackson (*pro hac vice*)
Ian J. Bambrick (*pro hac vice*)
Sarah E. Silveira (*pro hac vice* pending)
222 Delaware Ave. Suite 1410
Wilmington, DE  19801
(302) 467-4200 (Telephone)
(302) 467-4201 (Facsimile)
patrick.jackson@faegredrinker.com
ian.bambrick@faegredrinker.com

*Proposed Counsel to the DAMIS Debtors and Debtors in Possession*

4