# EXHIBIT A

## Proposed Order

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **FAEGRE DRINKER BIDDLE & REATH LLP**<br>Michael P. Pompeo<br>600 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>(973) 549-7000 (Telephone)<br>(973) 360-9831 (Facsimile)<br>michael.pompeo@faegredrinker.com<br><br>-and-<br><br>Patrick A. Jackson (*pro hac vice*)<br>Ian J. Bambrick (*pro hac vice*)<br>Sarah E. Silveira (*pro hac vice* pending)<br>222 Delaware Ave. Suite 1410<br>Wilmington, DE  19801<br>(302) 467-4200 (Telephone)<br>(302) 467-4201 (Facsimile)<br>patrick.jackson@faegredrinker.com<br>ian.bambrick@faegredrinker.com<br>sarah.silveira@faegredrinker.com<br><br>*Proposed Counsel to the DAMIS Debtors and*<br>*Debtors in Possession* | |
| In re:<br><br>DAMIS Holdings LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16439 (CMG)<br><br>(Jointly Administered) |

**ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' THIRTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF**

---

[1] A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS/.  The location of DAMIS Holdings LLC's principal place of business and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

(Page 2)

Debtors:                DAMIS HOLDINGS LLC, *et al.*

Case No.:               26-16439 (CMG)

Caption of Order:       ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' THIRTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through seven (7), is hereby

**ORDERED**.

2

DMS_US.377934735.5

(Page 3)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' THIRTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF |

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (the "DAMIS Debtors") for the entry of an order (i) authorizing, but not directing, the DAMIS Debtors to (a) file a consolidated list of the DAMIS Debtors' thirty (30) largest unsecured creditors, (b) file a consolidated list of creditors in lieu of filing separate creditor lists and mailing matrices for each DAMIS Debtor, and (c) redact certain personally identifiable information of natural persons; and (ii) granting related relief, all as more fully set forth in the Motion; and upon consideration of the record of the Chapter 11 Cases; and the Court having found that due and proper notice of the Motion has been given and no other or further notice of the Motion is required; and the Court having found that it has jurisdiction to consider the Motion under 28 U.S.C. §§ 1334 and 157, and the Standing Order; and the Court having found that its consideration of the Motion and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b) and that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of these proceedings and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3

DMS_US.377934735.5

(Page 4)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' THIRTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF |

1.      The Motion is GRANTED on a final basis as set forth herein.

2.      The DAMIS Debtors are authorized pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1007(d), and Local Rule 1007-1 to submit a Consolidated Creditor Matrix; *provided* that if any of these Chapter 11 Cases converts to a case under chapter 7 of the Bankruptcy Code, the applicable DAMIS Debtor shall file a list of its own top thirty (30) unsecured creditors within fourteen (14) days of such conversion.

3.      The DAMIS Debtors are authorized on a final basis to file a single consolidated list of their thirty (30) largest unsecured creditors in lieu of filing a separate creditor list and mailing matrix for each DAMIS Debtor.

4.      The DAMIS Debtors are authorized on a final basis to file a consolidated list of creditors in the lead case in lieu of filing a separate creditor list and mailing matrix for each DAMIS Debtor.

5.      The DAMIS Debtors are authorized on a final basis pursuant to sections 107(b) and 107(c) of the Bankruptcy Code to redact (i) the names, addresses and email addresses of minors, (ii) the names, addresses and email addresses of their employees, and (iii) addresses and email addresses of other natural persons other than minors or employees from any filings with the Court or made publicly available in these Chapter 11 Cases; *provided, however,* that the U.S. Trustee reserves all rights with respect to such redactions at a hearing regarding confirmation of a chapter

4

DMS_US.377934735.5

(Page 5)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' THIRTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF |

11 plan, or thereafter, in connection with a conversion of the DAMIS Debtors' Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code or a dismissal of the Chapter 11 Cases.

6.      The DAMIS Debtors shall provide an unredacted version of the Consolidated Creditor Matrix, schedules and statements, and any other filings redacted pursuant to this Order to (a) the Court, (b) the U.S. Trustee, (c) counsel to any official committee of unsecured creditors appointed in these Chapter 11 Cases, (d) the Proposed Claims and Noticing Agent, and (e) any party in interest reasonably related to these Chapter 11 Cases, upon a request to the DAMIS Debtors (email being sufficient) or to the Court that represents that the unredacted list will be utilized solely for giving notice in the Chapter 11 Cases and otherwise be maintained in confidence; *provided* that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request.  In each case, this would be subject to a review of whether such disclosure, on a case-by-case basis, would violate the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, or any other privacy obligation under any privacy or data protection law or regulation.  The DAMIS Debtors shall inform the U.S. Trustee promptly after denying any request for an unredacted document pursuant to this Order.

7.      The DAMIS Debtors shall file a redacted version of the Consolidated Creditor Matrix, schedules and statements, or other document filed with the Court as well as post it on the website of the Proposed Claims and Noticing Agent.

DMS_US.377934735.5

(Page 6)

Debtors:            DAMIS HOLDINGS LLC, *et al.*

Case No.:           26-16439 (CMG)

Caption of Order:   ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' THIRTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF

8.      The DAMIS Debtors shall file an unredacted Consolidated Creditor Matrix under seal with the Court.

9.      The DAMIS Debtors shall cause the Consolidated Creditor Matrix to be made available in readable electronic format, or in non-electronic format at the requesting party's sole cost and expense, upon reasonable request by parties in interest.

10.     The DAMIS Debtors, through the Proposed Claims and Noticing Agent, are authorized, on a final basis, to serve all pleadings and papers on all parties listed on the Consolidated Creditor Matrix (including via email if available).

11.     Nothing in this Order shall waive or otherwise limit the service of any document upon, or the provision of any notice to, any natural person whose personally identifiable information is sealed or redacted pursuant to this Order. Service of all documents and notices upon such natural persons shall be confirmed in the corresponding certificate of service.

12.     To the extent a party in interest files a document on the docket in these Chapter 11 Cases that is required to be served on creditors whose information is under seal pursuant to this Order, such party in interest should contact counsel for the DAMIS Debtors who shall work in good faith, with the assistance of the Proposed Claims and Noticing Agent, to effectuate the service on such party's behalf.

13.     Nothing herein precludes any party in interest from filing a motion requesting that the Court unseal information redacted pursuant to this Order.

6

DMS_US.377934735.5

(Page 7)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' THIRTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF |

14. The DAMIS Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

15. Notwithstanding any applicability of Bankruptcy Rule 6004(h) or any other applicable Bankruptcy Rule, the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

16. Notice of the Motion as provided therein satisfies the requirements of the Bankruptcy Rules and the Local Rules.

17. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

DMS_US.377934735.5