## Exhibit C

**Bank Accounts**

**DAMIS Debtors' Bank Accounts**

| | DAMIS Debtor Entity | Financial Institution | Account Number (Last Four Digits) | Account Type |
|---|---|---|---|---|
| 1. | 1101 East Glendale Boulevard Leasing LLC | Busey Bank | 2397 | |
| 2. | 11200 West Florissant Avenue Leasing LLC | bankESB | 0843 | |
| 3. | 1133 Northwest L Street Leasing LLC | Byline Bank | 0514 | |
| 4. | 1135 East Chocolate Avenue Leasing LLC | Wayne Bank | 1472 | |
| 5. | 12 Cambridge Drive Leasing LLC | bankESB | 3569 | |
| 6. | 12 Cambridge Drive Leasing LLC | Columbia Bank | | |
| 7. | 1323 Augusta West Parkway Leasing LLC | FirstBank | 5455 | |
| 8. | 1401 US Highway 49B Real Estate LLC | Bank of America | 0230 | |
| 9. | 149 Emerald Street Leasing LLC | bankESB | 3115 | |
| 10. | 149 Emerald Street Real Estate LLC | bankESB | 2109 | |
| 11. | 1600 Eastchase Parkway Leasing LLC | First Tech Federal Credit Union | 9213 | Operating |
| 12. | 1600 Eastchase Parkway Leasing LLC | First Tech Federal Credit Union | 0119 | Reserve |
| 13. | 1600 Eastchase Parkway Leasing LLC | TD Bank | 8820 | |
| 14. | 1912 Memorial Drive Real Estate LLC | TD Bank | 5319 | |
| 15. | 194 Washington Avenue Leasing LLC | Arrow Bank | 7428 | |
| 16. | 200 Great Pond Drive Leasing LLC | Windsor Federal Bank | 2944 | Operating |
| 17. | 200 Great Pond Drive Leasing LLC | Windsor Federal Bank | 2952 | Reserve |
| 18. | 201 Centre Drive Leasing LLC | Bank of Clarke | 8631 | |
| 19. | 2195 Harlem Road Leasing LLC | Bank of New Hampshire | 5385 | |
| 20. | 2203 Grand Canal Boulevard Leasing LLC | Bank of America | 8437 | |

1

| | DAMIS Debtor Entity | Financial Institution | Account Number (Last Four Digits) | Account Type |
|---|---|---|---|---|
| 21. | 2203 Grand Canal Boulevard Leasing LLC | First Tech Federal Credit Union | 3083 | |
| 22. | 2203 Grand Canal Boulevard Real Estate LLC | Bank of America | 7098 | |
| 23. | 2302 Windsong Drive Leasing LLC | Farmers & Merchants Bank | 9412 | |
| 24. | 2434 South Interstate 35E Leasing LLC | The First National Bank of McGregor | 9496 | |
| 25. | 250 Progressive Leasing LLC | First Merchants Bank | 6498 | |
| 26. | 2547 Brindle Drive Leasing LLC | Bank of America | 1472 | |
| 27. | 2547 Brindle Drive Leasing LLC | S&T Bank | 8330 | |
| 28. | 2547 Brindle Drive Leasing LLC | S&T Bank | 9994 | Cash Collateral |
| 29. | 2974 Coppercreek Road Leasing LLC | First Financial Bank | 0368 | |
| 30. | 2974 Coppercreek Road Leasing LLC | First Financial Bank | 0509 | Money Market |
| 31. | 3385 Newmark Drive LLC | First Merchants Bank | 8877 | |
| 32. | 3413 Tittabawassee Road Leasing LLC | First Financial Bank | 9846 | |
| 33. | 348 Morris Avenue Real Estate LLC | Goba Capital Inc. | 5375 | |
| 34. | 400 Greens Road Leasing LLC | Bank of America | 7245 | |
| 35. | 400 Greens Road Leasing LLC | Bank of America | 7737 | |
| 36. | 400 Greens Road Leasing LLC | First Financial Bank | 4679 | |
| 37. | 4200 Park Avenue Leasing LLC | Bank Iowa | 4817 | Operating |
| 38. | 4200 Park Avenue Leasing LLC | Bank Iowa | 9387 | Savings |
| 39. | 4200 Park Avenue Leasing LLC | Bank Iowa | 9390 | Savings |
| 40. | 4200 Park Avenue Leasing LLC | Bank Iowa | 7299 | |
| 41. | 4328 Bay Road Leasing LLC | First Financial Bank | 6490 | |
| 42. | 44 Southpoint Drive Leasing LLC | Fidelity Bank | 9626 | |
| 43. | 44 Southpoint Drive Leasing LLC | Fidelity Bank | 9634 | Money Market |
| 44. | 44 Southpoint Drive Leasing LLC | Fidelity Bank | 9642 | Money Market |
| 45. | 45 Commerce Drive Leasing LLC | Kennebec Savings Bank | 8048 | Operating |

2

| | DAMIS Debtor Entity | Financial Institution | Account Number (Last Four Digits) | Account Type |
|---|---|---|---|---|
| 46. | 45 Commerce Drive Leasing LLC | Kennebec Savings Bank | 7371 | Escrow Savings |
| 47. | 4650 Westway Park Boulevard Leasing LLC | Woodforest National Bank | 9982 | |
| 48. | 4800 USH 280 Leasing LLC | MAX Credit Union | 7215 | |
| 49. | 5707 MacCorkle Avenue Leasing LLC | First Financial Bank | 5768 | |
| 50. | 7335 Gladiolus LLC | Busey Bank | 0192 | |
| 51. | 771 Corporate Drive Leasing LLC | First Financial Bank | 4524 | |
| 52. | 830 County Road 64 Leasing LLC | TriState Capital Bank | 4722 | |
| 53. | 830 County Road 64 Leasing LLC | TriState Capital Bank | 4217 | Cash Collateral |
| 54. | 90 Pleasant Valley Street Leasing LLC | Northern Bank | 7900 | |
| 55. | Belmont Apartment Partners LLC | Bank of America | 6149 | |
| 56. | Belmont Apartment Partners LLC | Bank of America | 6152 | |
| 57. | Belmont Apartment Partners LLC | Bank of America | 6165 | |
| 58. | Belmont Apartments Partners LLC | First Tech Federal Credit Union | 0849 | |
| 59. | DAMIS Holdings LLC | Bank of America | 2081 | |
| 60. | DAMIS Holdings LLC | Bank of America | 8787 | |
| 61. | DAMIS Holdings LLC | Bank of New Hampshire | 8526 | |
| 62. | DAMIS Holdings LLC | First Financial Bank | 7373 | |
| 63. | DAMIS Holdings LLC | First Tech Federal Credit Union | 6776 | Certificate of Deposit |
| 64. | DAMIS Holdings LLC | FirstBank | 5554 | |
| 65. | DAMIS Holdings LLC | TD Bank | 5214 | |
| 66. | DASMAS Landco LLC | Bank of America | 2044 | |
| 67. | East Hartford Properties Leasing LLC | First Tech Federal Credit Union | 5422 | |
| 68. | Fairplain Plaza Leasing LLC | First Tech Federal Credit Union | 8023 | |
| 69. | Fairplain Plaza Leasing LLC | TD Bank | 0138 | |

3

| | DAMIS Debtor Entity | Financial Institution | Account Number (Last Four Digits) | Account Type |
|---|---|---|---|---|
| 70. | Highland Park Partners LLC | Bank of America | 5506 | |
| 71. | Highland Park Partners LLC | Bank of America | 5548 | |
| 72. | Highland Park Partners LLC | Bank of America | 5551 | |
| 73. | Highland Park Partners LLC | First Tech Federal Credit Union | 1342 | |
| 74. | Matteson Center Leasing LLC | Heartland Bank and Trust Company | 6647 | |
| 75. | Montclair Condo Holdings LLC | Bank of America | 8753 | |
| 76. | Oklahoma Wilshire Lofts Leasing LLC | Bank of America | 9423 | |
| 77. | Oklahoma Wilshire Lofts Leasing LLC | Bank of America | 9410 | |
| 78. | Oklahoma Wilshire Lofts Leasing LLC | The First National Bank of McGregor | 6591 | |
| 79. | Rocking Horse Ranch Operatingco LLC | Beacon Bank | | Certificate of Deposit |
| 80. | Rocking Horse Ranch Operatingco LLC | Beacon Bank | 8596 | Checking |
| 81. | Rocking Horse Ranch Operatingco LLC | Beacon Bank | 4526 | Money Market |
| 82. | Rocking Horse Ranch Operatingco LLC | NBT Bank | 3532 | Checking |
| 83. | Rocking Horse Ranch Operatingco LLC | NBT Bank | 3540 | Money Market |
| 84. | SIMAD Holdings LLC | Bank of America | 4932 | |
| 85. | South Loop West Leasing LLC | First Financial Bank | 7118 | |
| 86. | Southwest Ohio Associates LLC | JP Morgan Chase Bank | 6178 | |
| 87. | Splashdown Beach Operatingco LLC | NBT Bank | 3443 | Checking |
| 88. | Splashdown Beach Operatingco LLC | NBT Bank | 6725 | Money Market |
| 89. | Stony Creek Operating Co, LLC | First-Citizens Bank & Trust Company | 2302 | |
| 90. | Stony Creek Operating Co, LLC | TD Bank | 2865 | |
| 91. | Turnpike Road Holdings LLC | bankHometown | 8044 | |

4

|  | **DAMIS Debtor Entity** | **Financial Institution** | **Account Number (Last Four Digits)** | **Account Type** |
|---|---|---|---|---|
| 92. | WG Operatingco LLC | JP Morgan Chase Bank | 9537 |  |
| 93. | Woodlands Eagle Timber Leasing LLC | Bank Iowa | 4369 | Operating |
| 94. | Woodlands Eagle Timber Leasing LLC | Bank Iowa | 5902 | Escrow |
| 95. | Woodlands Eagle Timber Leasing LLC | Bank Iowa | 4440 | Reserve |

5

DMS_US.377973324.6