## **Exhibit D**

## **Cash Management System**





---

[1]    Certain of the DAMIS Debtors do not have a LandCo.  For these DAMIS Debtors, payments will go out from OpCo.

[2]    The flow of funds is limited and contained to the specific LandCo-OpCo pair (*e.g.*, 1101 East Glendale Boulevard Leasing LLC and 1101 East Glendale Boulevard Real Estate LLC).

DMS_US.377973324.6