## Exhibit A

### MMH Demand Letter

LAW OFFICES OF
# REGENT & ASSOCIATES
500 LOVETT BLVD., SUITE 225
HOUSTON, TEXAS 77006

Anh H. Regent
aregent@regentlawfirm.com

(713) 589-5692 TELEPHONE
(713) 456-2288 FACSIMILE

June 12, 2026

The TJX Companies, Inc.
770 Cochituate Road
Framingham, MA 01701

## NOTICE OF UCC DEMAND AND REQUEST FOR ACCOUNTS RECEIVABLES

RE:   **The Merchant Marketplace Holdings v. Matteson Center Real Estate LLC; Damis Holdings LLC & Michael Shabsels**, located at 50 Quality St #110357, Trumbull, CT 06611.

**FEIN: 87-3059813**
**SSN for Michael Shabsels: xxx-xx-2241**

To Whom It May Concern:

This law firm represents The Merchant Marketplace Holdings. We understand that your company has a business relationship with Matteson Center Real Estate LLC; Damis Holdings LLC and Michael Shabsels. Matteson Center Real Estate LLC; Damis Holdings LLC is in default on a purchase agreement to The Merchant Marketplace Holdings. That agreement is secured by a security interest in all the accounts and accounts receivables of Matteson Center Real Estate LLC; Damis Holdings LLC (a copy of the security agreement and filed UCC are attached hereto).

Because of Matteson Center Real Estate LLC; Damis Holdings LLC's default, all its accounts now belong to The Merchant Marketplace Holdings. Therefore, under UCC Section 9-406, demand is hereby made upon you to put a hold on any funds owed and not remit them to Matteson Center Real Estate LLC; Damis Holdings LLC, and to instead pay those funds directly to The Merchant Marketplace Holdings. Under the UCC, once my client has given you formal notice under the UCC of its enforcement of its security interest, and accurately identified the collateral, (*See* UCC Section 9-607(a)), you may discharge your obligation by paying my client and "***may not discharge the obligation by paying the assignor*** [Matteson Center Real Estate LLC; Damis Holdings LLC]" (UCC 9.406(a)). Therefore, the UCC requires you to pay any accounts receivables to my client and **not** pay them to Matteson Center Real Estate LLC; Damis Holdings LLC.

If you want to conduct an investigation into this matter, or further review the requirements under the UCC, I suggest you put a hold on those funds and put them into a separate reserve or trust account pending your investigation.

Matteson Center Real Estate LLC; Damis Holdings LLC currently owes The Merchant Marketplace Holdings $637,811.99.

If you any questions, feel free to contact me at the above referenced numbers, or email me.

Very truly yours,

REGENT & ASSOCIATES

By:  Anh H. Regent, Esq.