## EXHIBIT B

## Proposed Final Order

DMS_US.378027271.5

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FAEGRE DRINKER BIDDLE & REATH LLP**
Michael P. Pompeo
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
michael.pompeo@faegredrinker.com

-and-

Ian J. Bambrick (*pro hac vice*)
Patrick A. Jackson (*pro hac vice*)
Sarah E. Silveira (*pro hac vice* pending)
222 Delaware Ave. Suite 1410
Wilmington, DE  19801
(302) 467-4200 (Telephone)
(302) 467-4201 (Facsimile)
ian.bambrick@faegredrinker.com
patrick.jackson@faegredrinker.com
sarah.silveira@faegredrinker.com

*Proposed Counsel to the DAMIS Debtors and*
*Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| DAMIS Holdings LLC, *et al.*,[1] | Case No. 26-16439 (CMG) |
| Debtors. | (Jointly Administered) |

**FINAL ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO PAY
CERTAIN PREPETITION CLAIMS OF CRITICAL VENDORS AND
SERVICE PROVIDERS; (II) AUTHORIZING THE BANKS TO
HONOR AND PROCESS CHECKS AND ELECTRONIC TRANSFER
REQUESTS RELATED THERETO; AND (III) GRANTING RELATED RELIEF**

---

[1] A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS/.  The location of DAMIS Holdings LLC's principal place of business and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

DMS_US.378027271.5

(Page 2)

Debtors:                 DAMIS HOLDINGS LLC, *et al.*

Case No.:                26-16439 (CMG)

Caption of Order:        FINAL ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO PAY
                         CERTAIN PREPETITION CLAIMS OF CRITICAL VENDORS AND
                         SERVICE PROVIDERS; (II) AUTHORIZING THE BANKS TO HONOR
                         AND PROCESS CHECKS AND ELECTRONIC TRANSFER
                         REQUESTS RELATED THERETO; AND (III) GRANTING RELATED
                         RELIEF

   The relief set forth on the following pages, numbered three (2) through five (5), is hereby

**ORDERED**.

DMS_US.378027271.5

(Page 3)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | FINAL ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO PAY CERTAIN PREPETITION CLAIMS OF CRITICAL VENDORS AND SERVICE PROVIDERS; (II) AUTHORIZING THE BANKS TO HONOR AND PROCESS CHECKS AND ELECTRONIC TRANSFER REQUESTS RELATED THERETO; AND (III) GRANTING RELATED RELIEF |

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (the "DAMIS Debtors") for the entry of interim and final orders, pursuant to sections 105(a), 363(b), 1107(a), and 1108 of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004, (i) authorizing the DAMIS Debtors to pay, in their discretion, the Critical Vendor Claims in the ordinary course of business; (ii) authorizing the Banks to honor and process checks and electronic transfer requests related to the foregoing; and (iii) granting related relief; and upon consideration of the record of the Chapter 11 Cases; and the Court having found that due and proper notice of the Motion has been given and no other or further notice of the Motion is required; and the Court having found that it has jurisdiction to consider the Motion under 28 U.S.C. §§ 1334 and 157, and the Standing Order; and the Court having found that its consideration of the Motion and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b) and that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of these proceedings and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing, if any, establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DMS_US.378027271.5

(Page 4)

Debtors:            DAMIS HOLDINGS LLC, *et al.*

Case No.:           26-16439 (CMG)

Caption of Order:   FINAL ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO PAY CERTAIN PREPETITION CLAIMS OF CRITICAL VENDORS AND SERVICE PROVIDERS; (II) AUTHORIZING THE BANKS TO HONOR AND PROCESS CHECKS AND ELECTRONIC TRANSFER REQUESTS RELATED THERETO; AND (III) GRANTING RELATED RELIEF

1.      The Motion is GRANTED on a final basis as set forth herein.

2.      The DAMIS Debtors are authorized, but not directed, in their discretion, to pay, honor, or otherwise satisfy the Critical Vendor Claims, on a final basis, in the ordinary course of their business in an amount not to exceed {♦}.

3.      The DAMIS Debtors are authorized, but not directed, in the exercise of their reasonable business judgment, to condition payment of Critical Vendor Claims under this Final Order on the agreement of Vendors to continue supplying goods and services to the DAMIS Debtors on the Customary Trade Terms, or such other trade terms as are agreed to by the DAMIS Debtors and the Vendor.

4.      If any party accepts payment pursuant to the relief requested by this Final Order and thereafter does not continue to provide goods or services on Customary Trade Terms: (a) the DAMIS Debtors may demand repayment in cash or otherwise take all action to have such payment be deemed to be an improper post-petition transfer on account of a prepetition claim and (b) upon recovery by the DAMIS Debtors, any prepetition claim of such party shall be reinstated as if the payment had not been made and the deadline for such party to file a reinstated claim will be the later of (i) the general bar date established by order of this Court; or (ii) 30 days after the DAMIS Debtors provide written notice to the party of the reinstatement of its claim; and (c) if the DAMIS Debtors owe the Vendor any post-petition amounts, the DAMIS Debtors may recharacterize and apply any payment made pursuant to an order entered in connection with the Motion to reduce such outstanding post-petition amounts, and the DAMIS Debtors may then take any and all

4

DMS_US.378027271.5

(Page 5)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | FINAL ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO PAY CERTAIN PREPETITION CLAIMS OF CRITICAL VENDORS AND SERVICE PROVIDERS; (II) AUTHORIZING THE BANKS TO HONOR AND PROCESS CHECKS AND ELECTRONIC TRANSFER REQUESTS RELATED THERETO; AND (III) GRANTING RELATED RELIEF |

appropriate steps to cause such Vendor to return payments made to it on account of its prepetition claim to the extent such payments exceed the post-petition amounts then owing to such Vendor.

5.      The Banks are authorized, when requested by the DAMIS Debtors, in the DAMIS Debtors' discretion, to honor and process checks or electronic fund transfers drawn on the DAMIS Debtors' bank accounts to pay prepetition obligations authorized to be paid hereunder, whether such checks or other requests were submitted prior to, or after, the Petition Date, provided that sufficient funds are available in the applicable bank accounts to make such payments. The Banks may rely on the representations of the DAMIS Debtors with respect to whether any check or other transfer drawn or issued by the DAMIS Debtors prior to the Petition Date should be honored pursuant to this Final Order, and any such Bank shall not have any liability to any party for relying on such representations by the DAMIS Debtors, as provided for in this Final Order.

6.      The DAMIS Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

7.      Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Final Order shall be effective and enforceable immediately upon its entry.

8.      Notice of the Motion as provided therein satisfies the requirements of Bankruptcy Rule 6004(a) and the Local Rules.

9.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Final Order.

5