**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FAEGRE DRINKER BIDDLE & REATH LLP**
Michael P. Pompeo
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
michael.pompeo@faegredrinker.com

-and-

Patrick A. Jackson (*pro hac vice* pending)
Ian J. Bambrick (*pro hac vice* pending)
222 Delaware Ave. Suite 1410
Wilmington, DE  19801
(302) 467-4200 (Telephone)
(302) 467-4201 (Facsimile)
patrick.jackson@faegredrinker.com
ian.bambrick@faegredrinker.com

*Proposed Counsel to the DAMIS Debtors and*
*Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| DAMIS Holdings LLC, *et al.*,[1] | Case No. 26-16439 (CMG) |
| Debtors. | (Jointly Administered)<br>**Re: D.I. 103, 139, 149, 151, 155,**<br>**156 & 158** |

## NOTICE OF FILING OF REVISED ORDERS WITH RESPECT TO CERTAIN FIRST DAY MOTIONS

---

[1] A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS/.  The location of DAMIS Holdings LLC's principal place of business and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

DMS_US.378158108.2

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "DAMIS Debtors") filed the following motions (collectively, the "Motions") on the dates identified below:

a) *DAMIS Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the DAMIS Debtors to (A) Pay Prepetition Employee Obligations and (B) Maintain and Continue Employee Benefit Programs and Pay Administrative Obligations Related Thereto; (II) Modifying the Automatic Stay with Respect to the Workers' Compensation Program; (III) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief* [D.I. 155; 6/24/26] (the "Wages Motion")

b) *DAMIS Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Payment; (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment; and (IV)Granting Related Relief* [D.I. 156, 6/24/26] (the "Utility Motion")

c) *DAMIS Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the DAMIS Debtors to Pay Certain Prepetition Claims of Critical Vendors and Service Providers, (II) Authorizing the Banks to Honor and Process Checks and Electronic Transfer Requests Thereto; and (III) Granting Related Relief* [D.I. 158, 6/24/26] (the "Critical Vendors Motion")

d) *DAMIS Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the DAMIS Debtors to (A) File a Consolidated List of the DAMIS Debtors' Thirty Largest Unsecured Creditors, (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for each DAMIS Debtor, and (C) Redact Certain Personally Identifiable Information of Natural Persons; and (II) Granting Related Relief* [D.I. 139, 6/23/26] (the "Consolidated Matrix Motion")

e) *DAMIS Debtors' Motion for Entry of Interim and Final Orders (I) Granting Authority to (A) Continue Using the Cash Management System, Business Forms, and Books and Records and Pay All Fees Related Thereto, (B) Implement Ordinary Course Changes to Cash Management System, Including Opening and Closing Accounts, (C) Continue Intercompany Transactions; (II) Granting Administrative Expense Status to Postpetition Intercompany Transactions; and (III) Granting Related Relief* [D.I. 151, 6/24/26] (the "Cash Management Motion")

f) *DAMIS Debtors' Motion for an Order (I) Confirming, Restating, and Enforcing the Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of the Bankruptcy Code, and (II) Granting Related Relief* [D.I. 149, 6/24/26] (the "Stay Enforcement Motion")

2

g) *DAMIS Debtors' Motion for Entry of an Order (I) Extending Time to File the Schedules of Assets and Liabilities, and Statements of Financial Affairs; and (II) Granting Related Relief* [D.I. 103, 6/18/26] (the "Schedules and Statements Extension Motion")

**PLEASE TAKE FURTHER NOTICE** that proposed forms of order approving the Motions, on either an interim or final basis as applicable, were attached to the Motions as **Exhibit A** (collectively, the "Proposed Orders").

**PLEASE TAKE FURTHER NOTICE** that, following the filing of the Motions, the DAMIS Debtors received informal comments to the applicable Proposed Orders from the Office of the United States Trustee for the District of New Jersey (the "U.S. Trustee") and informal comments from counsel to Woodforest National Bank to the interim form of the Proposed Order for the Cash Management Motion (collectively, the "Comments").

**PLEASE TAKE FURTHER NOTICE** that the DAMIS Debtors have revised the Proposed Orders (the "Revised Orders") to address the Comments and incorporate certain other minor revisions.

**PLEASE TAKE FURTHER NOTICE** that blacklines of the Revised Orders against the Proposed Orders (the "Blacklines") showing the revisions are attached hereto for the convenience of the Court and parties in interest:

**Exhibit A**: Blackline of the Wages Motion Revised Interim Order

**Exhibit B**: Blackline of the Utilities Motion Revised Interim Order

**Exhibit C**: Blackline of the Critical Vendors Motion Revised Interim Order

**Exhibit D**: Blackline of the Consolidated Matrix Motion Revised Interim Order

**Exhibit E**: Blackline of Cash Management Motion Revised Interim Order

**Exhibit F**: Blackline of Stay Enforcement Motion Revised Order

**Exhibit G**: Blackline of Schedules and Statements Extension Motion Revised Order

**PLEASE TAKE FURTHER NOTICE THAT** the DAMIS Debtors intend to present the Revised Orders at a hearing, to be conducted via Zoom, on **June 26, 2026, at 11:00 a.m. (ET)** before the Honorable Christine M. Gravelle.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Motions and all other documents filed in the Chapter 11 Cases may be obtained by parties in interest free of charge on the dedicated webpage related to these Chapter 11 Cases maintained by the claims and noticing agent in these cases, https://restructuring.ra.kroll.com/DAMIS/Home-Index.

DMS_US.378158108.2

Dated: Florham Park, New Jersey
   June 26, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Michael P. Pompeo*
Michael P. Pompeo
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
michael.pompeo@faegredrinker.com

-and-

Patrick A. Jackson (*pro hac vice* pending)
Ian J. Bambrick (*pro hac vice* pending)
222 Delaware Ave. Suite 1410
Wilmington, DE  19801
(302) 467-4200 (Telephone)
(302) 467-4201 (Facsimile)
patrick.jackson@faegredrinker.com
ian.bambrick@faegredrinker.com

*Proposed Counsel to the DAMIS Debtors and
Debtors in Possession*

DMS_US.378158108.2