## **Exhibit D**

Blackline of the Consolidated Matrix Motion Revised Order

DMS_US.378158108.1

| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| **FAEGRE DRINKER BIDDLE & REATH LLP** Michael P. Pompeo 600 Campus Drive Florham Park, New Jersey 07932-1047 (973) 549-7000 (Telephone) (973) 360-9831 (Facsimile) michael.pompeo@faegredrinker.com  -and-  Patrick A. Jackson (*pro hac vice*) Ian J. Bambrick (*pro hac vice*) Sarah E. Silveira (*pro hac vice* pending) 222 Delaware Ave. Suite 1410 Wilmington, DE 19801 (302) 467-4200 (Telephone) (302) 467-4201 (Facsimile) patrick.jackson@faegredrinker.com ian.bambrick@faegredrinker.com sarah.silveira@faegredrinker.com  *Proposed Counsel to the DAMIS Debtors and Debtors in Possession* |

| | |
|---|---|
| In re: | Chapter 11 |
| DAMIS Holdings LLC, *et al.*,[1] | Case No. 26-16439 (CMG) |
| Debtors. | (Jointly Administered) |

**INTERIM ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' ~~THIRTY~~FIFTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE**

---

[1] A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS/. The location of DAMIS Holdings LLC's principal place of business and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

(Page 2)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | INTERIM ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' ~~THIRTY~~FIFTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF |

## INFORMATION OF <u>NATURAL PERSONS;</u> <u>AND (II) GRANTING RELATED RELIEF</u>

The relief set forth on the following pages, numbered two (2) through seven (7), is hereby

**ORDERED**.

(Page 3)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | INTERIM ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' ~~THIRTY~~FIFTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF |

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (the "DAMIS Debtors") for the entry of an interim and final order (i) authorizing, but not directing, the DAMIS Debtors to (a) file a consolidated list of the DAMIS Debtors' ~~thirty~~fifty (~~30~~50) largest unsecured creditors, (b) file a consolidated list of creditors in lieu of filing separate creditor lists and mailing matrices for each DAMIS Debtor, and (c) redact certain personally identifiable information of natural persons; and (ii) granting related relief, all as more fully set forth in the Motion; and upon consideration of the record of the Chapter 11 Cases; and the Court having found that due and proper notice of the Motion has been given and no other or further notice of the Motion is required; and the Court having found that it has jurisdiction to consider the Motion under 28 U.S.C. §§ 1334 and 157, and the Standing Order; and the Court having found that its consideration of the Motion and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b) and that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of these proceedings and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page 4)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | INTERIM ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' ~~THIRTY~~FIFTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF |

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED on ~~a final~~an interim basis as set forth herein.

2.      Any objections to the entry of this Interim Order, to the extent not withdrawn or settled, are overruled.

3.      The Court shall hold a final hearing on the relief sought in the Motion on _____, 2026, at _____ (ET) (the "Final Hearing").  Any party-in-interest objecting to the relief sought at the Final Hearing or the Proposed Final Order shall file and serve a written objection, which objection shall be served upon (i) proposed counsel to the DAMIS Debtors, Faegre Drinker Biddle & Reath LLP, 600 Campus Drive, Florham Park, New Jersey 07932, Attn: Michael Pompeo (michael.pompeo@faegredrinker.com), and 222 Delaware Ave., Suite 1410, Wilmington, DE 19801, Attn: Ian Bambrick (ian.bambrick@faegredrinker.com), Patrick Jackson (patrick.jackson@faegredrinker.com), and Sarah Silveira (sarah.silveira@faegredrinker.com), (ii) counsel to any official committee of unsecured creditors appointed in these Chapter 11 Cases; (iii) the Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, New Jersey 07102, Attn: Jeffrey M. Sponder, Esq. (Jeffrey.M.Sponder@usdoj.gov), and (iv) any party that has requested notice

(Page 5)

Debtors:          DAMIS HOLDINGS LLC, *et al.*

Case No.:         26-16439 (CMG)

Caption of Order: INTERIM ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' ~~THIRTY~~FIFTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF

pursuant to Bankruptcy Rule 2002, in each case no later than _____, 2026, at 4:00 p.m. (ET).  If no objections to the entry of the Proposed Final Order are timely-filed, this Court may enter the Proposed Final Order without further notice or a hearing.  The DAMIS Debtors shall file a notice of the Final Hearing within two business days after entry of this Interim Order.

4.      ~~2.~~ The DAMIS Debtors are authorized, but not directed, on an interim basis, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1007(d), and Local Rule 1007-1 to submit a Consolidated Creditor Matrix; *provided* that if any of these Chapter 11 Cases converts to a case under chapter 7 of the Bankruptcy Code, the applicable DAMIS Debtor shall file a list of its own ~~top thirty (30) unsecured creditors~~separate mailing matrix and provide the Clerk's office with the mailing matrix within fourteen (14) days of such conversion.

5.      ~~3.~~ The DAMIS Debtors are authorized ~~on a final~~, but not directed, on an interim basis to file a single consolidated list of their ~~thirty~~fifty (~~30~~50) largest unsecured creditors in ~~lieu of filing a separate creditor list and mailing matrix for each DAMIS Debtor.~~

~~4. The DAMIS Debtors are authorized on a final basis to file a consolidated list of creditors in~~ the lead case, excluding insiders, in lieu of filing a separate creditors list and mailing matrix for each DAMIS Debtor.

(Page 6)

Debtors:            DAMIS HOLDINGS LLC, *et al.*
Case No.:           26-16439 (CMG)
Caption of Order:   INTERIM ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' ~~THIRTY~~FIFTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF

6.    ~~5.~~ The DAMIS Debtors are authorized ~~on a final~~, but not directed, on an interim basis pursuant to sections 107(b) and 107(c) of the Bankruptcy Code to redact (i) the names, addresses and email addresses of ~~minors, (ii) the names, addresses and email addresses of~~ their employees, and (ii~~i~~) addresses and email addresses of other natural persons other than ~~minors or~~ employees from any filings with the Court or made publicly available in these Chapter 11 Cases; *provided, however,* that the U.S. Trustee reserves all rights with respect to such redactions at a hearing regarding confirmation of a chapter 11 plan, or thereafter, in connection with a conversion of the DAMIS Debtors' Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code or a dismissal of the Chapter 11 Cases.

7.    ~~6.~~ The DAMIS Debtors shall provide an unredacted version of the Consolidated Creditor Matrix, schedules and statements, and any other filings redacted pursuant to this Interim Order to (a) the Court, (b) the U.S. Trustee, (c) counsel to any official committee of unsecured creditors appointed in these Chapter 11 Cases, (d) the Proposed Claims and Noticing Agent, and (e) any party in interest ~~reasonably related to these Chapter 11 Cases, upon a request to the DAMIS Debtors (email being sufficient) or to the Court that represents that the unredacted list will be utilized solely for giving notice in the Chapter 11 Cases and otherwise be maintained in confidence~~; *provided* that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request.  In each case, this would be

(Page 7)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | INTERIM ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' ~~THIRTY~~FIFTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF |

subject to a review of whether such disclosure, on a case-by-case basis, would violate the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, or any other privacy obligation under any privacy or data protection law or regulation.  The DAMIS Debtors shall inform the U.S. Trustee promptly after denying any request for an unredacted document pursuant to this Interim Order.

8.    Nothing in this Interim Order prohibits any employees or any other natural persons from voluntarily identifying itself in connection with these Chapter 11 Cases, or voluntarily disclosing any of its contact information.  Nothing in this Interim Order exempts any employees or any other natural persons from compliance with Bankruptcy Rule 2019.

9.    ~~7.~~ The DAMIS Debtors shall file a redacted version of the Consolidated Creditor Matrix, schedules and statements, or other document filed with the Court as well as post it on the website of the Proposed Claims and Noticing Agent.

10.    ~~8.~~ The DAMIS Debtors shall file an unredacted Consolidated Creditor Matrix under seal with the Court.

11.    ~~9.~~ The DAMIS Debtors shall cause the Consolidated Creditor Matrix to be made available in readable electronic format, or in non-electronic format ~~at the requesting party's sole cost and expense~~, upon reasonable request by parties in interest.

(Page 8)

Debtors:         DAMIS HOLDINGS LLC, *et al.*
Case No.:        26-16439 (CMG)
Caption of Order: INTERIM ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' ~~THIRTY~~FIFTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF

12. ~~10.~~ The DAMIS Debtors~~, through~~ shall cause the U.S. Trustee's Questionnaire for Official Committee of Unsecured Creditors to be posted to the DAMIS Debtors' case website maintained by the Proposed Claims and Noticing Agent~~, are authorized, on a final basis, to serve all pleadings and papers on all parties listed on the Consolidated Creditor Matrix (including via email if available).~~ at https://restructuring.ra.kroll.com/DAMIS/.

13. ~~11.~~ Nothing in this Interim Order shall waive or otherwise limit the service of any document upon, or the provision of any notice to, any natural person whose personally identifiable information is sealed or redacted pursuant to this Interim Order. Service of all documents and notices upon such natural persons whose personally identifiable information is sealed or redacted pursuant to this Interim Order shall be confirmed in the corresponding certificate of service.

14. Nothing contained in the Motion, or this Interim Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases, and this Interim Order shall be without prejudice to the rights of the DAMIS Debtors to seek entry of an order substantively consolidating their respective cases.

15. ~~12.~~ To the extent a party in interest files a document on the docket in these Chapter 11 Cases that is required to be served on creditors whose information is under seal pursuant to this Interim Order, such party in interest should contact counsel for the DAMIS

(Page 9)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | INTERIM ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' ~~THIRTY~~FIFTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF |

Debtors who shall work in good faith, with the assistance of the Proposed Claims and Noticing Agent, to effectuate the service on such party's behalf.

16.   ~~13.~~ Nothing herein precludes any party in interest from filing a motion requesting that the Court unseal information redacted pursuant to this Interim Order.

17.   ~~14.~~ The DAMIS Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

18.   ~~15.~~ Notwithstanding any applicability of Bankruptcy Rule 6004(h), to the extent applicable, or any other applicable Bankruptcy Rule, the terms and conditions of this Interim Order shall be effective and enforceable immediately upon its entry.

19.   ~~16.~~ Notice of the Motion as provided therein satisfies the requirements of the Bankruptcy Rules and the Local Rules.

20.   Any party may move for modification of this Interim Order in accordance with Local Rule 9013-5(e).

21.   The DAMIS Debtors shall serve by regular mail a copy of this Interim Order and the Motion on all parties required to receive such service pursuant to Local Rule 9013-5(f).

22.   ~~17.~~ This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Interim Order.

(Page 10)

Debtors:              DAMIS HOLDINGS LLC, *et al.*

Case No.:             26-16439 (CMG)

Caption of Order:     INTERIM ORDER (I) AUTHORIZING THE DAMIS DEBTORS TO (A) FILE A CONSOLIDATED LIST OF THE DAMIS DEBTORS' ~~THIRTY~~FIFTY LARGEST UNSECURED CREDITORS, (B) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DAMIS DEBTOR, AND (C) REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS; AND (II) GRANTING RELATED RELIEF