## Exhibit F

Blackline of Stay Enforcement Motion Revised Order

| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **FAEGRE DRINKER BIDDLE & REATH LLP** Michael P. Pompeo 600 Campus Drive Florham Park, New Jersey 07932-1047 (973) 549-7000 (Telephone) (973) 360-9831 (Facsimile) michael.pompeo@faegredrinker.com<br><br>-and-<br><br>Ian J. Bambrick (*pro hac vice*) Patrick A. Jackson (*pro hac vice*) Sarah E. Silveira (*pro hac vice* pending) 222 Delaware Ave. Suite 1410 Wilmington, DE  19801 (302) 467-4200 (Telephone) (302) 467-4201 (Facsimile) ian.bambrick@faegredrinker.com patrick.jackson@faegredrinker.com sarah.silveira@faegredrinker.com<br><br>*Proposed Counsel to the DAMIS Debtors and Debtors in Possession* |

| | |
|---|---|
| In re: | Chapter 11 |
| DAMIS Holdings LLC, *et al.*,[1] | Case No. 26-16439 (CMG) |
| Debtors. | (Jointly Administered) |

### ORDER (I) CONFIRMING, RESTATING, AND ENFORCING THE AUTOMATIC STAY, ANTI-DISCRIMINATION PROVISIONS, AND *IPSO FACTO* PROTECTIONS OF THE BANKRUPTCY CODE, AND (II) GRANTING RELATED RELIEF

---

[1] A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS/.  The location of DAMIS Holdings LLC's principal place of business and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

(Page 2)
Debtors:          DAMIS HOLDINGS LLC, *et al.*
Case No.:         26-16439 (CMG)
Caption of Order: ORDER (I) CONFIRMING, RESTATING, AND ENFORCING THE
                  AUTOMATIC STAY, ANTI-DISCRIMINATION PROVISIONS, AND
                  *IPSO FACTO* PROTECTIONS OF THE BANKRUPTCY CODE, AND
                  (II) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through ~~seven~~nine (~~7~~9), is

hereby **ORDERED**.

(Page 3)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | ORDER (I) CONFIRMING, RESTATING, AND ENFORCING THE AUTOMATIC STAY, ANTI-DISCRIMINATION PROVISIONS, AND *IPSO FACTO* PROTECTIONS OF THE BANKRUPTCY CODE, AND (II) GRANTING RELATED RELIEF |

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (the "DAMIS Debtors") for the entry order pursuant to sections 105, 362, 365(e)(1), 525, and 541 of the Bankruptcy Code (i) confirming, restating, and enforcing the automatic stay, anti-discrimination provisions, and *ipso facto* protections of title 11 of the Bankruptcy Code; and (ii) granting related relief; and upon consideration of the Motion and all pleadings related thereto, including the First Day Declaration; and the Court having found that due and proper notice of the Motion has been given and no other or further notice of the Motion is required under the circumstances; and the Court having found that it has jurisdiction to consider the Motion under 28 U.S.C. §§ 1334 and 157, and the Standing Order; and the Court having found that its consideration of the Motion and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b) and that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of these proceedings and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED on an interim basis as set forth herein.

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3

(Page 4)

Debtors:           DAMIS HOLDINGS LLC, *et al.*
Case No.:          26-16439 (CMG)
Caption of Order:  ORDER (I) CONFIRMING, RESTATING, AND ENFORCING THE
                   AUTOMATIC STAY, ANTI-DISCRIMINATION PROVISIONS, AND
                   *IPSO FACTO* PROTECTIONS OF THE BANKRUPTCY CODE, AND
                   (II) GRANTING RELATED RELIEF

2.　　Pursuant to, and to the extent set forth in, section 362 of the Bankruptcy Code, and subject to the right of any party-in-interest to seek relief from the automatic stay in accordance with section 362(d) of the Bankruptcy Code, the commencement of the Chapter 11 Cases operates as a stay (the "Stay"), applicable to all persons (including individuals, partnerships, corporations, and all those acting for or on their behalf) and all governmental units (whether of the United States, any state or locality therein, any territory or possession thereof, or any non-U.S. jurisdiction, including any division, department, agency, instrumentality, or service thereof, and all those acting for or on their behalf) of the following:

(a)　commencing or continuing, including the issuance or employment of process, any judicial, administrative, or other action or proceeding (including but not limited to any bankruptcy, liquidation, suspension of payments, the issuance or enforcement of process or any and all other similar proceedings) against the DAMIS Debtors that was or could have been initiated before the Chapter 11 Cases commenced or an act to recover a claim against the DAMIS Debtors before the Chapter 11 Cases commenced;

(b)　enforcing, against the DAMIS Debtors or their estates, a judgment or order obtained before the commencement of the Chapter 11 Cases;

(c)　collecting, assessing, or recovering a claim against the DAMIS Debtors that arose before the commencement of the Chapter 11 Cases;

(d)　taking any action, whether inside or outside the United States, to obtain possession of property of the estates or to exercise control over property, wherever located, of the DAMIS Debtors' estates;

(e)　taking any action to create, perfect, or enforce any lien against property of the DAMIS Debtors' estates;

4

(Page 5)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | ORDER (I) CONFIRMING, RESTATING, AND ENFORCING THE AUTOMATIC STAY, ANTI-DISCRIMINATION PROVISIONS, AND *IPSO FACTO* PROTECTIONS OF THE BANKRUPTCY CODE, AND (II) GRANTING RELATED RELIEF |

(f) taking any action to create, perfect, or enforce any lien against property of the DAMIS Debtors, to the extent that such lien secures a claim that arose before the commencement of the Chapter 11 Cases;

(g) taking any action to collect, assess, or recover a claim against the DAMIS Debtors that arose before the commencement of the Chapter 11 Cases;

(h) offsetting any debt owing to the DAMIS Debtors that arose before the commencement of the Chapter 11 Cases against any claim against the DAMIS Debtors; and

(i) commencing or continuing a proceeding before the United States Tax Court concerning the DAMIS Debtors, subject to the provisions of 11 U.S.C. § 362(b).

3. The DAMIS Debtors' rights to pursue further relief, including sanctions and recovery of funds, for any newly discovered or future violations of the Stay or any MCA Lender's failure to timely return funds taken in violation of the Stay are hereby preserved.

4. Courts of competent jurisdiction shall take all appropriate measures required to enforce and recognize the Chapter 11 Cases, including but not limited to, application of the Stay and all other orders entered in the Chapter 11 Cases in the relevant jurisdictions.

5. Pursuant to and to the extent set forth in sections 362 and 365(e)(1) of the Bankruptcy Code, and subject to any relevant provisions or exceptions provided for in the Bankruptcy Code, all persons (including individuals, partnerships, corporations, and all those acting for or on their behalf) and all foreign or domestic governmental units (and all those acting for or on their behalf) are prohibited from modifying or terminating any executory contract or unexpired lease, or any right or obligation under such contract or lease, at any time after the commencement of the Chapter 11 Cases solely because of a provision in such contract or lease

5

(Page 6)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | ORDER (I) CONFIRMING, RESTATING, AND ENFORCING THE AUTOMATIC STAY, ANTI-DISCRIMINATION PROVISIONS, AND *IPSO FACTO* PROTECTIONS OF THE BANKRUPTCY CODE, AND (II) GRANTING RELATED RELIEF |

that is conditioned on:

    (a)    the insolvency or financial condition of any or all of the DAMIS ~~d~~Debtors at any time before the closing of the Chapter 11 Cases;

    (b)    the commencement of the Chapter 11 Cases; or

    (c)    the appointment of a trustee in the Chapter 11 Cases.

6.    The DAMIS Debtors may use reasonable methods of providing notice to any persons (including individuals, partnerships, corporations, other entities, and all those acting on their behalf) and governmental units, whether of the United States, any state or locality therein or any territory or possession thereof, or any foreign country (including any division, department, agency, instrumentality, or service thereof, and all those acting on their behalf), that intends to, is, or may violate the Stay imposed under section 362 of the Bankruptcy Code using such methods as, including but not limited to, publication, certified and non-certified mail, service upon the person's or governmental unit's attorney, facsimile, email, posting on the DAMIS Debtors' website, hand delivery, and courier.

7.    This Order shall not affect (a) the substantive rights of any party or the availability of any of the exceptions contained in sections 362(b) and 365(e)(1) of the Bankruptcy Code; or (b) the right of any party-in-interest to seek relief from the Stay in accordance with section 362(d) of the Bankruptcy Code or with respect to an executory contract or unexpired lease under section 365 of the Bankruptcy Code.

8.    Pursuant to, and to the extent set forth in, section 525 of the Bankruptcy Code, all foreign and domestic governmental units are prohibited from (a) denying, revoking, suspending,

(Page 7)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | ORDER (I) CONFIRMING, RESTATING, AND ENFORCING THE AUTOMATIC STAY, ANTI-DISCRIMINATION PROVISIONS, AND *IPSO FACTO* PROTECTIONS OF THE BANKRUPTCY CODE, AND (II) GRANTING RELATED RELIEF |

or refusing to renew any license, permit, charter, franchise, or other similar grant to; (b) placing conditions upon such a grant to; or (c) discriminating with respect to such a grant against any of the DAMIS Debtors (or another person with whom any of the DAMIS Debtors has been associated) solely because any of the DAMIS Debtors is a debtor under the Bankruptcy Code, or may have been insolvent before or during the Chapter 11 Cases.

9. All persons and all foreign and domestic governmental units, and all those acting on their behalf, including sheriffs, marshals, constables, and other or similar law enforcement officers and officials are stayed and restrained, from in any way, seizing, attaching, foreclosing upon, levying against, or in any other way interfering with, any and all of the property of any of the DAMIS Debtors, wherever located.

10. Pursuant to and to the extent set forth in section 541 of the Bankruptcy Code, any interest of the DAMIS Debtors in property, wherever located and by whomever held, becomes property of the estates, notwithstanding any provision in any agreement, transfer instrument, or applicable nonbankruptcy law, that: (i) restricts or conditions transfer of such interest by the DAMIS Debtors; or (ii) is conditioned on the insolvency or financial condition of the DAMIS Debtors or on the commencement of the Chapter 11 Cases, and that effects or gives an option to effect a forfeiture, modification, or termination of the DAMIS Debtors' interest in property.

11. The DAMIS Debtors' Notice, substantially in the form attached hereto as **Exhibit 1**, is approved.

7

(Page 8)

Debtors:              DAMIS HOLDINGS LLC, *et al.*
Case No.:             26-16439 (CMG)
Caption of Order:     ORDER (I) CONFIRMING, RESTATING, AND ENFORCING THE
                      AUTOMATIC STAY, ANTI-DISCRIMINATION PROVISIONS, AND
                      *IPSO FACTO* PROTECTIONS OF THE BANKRUPTCY CODE, AND
                      (II) GRANTING RELATED RELIEF

12.     The DAMIS Debtors are authorized to cause the DAMIS Debtors' Notice to be translated into as many languages as may be deemed necessary to distribute the DAMIS Debtors' Notice as the DAMIS Debtors deem appropriate.

13.     9. Nothing in this Order is intended to, or shall, alter the effect of any provision of the Bankruptcy Code, including, without limitation, sections 11 U.S.C. §§ 362, 365, 525, 555, 556, 560, and 561 of the Bankruptcy Code.

14.     This Order is intended to be declarative of and coterminous with, and shall neither abridge, enlarge, nor modify the rights and obligations of any party under sections 362, 365, 525, and 541 of the Bankruptcy Code or any other provision of the Bankruptcy Code.

15.     10. To the extent applicable, the requirements of Bankruptcy Rule 6003(a) are satisfied.

16.     11. Notwithstanding any applicability of Bankruptcy Rule 6004(h), to the extent applicable, the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

17.     The DAMIS Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

18.     12. Notice of the Motion as provided therein satisfies the requirements of Bankruptcy Rule 6004(a) and the Local Rules.

19.     The DAMIS Debtors are authorized to translate this Order and the DAMIS Debtors' Notice; *provided that* a copy of this Order shall be served together with any translated

8

(Page 9)

Debtors:          DAMIS HOLDINGS LLC, *et al.*

Case No.:         26-16439 (CMG)

Caption of Order: ORDER (I) CONFIRMING, RESTATING, AND ENFORCING THE AUTOMATIC STAY, ANTI-DISCRIMINATION PROVISIONS, AND *IPSO FACTO* PROTECTIONS OF THE BANKRUPTCY CODE, AND (II) GRANTING RELATED RELIEF

version provided to any party and shall be submitted to any foreign court receiving such translated version.

20.     The DAMIS Debtors shall serve a copy of this Order and the Motion on all parties required to receive such service pursuant to Local Rule 9013-5(f).

21.     ~~13.~~ This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

**Exhibit 1**

**DAMIS Debtors' Notice**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FAEGRE DRINKER BIDDLE & REATH LLP**
Michael P. Pompeo
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
michael.pompeo@faegredrinker.com

-and-

Ian J. Bambrick (*pro hac vice*)
Patrick A. Jackson (*pro hac vice*)
Sarah E. Silveira (*pro hac vice* pending)
222 Delaware Ave. Suite 1410
Wilmington, DE  19801
(302) 467-4200 (Telephone)
(302) 467-4201 (Facsimile)
ian.bambrick@faegredrinker.com
patrick.jackson@faegredrinker.com
sarah.silveira@faegredrinker.com

*Proposed Counsel to the DAMIS Debtors and*
*Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| DAMIS Holdings LLC, *et al.*,[1] | Case No. 26-16439 (CMG) |
| Debtors. | (Jointly Administered) |

    **PLEASE TAKE NOTICE** that, on June 4, 2026, the above-captioned debtors and debtors in possession (the "DAMIS Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), commencing the

---

[1] A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS/.  The location of DAMIS Holdings LLC's principal place of business and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

11

above-captioned chapter 11 cases (the "Chapter 11 Cases") in the United States Bankruptcy Court for the District of New Jersey (the "Court"). The Debtors' Chapter 11 Cases are pending before the Honorable Chief Judge Christine M. Gravelle and are being jointly administered under the lead case *In re DAMIS Holdings LLC*, Case No. 26-16439 (CMG) (Bankr. D.N.J.).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the DAMIS Debtors' filing of voluntary petitions under chapter 11 of the Bankruptcy Code operates as a self-effectuating, statutory stay that is applicable to all entities and protects the DAMIS Debtors from, among other things: (a) the commencement or continuation of a judicial, administrative, or other action or proceeding against the DAMIS Debtors (i) that was or could have been commenced before the commencement of the DAMIS Debtors' cases or (ii) to recover a claim against or on behalf of the DAMIS Debtors that arose before the commencement of the Chapter 11 Cases; (b) the enforcement, against the DAMIS Debtors or against any property of the DAMIS Debtors' bankruptcy estates, of a judgment obtained before the commencement of the Chapter 11 Cases; or (c) any act to obtain possession of property of or from the DAMIS Debtors' bankruptcy estates or to exercise control over property of the DAMIS Debtors' bankruptcy estates.[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to that certain *Order (I) Confirming, Restating, and Enforcing the Automatic Stay, Anti-Discrimination Provisions, and* Ipso Facto *Protections of the Bankruptcy Code; (II) Approving Notice to the Foreign Stakeholders of the SIMAD Debtors; and (III) Granting Related Relief* (the "Order") [Docket No. [__]], entered on [_____], 2026, and attached hereto as **Exhibit A**, all persons (including individuals, partnerships, corporations, and other entities and those acting on their behalf) wherever located; persons party to a contract or agreement with the DAMIS Debtors; and governmental units, whether of the United States, any state or locality therein; or any territory or possession thereof, or any foreign country (including any division, department, agency, instrumentality, or service thereof and all those acting on their behalf) are hereby on notice that they are subject to the Order and must comply with its terms and provisions.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the DAMIS Debtors' Chapter 11 Cases, including copies of pleadings filed therein, a complete list of the DAMIS Debtors in these Chapter 11 Cases and each such DAMIS Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS.

**PLEASE TAKE FURTHER NOTICE** that any entity that seeks to assert claims, interests, causes of action, or other legal or equitable remedies against, or otherwise exercise any rights in law or equity against, the DAMIS Debtors or their estates must do so in front of the Court pursuant to the Order, the Bankruptcy Code, and applicable law.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, any governmental agency, department, division or subdivision, or any similar governing authority is prohibited

---

[2] Nothing herein shall constitute a waiver of the right to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims of the DAMIS Debtors against any party to the Chapter 11 Cases.  The DAMIS Debtors expressly reserve the right to contest any claims that may be asserted against them.

from, among other things: (a) denying, revoking, suspending, or refusing to renew any license, permit, charter, franchise, or other similar grant to the DAMIS Debtors; (b) placing conditions upon such a grant to the DAMIS Debtors; or (c) discriminating against the DAMIS Debtors with respect to such a grant, because the DAMIS Debtors are debtors under the Bankruptcy Code, may have been insolvent before the commencement of these Chapter 11 Cases, or are insolvent during the pendency of these Chapter 11 Cases as set forth more particularly in the Order.

**PLEASE TAKE FURTHER NOTICE** that sections 362 and 365 of the Bankruptcy Code, notwithstanding a provision in a contract or lease or any applicable law, all persons are stayed, restrained, and enjoined from terminating or modifying any contracts and leases to which the DAMIS Debtors are party or signatory, at any time during the pendency of these Chapter 11 Cases, because of a provision in such contract or lease that is conditioned on the (a) insolvency or financial condition of the DAMIS Debtors at any time before the closing of these chapter 11 cases, (b) commencement of these Chapter 11 Cases under the Bankruptcy Code; or (c) the appointment of a trustee in the Chapter 11 Cases. Accordingly, all such persons are required to continue to perform their obligations under such leases and contracts during the postpetition period.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to sections 105(a) and 362(k) of the Bankruptcy Code and rule 9020 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), among other applicable substantive law and rules of procedure, any person or governmental unit seeking to assert its rights or obtain relief outside of the processes set forth in the Order, the Bankruptcy Code, and applicable law (whether in or outside of the United States) may be subject to proceedings in front of the Court for failure to comply with the Order and applicable law, including contempt proceedings that may result in fines, sanctions, and punitive damages against the entity and its assets inside the United States.

**PLEASE TAKE FURTHER NOTICE** nothing in the Order expands, enlarges, or limits the rights afforded to any party under the Bankruptcy Code, nor does the Order modify the rights provided under section 362(b) of the Bankruptcy Code, and all rights of parties in interest to assert that any action is subject, or not subject, to the automatic stay and injunction contemplated by section 362 of the Bankruptcy Code and the Order, including because of the operation of section 362(b) of the Bankruptcy Code, are preserved.

| Dated: Florham Park, New Jersey | **FAEGRE DRINKER BIDDLE & REATH LLP** |
|---|---|
| June [___], 2026 | |
| | */s/*_____ |
| | Michael P. Pompeo |
| | 600 Campus Drive |
| | Florham Park, New Jersey 07932-1047 |
| | (973) 549-7000 (Telephone) |
| | (973) 360-9831 (Facsimile) |
| | michael.pompeo@faegredrinker.com |
| | |
| | -and- |
| | |
| | Ian J. Bambrick (*pro hac vice*) |
| | Patrick A. Jackson (*pro hac vice*) |
| | Sarah E. Silveira (*pro hac vice*) |
| | 222 Delaware Ave. Suite 1410 |
| | Wilmington, DE  19801 |
| | (302) 467-4200 (Telephone) |
| | (302) 467-4201 (Facsimile) |
| | ian.bambrick@faegredrinker.com |
| | patrick.jackson@faegredrinker.com |
| | sarah.silveira@faegredrinker.com |
| | |
| | *Proposed Counsel to the DAMIS Debtors and Debtors in Possession* |

14