**Exhibit G**

Blackline of Schedules and Statements Extension Motion Revised Order

DMS_US.378158108.1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FAEGRE DRINKER BIDDLE & REATH LLP**
Michael P. Pompeo
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
michael.pompeo@faegredrinker.com

-and-

Patrick A. Jackson (*pro hac vice* pending)
Ian J. Bambrick (*pro hac vice* pending)
222 Delaware Ave. Suite 1410
Wilmington, DE  19801
(302) 467-4200 (Telephone)
(302) 467-4201 (Facsimile)
patrick.jackson@faegredrinker.com
ian.bambrick@faegredrinker.com

*Proposed Counsel to the DAMIS Debtors and*
*Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| DAMIS Holdings LLC, *et al.*,[1] | Case No. 26-16439 (CMG) |
| Debtors. | (Jointly Administered) |

**ORDER (I) EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND
LIABILITIES, AND STATEMENTS OF FINANCIAL AFFAIRS; AND (II) GRANTING
RELATED RELIEF**

---

[1] A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS/.  The location of DAMIS Holdings LLC's principal place of business and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

(Page 2)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | ORDER EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, AND STATEMENTS OF FINANCIAL AFFAIRS; AND (II) GRANTING RELATED RELIEF |

The relief set forth on the following pages, numbered three (3) through five (5), is hereby

**ORDERED**.

(Page ~~3~~3)

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | ~~FINAL~~ ORDER EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, ~~SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES,~~ AND STATEMENTS OF FINANCIAL AFFAIRS; AND (II) GRANTING RELATED RELIEF |

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (the "DAMIS Debtors") for the entry of an order, pursuant to sections 105(a) and 521 of the Bankruptcy Code and Bankruptcy Rules 1007(c) and 9006(b), (i) extending the deadline by which the DAMIS Debtors must file their schedules of assets and liabilities, and statements of financial affairs (collectively, the "Schedules and Statements") by forty-six (46) days, for a total of sixty (60) days from the Petition Date (as defined herein), to and including August 3, 2026, without prejudice to the DAMIS Debtors' ability to request additional extensions for cause shown, and (ii) granting related relief; and upon consideration of the Motion and all pleadings related thereto; and the Court having found that due and proper notice of the Motion has been given and no other or further notice of the Motion is required under the circumstances; and the Court having found that it has jurisdiction to consider the Motion under 28 U.S.C. §§ 1334 and 157, and the Standing Order; and the Court having found that its consideration of the Motion and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b) and that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of these proceedings and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having ~~found and~~ determined that the ~~relief requested~~legal and factual bases set forth in the Motion and ~~provided for herein is in the best interest of the DAMIS Debtors, their estates, and their creditors~~at the hearing establish

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page 4)

Debtors:           DAMIS HOLDINGS LLC, *et al.*

Case No.:          26-16439 (CMG)

Caption of Order:    ORDER EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, AND STATEMENTS OF FINANCIAL AFFAIRS; AND (II) GRANTING RELATED RELIEF

just cause for the relief granted; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as set forth herein.

2.      Any objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3.      Pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rules 1007(c) and 9006(b), the time by which the DAMIS Debtors shall file the Schedules and Statements is extended by an additional forty-six (46) days beyond the fourteen-day extension provided for pursuant to Bankruptcy Rule 1007(c), through and including August 3, 2026.

4.      The foregoing extension is without prejudice to the DAMIS Debtors' right to file a motion with this Court seeking a further extension upon a showing of cause.

5.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6.      The DAMIS Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.      This Order shall be effective and enforceable immediately upon entry hereof.

8.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and Local Rules are satisfied by such notice.

(Page 5)

Debtors:            DAMIS HOLDINGS LLC, *et al.*

Case No.:           26-16439 (CMG)

Caption of Order:   ORDER EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND
                    LIABILITIES, AND STATEMENTS OF FINANCIAL AFFAIRS; AND
                    (II) GRANTING RELATED RELIEF

9.      Any party may move for modification of this Order in accordance with Local Rule 9013-5(e).

10.     The DAMIS Debtors shall serve by regular mail a copy of this Order and the Motion on all parties required to receive such service pursuant to Local Rule 9013-5(f).

11.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.