**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FAEGRE DRINKER BIDDLE & REATH LLP**
Michael P. Pompeo
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
michael.pompeo@faegredrinker.com

-and-

Patrick A. Jackson (*pro hac vice*)
Ian J. Bambrick (*pro hac vice*)
Sarah E. Silveira (*pro hac vice*)
222 Delaware Ave. Suite 1410
Wilmington, DE  19801
(302) 467-4200 (Telephone)
(302) 467-4201 (Facsimile)
patrick.jackson@faegredrinker.com
ian.bambrick@faegredrinker.com
sarah.silveira@faegredrinker.com

*Proposed Counsel to the DAMIS Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| DAMIS Holdings LLC, *et al.*,[1] | Case No. 26-16439 (CMG) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 138, 152, 157, 180, 259, 260, 262, 263, 264, 281, 282, 283, 284, 285, 286, 287, 288, 289, 290, 293, 294, 295 & 296** |

---

[1] A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS/.  The location of DAMIS Holdings LLC's principal place of business and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

DMS_US.378180564.2

**OMNIBUS NOTICE OF (I) ENTRY OF INTERIM CASH COLLATERAL ORDERS AND FURTHER INTERIM HEARING THEREON AND (II) FILING OF FORMS OF PROPOSED SECOND INTERIM CASH COLLATERAL ORDER**

**PLEASE TAKE NOTICE THAT**, on June 24, 2026, DAMIS Holdings LLC and certain of its affiliates (collectively, the "DAMIS Debtors"), the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), filed, among others, the *DAMIS Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Putative Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [D.I. 152] (the "Cash Collateral Motion") with the United States Bankruptcy Court for the District of New Jersey (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Cash Collateral Motion, and certain other pleadings, was held on June 26, 2026 (the "Hearing"), at which time the Court indicated that it would approve the Cash Collateral Motion on an interim basis and entertain the submission of interim orders (the "Interim Orders") under certification of counsel.

**PLEASE TAKE FURTHER NOTICE THAT** following the Hearing, the DAMIS Debtors submitted the Interim Orders under certification of counsel, and the Court entered such Interim Orders between June 29 and July 1, 2026. *See* D.I. 259, 260, 262, 263, 264, 281, 282, 283, 284, 285, 286, 287, 288, 289, 290, 293, 294, 295 & 296.

**PLEASE TAKE FURTHER NOTICE THAT** you are being served separately with the Interim Orders.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider further interim approval of the relief requested in the Cash Collateral Motion, and entry of further interim orders with respect thereto, is scheduled for **July 9, 2026, at 12:00 p.m. (ET)** before the Honorable Christine M. Gravelle, Chief Judge, in the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Courtroom 3, Trenton, New Jersey 08608 (the "Further Interim Hearing").

**PLEASE TAKE FURTHER NOTICE THAT**, at the Further Interim Hearing, and consistent with the Interim Orders, the DAMIS Debtors intend to request the entry of separate second interim orders on the Cash Collateral Motion, namely: (i) one with respect to DAMIS Holdings (the "DAMIS Holdings Second Interim Order"), (ii) one each with respect to the various putative prepetition secured parties with whom the DAMIS Debtors had negotiated Interim Orders (the "Lender-Specific Second Interim Orders"), and (iii) one with respect to putative secured parties with whom the DAMIS Debtors had not negotiated Interim Orders (the "Catch-All Second Interim Order"). A copy of the proposed DAMIS Holdings Second Interim Order is attached hereto as **Exhibit A-1**, with a blackline of this order showing changes from the form of order included as Exhibit A to the Cash Collateral Motion attached hereto as **Exhibit A-2** for ease of reference. A copy of the proposed form of generic second interim cash collateral order for other DAMIS Debtors (on which the Lender-Specific Second Interim Orders and the Catch-All Second Interim Order are expected to be based) is attached hereto as **Exhibit B-1**, with a blackline of this

DMS_US.378180564.2

order showing changes from the form of order included as Exhibit B to the Cash Collateral Motion attached hereto as **Exhibit B-2** for ease of reference.

**PLEASE TAKE FURTHER NOTICE THAT** any responses or objections to further interim approval of the relief requested by the Cash Collateral Motion may be raised at the Further Interim Hearing.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Cash Collateral Motion, the Interim Orders, and all other documents filed in the Chapter 11 Cases may be obtained by parties in interest free of charge on the dedicated webpage related to these Chapter 11 Cases maintained by the claims and noticing agent in these cases, https://restructuring.ra.kroll.com/DAMIS/. Copies of such documents are also available for inspection during regular business hours at the Clerk of the Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608, and may be viewed for a fee through PACER (Public Access to Court Electronic Records) at www.pacer.gov.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE FURTHER INTERIM APPROVAL OF THE CASH COLLATERAL MOTION ARE TIMELY RAISED AT OR BEFORE THE FURTHER INTERIM HEARING IN ACCORDANCE WITH THIS NOTICE, THEN THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH THE CASH COLLATERAL MOTION WITHOUT FURTHER NOTICE OR HEARING.**

DMS_US.378180564.2

Dated: Florham Park, New Jersey
      July 2, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

_/s/ Michael P. Pompeo_
Michael P. Pompeo
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
michael.pompeo@faegredrinker.com

-and-

Patrick A. Jackson (_pro hac vice_)
Ian J. Bambrick (_pro hac vice_)
Sarah E. Silveira (_pro hac vice_)
222 Delaware Ave. Suite 1410
Wilmington, DE  19801
(302) 467-4200 (Telephone)
(302) 467-4201 (Facsimile)
patrick.jackson@faegredrinker.com
ian.bambrick@faegredrinker.com
sarah.silveira@faegredrinker.com

_Proposed Counsel to the DAMIS Debtors and
Debtors in Possession_

4

DMS_US.378180564.2