DEBTOR 1000 ACRES HOLDINGS, LLC CASE
NUMBER 26-16447
FIRST CITIZENS COMMUNITY BANK
FIRST CITIZENS COMMUNITY BANK, TOWANDA
OFFICE
111 MAIN STREET
TOWANDA, PA 18848

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
NIPSCO
801 E 86TH AVE
MERRILLVILLE, IN 46410

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
BUSEY BANK
ATTN VAN DUKEMAN
11440 TOMAHAWK CREEK PARKWAY
LEAWOOD, KS 66211

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
BUSEY BANK
CHIEF CREDIT OFFICER
100 W. UNIVERSITY AVE.
CHAMPAIGN, IL 61820

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
NIPSCO
PO BOX 13007
MERRILLVILLE, IN 46411-3007

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
ABLE PAPER AND JANITORIAL SUPPLY INC.
8200 UTAH ST
MERRILLVILLE, IN 46410

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
VALPARAISO CITY UTILITES
205 BILLINGS ST
VALPARAISO, IN 46383

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
VALPARAISO CITY SERVICES
PO BOX 1520
SOUTH BEND, IN 46634-1520

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
TOTAL TERRAIN SOLUTIONS

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
MAN MAID, LLC
4608 RENWOOD DR
COLUMBIA, MO 65201

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
PORTER COUNTY TREASURER
155 INDIANA AVE
STE 209
VALPARAISO, IN 46383

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
CIRCLE R MECHANICAL INC.
6620 SHEPHERD AVE
PORTAGE, IN 46368

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
ALLEGIANT FIRE PROTECTION LLC
118 SANDY DR
STE 6
NEWARK, DE 19713

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
REPUBLIC SERVICES
18500 N ALLIED WAY
PHOENIX, AZ 85054

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
SIGNARAMA
2121 VISTA PKWY
WEST PALM BEACH, FL 33411

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
PREFERRED FLOORING
3721 NORTHRIDGE DR NW
STE 100
GRAND RAPIDS, MI 49544

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
CLEARLY COMMERCIAL FACILITY SERVICES,
LLC
1905 CHEYENNE CIR
VALPARAISO, IN 46383

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
BUSEY BANK
7980 SUMMERLIN LAKES DR.
FORT MYERS, FL 33907-1816

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
LATITUDE

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
UNIFIRST CORPORATION
68 JONSPIN RD
WILMINGTON, MA 01887-1090

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
JOE FOSTER CONSTRUCTION

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
DEANS LAWN LANDSCAPING
238 KENNEDY AVE
SCHERERVILLE, IN 46375

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
RUSSCO INC.
565 COMMERCE DR
STE 210
FALL RIVER, MA 02720

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
GOLD CONSTRUCTION

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
ROSE PEST SOLUTIONS
31700 RESEARCH PARK DR
MADISON HEIGHTS, MI 48071

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
BRANDYS LOCK KEY SHOP
1201 CALUMET AVE
VALPARAISO, IN 46383

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
GENTIVA HOSPICE
3350 RIVERWOOD PKWY
STE 1400
ATLANTA, GA 30339

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
LATITUDE COMMERCIAL REALTY, INC.
123 N MAIN ST
UNIT 001
CROWN POINT, IN 46307

DEBTOR 1101 EAST GLENDALE BOULEVARD
LEASING LLC CASE NUMBER 26-16440
TRAVELERS INSURANCE
485 LEXINGTON AVE
NEW YORK, NY 10017-2630

DEBTOR 1101 EAST GLENDALE BOULEVARD REAL
ESTATE LLC CASE NUMBER 26-16442
LATITUDE

DEBTOR 1101 EAST GLENDALE BOULEVARD REAL
ESTATE LLC CASE NUMBER 26-16442
BUSEY BANK
7980 SUMMERLIN LAKES DR.
FORT MYERS, FL 33907-1816

DEBTOR 1101 EAST GLENDALE BOULEVARD REAL
ESTATE LLC CASE NUMBER 26-16442
BUSEY BANK
CHIEF CREDIT OFFICER
100 W. UNIVERSITY AVE.
CHAMPAIGN, IL 61820

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
TFT SMOKE SHOP
11266 W FLORISSANT AVE
BLACK JACK, MO 63033

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
ALDI
1200 N KIRK RD
BATAVIA, IL 60510

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
LEXINGTON

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
HR BLOCK #24450
1227 N LEE HWY
LEXINGTON CROSSING
LESINGTON, VA 24450

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
SPIRE GAS
PO BOX 9
ST LOUIS, MO 63166-0009

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
MSD SEWER
PO BOX 437
ST LOUIS, MO 63166

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
ALLDAE ENT. REAL ESTATE
4576 BEHLMANN FARMS BLVD
FLORISSANT, MO 63034

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
ATTITUDE STRONG FITNESS LLC
11262 W FLORISSANT AVE
SAINT LOUIS, MO 63033

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
BOOST MOBILE
5701 S SANTA FE DR
LITTLETON, CO 80120

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
CITI TRENDS #0351
17 PARK OF COMMERCE BLVD
STE 200
SAVANNAH, GA 31405

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
AMEREN MISSOURI
1901 CHOUTEAU
ST LOUIS, MO 63101

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
CHINA MOON
315 3RD ST
MARYSVILLE, CA 95901

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
AMEREN MISSOURI
PO BOX 88068
CHICAGO, IL 60680-1068

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
FLORISSANT FURNITURE
11264 W FLORISSANT AVE
FLORISSANT, MO 63033

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
SALLY BEAUTY SUPPLY #833
7900 WINDROSE AVE
PLANO, TX 75024

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
ROSS DRESS FOR LESS #1528
5130 HACIENDA DR
DUBLIN, CA 94568

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
COMMERCE BANK
1001 MAIN ST
KANSAS CITY, MO 64105

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
PASTA HOUSE
921 ARNOLD COMMONS DR
ARNOLD, MO 63010

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
GENERAL NUTRITION CENTER #2318
300 6TH AVE
PITTSBURGH, PA 15222-2514

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
CITY GEAR LLC
2700 MILAN CT
BIRMINGHAM, AL 35211

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
AMEREN MISSOURI
ATTN AARON MELDA
1901 CHOUTEAU AVENUE
SAINT LOUIS, MO 63103-3003

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
HAIRITAGE PREMIUM SALON
11260 W FLORISSANT AVE
FLORISSANT, MO 63033

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
KG FASHION SUPERSTORE
1225 CHATTAHOOCHEE AVE
ATLANTA, GA 30303

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
RAINBOW APPAREL #1442
1000 PENNSYLVANIA AVE
BROOKLYN, NY 11207

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
SHOE TIME
2124 SW 185TH AVE
HOLLYWOOD, FL 33029-5907

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
SHOE STOP
2768 FREDERICA ST
OWENSBORO, KY 42301-5442

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
JUANITA STEEPLES SALON
ADDRESS ON FILE

DEBTOR 11200 WEST FLORISSANT AVENUE
LEASING LLC CASE NUMBER 26-16444
JACK IN THE BOX #4045
9357 SPECTRUM CTR BLVD
SAN DIEGO, CA 92123

DEBTOR 11200 WEST FLORISSANT AVENUE
REALTY LLC CASE NUMBER 26-16446
LEXINGTON

DEBTOR 1133 NORTHWEST L STREET LEASING
LLC CASE NUMBER 26-16455
DICK HILL AND SON

DEBTOR 1133 NORTHWEST L STREET LEASING
LLC CASE NUMBER 26-16455
INLAND BANK AND TRUST
ATTN CHRISTOPHER METCALF
2805 BUTTERFIELD ROAD
SUITE 200
OAK BROOK, IL 60523

DEBTOR 1133 NORTHWEST L STREET REAL
ESTATE LLC CASE NUMBER 26-16461
INLAND BANK AND TRUST
ATTN CHRISTOPHER METCALF
2805 BUTTERFIELD ROAD
SUITE 200
OAK BROOK, IL 60523

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
PHOENIX REHABILITATION AND HEALTH
SERVICES INC.
2000 WESTINGHOUSE DR
STE 200
CRANBERRY TOWNSHIP, PA 16066

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
HOLT PAPER CHEMICAL - BALTIMORE
31375 JOHN DEERE DR
SALISBURY, MD 21804

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
UPPER PROVIDENCE REALTY SERVICE DBA

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
DTMA
670 CLEARWATER ROAD
HERSHY, PA 17033-2453

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
PPL
PO BOX 419054
ST.LOUIS, MO 63141-9054

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
ON BULB
220 CLIFTON AVE
LAKEWOOD, NJ 08701

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
TRIANGLE FIRE PROTECTION INC
20 ROADWAY DR
CARLISLE, PA 17015

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
DAUPHIN COUNTY TREASURER
ATTN DOMINIC DIFRANCESCO
101 MARKET ST
ROOM 105
HARRISBURG, PA 17101

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
MOSEBACH, FUNT, DAYTON DUCKWORTH P.C.
2045 WESTGATE DR
STE 404
BETHLEHEM, PA 18017

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
PENNSYLVANIA AMERICAN WATER
PO BOX 371412
PITTSBURGH, PA 15250-7412

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
PENNSYLVANIA AMERICAN WATER
852 WESLEY DR
MECHANICSBURG, PA 17055

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
NESTICO AND DRUBY LAW OFFICE
1135 E CHOCOLATE AVE
STE 300
HERSHEY, PA 17033

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
LEXINGTON

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
THE HERSHEY PARTNERSHIP
1135 E CHOCOLATE AVE
STE 102
HERSHEY, PA 17033

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
ORKIN LLC
2170 PIEDMONT RD NE
ATLANTA, GA 30324

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
LIVE WELL MEDICINE LLC
1135 E CHOCOLATE AVE
STE 202
HERSHEY, PA 17033

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
LAUREL MALL LP
106 LAUREL MALL RD
HAZLE TOWNSHIP, PA 18202

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
EAST CHOCOLATE DENTAL
1135 E CHOCOLATE AVE
STE 101
HERSHEY, PA 17033

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
WAYNE BANK
C/O TRISTATE CAPITAL BANK AS
ADMINISTRATIVE AGENT
ATTENTION CRE LOAN ADMINISTRATION
ONE OXFORD CENTRE, SUITE 2700, 301 GRANT
STREET
PITTSBURGH, PA 15219

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
TRANE U.S. INC
800 E BEATY ST
DAVIDSON, NC 28036

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
SHOKUNIN EDUCATION
37 CAROUSEL CIR
HERSHEY, PA 17033-3606

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
ONE WELL
2141 OREGON PIKE
LANCASTER, PA 17601

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
MIKE LEONARDS PLUMBING AND HEATING INC
49 MAPLE AVE
HERSHEY, PA 17033

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
UGI
PO BOX 15503
WILMINGTON, DE 19850-5503

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
CENTRE POINTE UNITED PENTECOSTAL CHURCH
OF HERSHEY
607 E WALNUT ST
LEWISTOWN, PA 17044-1543

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
DENIS C/O DAVID AND DENISE PODA
ADDRESS ON FILE

DEBTOR 1135 EAST CHOCOLATE AVENUE
LEASING LLC CASE NUMBER 26-16441
1ST HEALTH HOME CARE
1135 E CHOCOLATE AVE
STE 305
HERSHEY, PA 17033

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
CHARTER COMMUNICATIONS
400 WASHINGTON BLVD
STAMFORD, CT 06902

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
JAYCO SERVICES LLC
5610 NW 58TH ST
OCALA, FL 34482-8131

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
SOUTHERN CONNECTICUT GAS
PO BOX 847819
BOSTON, MA 02284-7819

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
BUILDING SERVICES OF SOUTHERN
CONNECTICUT LLC

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
ROLLINS INC CONNECTICUT PEST ELIMINATION
2170 PIEDMONT RD NE
ATLANTA, GA 30324

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
TOWN OF TRUMBULL TOWN CLERK
5866 MAIN ST
TOWN HALL
1ST FL
TRUMBULL, CT 06611

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
TAX COLLECTOR - TRUMBULL
5866 MAIN ST
TOWN HALL
1ST FL
TRUMBULL, CT 06611

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
AQUARION WATER COMPANY
200 MONROE TPKE
MONROE, CT 06468

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
AQUARION WATER COMPANY
PO BOX 9265
CHELSEA, MA 02150-9265

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
OTIS ELEVATOR, INC.
1 CARRIER PL
FARMINGTON, CT 06032

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
EASTHAMPTON SAVINGS BANK
ATTN CHRISTOPHER SUGRUE
36 MAIN STREET
EASTHAMPTON, MA 01027

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
AUTISM BEHAVIORAL HEALTH
100 RESERVE R ST
STE F300
DANBURY, CT 06810

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
ANNA GUZZI PHOTOGRAPHY
ADDRESS ON FILE

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
SOUTHERN CONNECTICUT GAS
60 MARSH HILL RD
ORANGE, CT 06477

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
ADVANTAGE MAINTENANCE SERVICES LLC
15 LUNAR DR
WOODBRIDGE, CT 06525

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
ALL AMERICAN WASTE, LLC
555 TAYLOR RD
ENFIELD, CT 06082

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
UNITED SEWER DRAIN CLEANING, INC.
534 SURF AVENUE
STRATFORD, CT 06615

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
NATIONS ROOF OF NEW ENGLAND, LLC
420 FRONTAGE RD
STE 3
WEST HAVEN, CT 06516

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
UNITED ILLUMINATING
PO BOX 847818
BOSTON, MA 02284-7818

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
CORDOVA PLUMBING HEATING
1432 OLD WATERBURY RD
SOUTHBURY, CT 06488

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
UNITED ILLUMINATING
100 MARSH HILL RD
ORANGE, CT 06477

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
NATIONWIDE
1 NATIONWIDE PLZ
COLUMBUS, OH 43215-2239

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
CONNECTICUT PEST ELIMINATION, LLC
273 INDIAN RIVER ROAD
ORANGE, CT 06477

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
FELNER MANAGEMENT INC.
35 BRENTWOOD AVE
FAIRFIELD, CT 06825

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
MBS LAWN TREE
11 PILGRIM LN
MONROE, CT 06468

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
WPCA - TRUMBULL
5866 MAIN ST
TRUMBULL, CT 06611

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
FELNER CORP

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
FIRE PROTECTION TEAM LLC
1701 HIGHLAND AVE
STE 4
CHESHIRE, CT 06410

DEBTOR 12 CAMBRIDGE DRIVE LEASING LLC
CASE NUMBER 26-16449
CROWN PRODUCTS
6390 PHILIPS HWY
JACKSONVILLE, FL 32216

DEBTOR 12 CAMBRIDGE DRIVE REALTY LLC
CASE NUMBER 26-16454
EASTHAMPTON SAVINGS BANK
ATTN CHRISTOPHER SUGRUE
36 MAIN STREET
EASTHAMPTON, MA 01027

DEBTOR 12 CAMBRIDGE DRIVE REALTY LLC
CASE NUMBER 26-16454
FELNER CORP

DEBTOR 12 CAMBRIDGE DRIVE REALTY LLC
CASE NUMBER 26-16454
UPDIKE, KELLY SPELLACY, P.C.
ATTN EVAN GOLDSTEIN, ESQ.
100 PEARL STREET, 17TH FLOOR
HARTFORD, CT 06103

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
WORLD INSURANCE ASSOCIATES LLC
100 WOOD AVE S
4TH FL
ISELIN, NJ 08330

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
CITI TRENDS
17 PARK OF COMMERCE BLVD
STE 200
SAVANNAH, GA 31405

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
OCTAPHARMA
117 W CENTURY RD
PARAMUS, NJ 07652

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
WORLD INSURANCE ASSOCIATES LLC
ATTN JACOB LEBOVITS
1815 65TH STREET
BROOKLYN, NY 11204

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
DISCOUNT BEAUTY SUPPLY

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
TOP CRAB SEAFOOD AND BAR
1347 AUGUSTA W PKWY
STE 02A
AUGUSTA, GA 30909

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
GEORGIA POWER
GEORGIA POWER PAYMENTS
96 ANNEX
ATLANTA, GA 30396-0001

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
HIBACHIS GRILL SUPREME BUFFET
690 OAK TREE AVE
SOUTH PLAINFIELD, NJ 07080

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
UNIVERSAL MARTIAL ARTS DOJOS
1325A AUGUSTA W PKWY
AUGUSTA, GA 30909

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
SUN NAILS
17627 GUNN HWY
ODESSA, FL 33556

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
DEKEL MPACT SERVICES, LLC C/O SAUNDRA
KELLY
PO BOX 14606
AUGUSTA, GA 30919

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
THOMSON ROOFING AND METAL CO INC
2292 WASHINGTON RD
THOMSON, GA 30824-6652

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
AUGUSTA UTILITIES DEPARTMENT
452 WALKER ST SUITE 100
AUGUSTA, GA 30901

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
AT HOME
9000 CYPRESS WATERS BLVD
COPPELL, TX 75019

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
LA GUADALAJARA

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
DOLLAR TREE
500 VOLVO PKWY
CHESAPEAKE, VA 23320

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
GQ MENSWEAR
1018 PLZ DR
WEST COVINA, CA 91790

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
RICHMOND COUNTY TAX COMMISSIONER
ATTN TEDERELL JOHNSON
535 TELFAIR ST
SUITE 100
AUGUSTA, GA 30901

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
LEXINGTON REALTY INTERNATIONAL
6679 US-9
HOWELL, NJ 07731

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
KRACKD IPHONE REPAIRS
1323 AUGUSTA W PKWY
ZONE 1
AUGUSTA, GA 30909

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
MASTER SWEEPING AND MAINTENANCE, INC.
4116 LONGLEAF DR
APPLING, GA 30802

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
SOUTHERN STATES BANK
20 OAK HILL BOULEVARD
NEWNAN, GA 30265

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
LEXINGTON

DEBTOR 1323 AUGUSTA WEST PARKWAY LEASING
LLC CASE NUMBER 26-16443
SOUTHERN STATES BANK
BURR FORMAN LLP
ATTN C. TUCKER HERNDON
222 SECOND AVENUE SOUTH, SUITE 2000
NASHVILLE, TN 37201

DEBTOR 1323 AUGUSTA WEST PARKWAY REAL
ESTATE LLC CASE NUMBER 26-16445
LEXINGTON

DEBTOR 1323 AUGUSTA WEST PARKWAY REAL
ESTATE LLC CASE NUMBER 26-16445
SOUTHERN STATES BANK
20 OAK HILL BOULEVARD
NEWNAN, GA 30265

DEBTOR 1323 AUGUSTA WEST PARKWAY REAL
ESTATE LLC CASE NUMBER 26-16445
SOUTHERN STATES BANK
BURR FORMAN LLP
ATTN C. TUCKER HERNDON
222 SECOND AVENUE SOUTH, SUITE 2000
NASHVILLE, TN 37201

DEBTOR 1401 US HIGHWAY 49B REAL ESTATE
LLC CASE NUMBER 26-16448
NORTH AVENUE CAPITAL, LLC
ATTN JHOSEPH ROWELL
818 A1A N
STE 300
PONTE VEDRA, FL 32082-3298

DEBTOR 1401 US HIGHWAY 49B REAL ESTATE
LLC CASE NUMBER 26-16448
NORTH AVENUE CAPITAL, LLC
DOVER MILLER KARRAS LANGDALE, P.C.
ATTN JACKSON R. LANGDALE
P.O. BOX 729
VALDOSTA, GA 31603

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
KEENE EYEBROW THREADING
149 EMERALD ST
STE G2
KEENE, NH 03431

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
MONADNOCK DISPOSAL
101 OLD SHARON RD
JAFREY, NH 03452

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
MJD HAIR DESIGN
149 EMERALD ST
KEENE, NH 03431

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
HR BLOCK
ONE HR BLOCK WAY
KANSAS CITY, MO 64105

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
KEENE FUSION STUDIO
149 EMERALD ST
KEENE, NH 03431

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
DEPARTMENT OF SAFETY DMV
33 HAZEN DR
CONCORD, NH 03305

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
MARTIAL ARTS LLC
1517 RITCHIE HWY
STE G1
ARNOLD, MD 21012-2413

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
LEXINGTON

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
BARTON ASSOCIATES
300 JUBILEE DR
PEABODY, MA 01960

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
CHESHIRE JEWELERS
149 EMERALD ST
STE 1-3
KEENE, NH 03431

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
ARCADIA PARKING
250 W HUNTINGTON DR
ARCADIA, CA 91007

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
SUNRISE NUTRITION LLC
1900 N NORTHLAKE WAY
STE 127
SEATTLE, WA 98103

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
CHESHIRE MEDICAL CENTER
580 COURT ST
KEENE, NH 03431

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
STEWARD PARTNERS GLOBAL ADVISORY LLC
400 ATLANTIC ST
10TH FL
STAMFORD, CT 06901-3512

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
LITTLE ZOES
149 EMERALD ST
KEENE, NH 03431

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
LIBERTY UTILITIES
75 REMITTANCE DR
SUITE 1032
CHICAGO, IL 60675-1032

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
SOLIEL STUDIO THE LOFT SALON
149 EMERALD ST
STE D2
KEENE, NH 03431

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
LIANA POODIACK
ADDRESS ON FILE

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
AREA 52 TATOO
149 EMERALD ST
KEENE, NH 03431

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
CALIFORNIA NAILS
2314 E COLORADO BLVD
PASADENA, CA 91107

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
NH DEPARTMENT OF EDUCATION
25 HALL ST
CONCORT, NH 03301-3494

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
NH EMPLOYMENT SECURITY
45 S FRUIT ST
CONCORD, NH 03301-2410

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
CARE NEW HAMPSHIRE
149 EMERALD ST
KEENE, NH 03431

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
ADECCO
4800 DEERWOOD CAMPUS PARKWAY
BUILDING 800
JACKSONVILLE, FL 32246

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
CHESHIRE CHILDRENS MUSEUM
149 EMERALD ST
THE CTR AT KEENE C1
KEENE, NH 03431

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
BROWS N BEAUTY LOUNGE LLC
149 EMERALD ST
UNIT L2
KEENE, NH 03431

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
FOUNDRY BARBERSHOP
149 EMERALD ST
KEENE, NH 03431

DEBTOR 149 EMERALD STREET LEASING LLC
CASE NUMBER 26-16517
CURRY RESTAURANT

DEBTOR 149 EMERALD STREET REAL ESTATE
LLC CASE NUMBER 26-16520
LEXINGTON

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
WALTER Z. GRAVES
ADDRESS ON FILE

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
MIGHTY SMILES
8430 EASTCHASE PKWY
STE 115
FORT WORTH, TX 76120

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
FAMOUS FOOTWEAR #1520
4662 SW LOOP 820
FORT WORTH, TX 76109

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
FIRST TECHNOLOGY FEDERAL CREDIT UNION
ATTN COMMERCIAL LENDING
PO BOX 2100
BEAVERTON, OR 97075

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
HR BLOCK #42073
1227 N LEE HWY
LEXINGTON CROSSING
LESINGTON, VA 24450

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
NORTHWEST ENVIRONMENTAL
7225 WINDSOR BLVD
BALTIMORE, MD 21244

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101-0408

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
DOLLAR TREE #4944
500 VOLVO PKWY
CHESAPEAKE, VA 23320

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
CITY OF FORT WORTH
PO BOX 870
FORTH WORTH, TX 76101

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
LEXINGTON

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
GREAT IBROWS
1550 EASTCHASE PKWY
STE 800
FORT WORTH, TX 76120

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
GREAT CLIPS
4400 W 78TH ST
STE 700
MINNEAPOLIS, MN 55435

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
TOP NAILS
10033 WICKER AVE
SAINT JOHN, IN 46373

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
CICIS PIZZA
1080 W BETHEL RD
COPPELL, TX 75019

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
SALLY BEAUTY SUPPLY #1947
7900 WINDROSE AVE
PLANO, TX 75024

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
DALLAS MECHANICAL GROUP
2791 MACARTHUR BLVD
STE 300
LEWISVILLE, TX 76067

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
MARSHALLS #1111
1111 UNION ST
BANGOR, ME 04401

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
SCHLOTZSKYS DELI
2805 S MAIN ST
STE 275
LINDALE, TX 75771

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
NO FRILLS GRILL
ATTN GREGG WILKINSON
1550 EASTCHASE PKWY
STE 1200
FORT WORTH, TX 76120

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
WORLD PROFESSIONAL SOLUTIONS
900 THIRD AVE
6TH FL
NEW YORK, NY 10022

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
AMC THEATERS
11500 ASH ST
LEAWOOD, KS 66211

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
ARTISAN VAPOR
2100 REGENCY DR
IRVING, TX 75062

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
ROSS DRESS FOR LESS #0351
5130 HACIENDA DR
DUBLIN, CA 94568

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
RELIABLE PLANT MAINTENANCE INC
404 POWER HOUSE ST
MCKINNEY, TX 75071

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
ATT
208 S AKARD ST
WHITACRE TOWER
DALLAS, TX 75202

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
HIBBETT SPORTING GOODS
2700 MILAN COURT
BIRMINGHAM, AL 35211

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
TARGET
1000 NICOLLET MALL
MINNEAPOLIS, MN 55403

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
APGE
PO BOX 660038
DALLAS, TX 75266-0038

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
PETSENSE
5401 VIRGINIA WAY
BRENTWOOD, TN 37027

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
PRESTONWOOD LANDSCAPING SERVICES
1366 ROUND TABLE DR
DALLAS, TX 75247

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
AMERICAS BEST CONTACTS AND EYEGLASSES
2000 NEWPOINT PKWY
LAWRENCEVILLE, GA 30043

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
SPECTRUM
400 WASHINGTON BLVD
STAMFORD, CT 06902

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
HARBOR FREIGHT TOOLS #3386
1944 PIPESTONE RD BENTON
HARBOR, MI 49022

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
ATI PHYSICAL THERAPY
2001 BUTTERFIELD RD
STE 1600
DOWNERS GROVE, IL 60515

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
IDEAL FIRE SECURITY
3800 SOUTHWEST BLVD
FORT WORTH, TX 76116-9426

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
SPECS WINE, SPIRITS
2410 SMITH ST
HOUSTON, TX 77006

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
WORLD INSURANCE ASSOCIATES LLC
100 WOOD AVE S
4TH FL
ISELIN, NJ 08330

DEBTOR 1600 EASTCHASE PARKWAY LEASING
LLC CASE NUMBER 26-16463
ASIAN GOURMET
459 N HARBOR CITY BLVD
MELBOURNE, FL 32935

DEBTOR 1600 EASTCHASE PARKWAY REAL
ESTATE LLC CASE NUMBER 26-16464
LEXINGTON

DEBTOR 1600 EASTCHASE PARKWAY REAL
ESTATE LLC CASE NUMBER 26-16464
FIRST TECHNOLOGY FEDERAL CREDIT UNION
ATTN COMMERCIAL LENDING
PO BOX 2100
BEAVERTON, OR 97075

DEBTOR 1912 MEMORIAL DRIVE REAL ESTATE
LLC CASE NUMBER 26-16450
CITY OF WAYCROSS
417 PENDLETON ST
WAYCROSS, GA 31501

DEBTOR 1912 MEMORIAL DRIVE REAL ESTATE
LLC CASE NUMBER 26-16450
NORTH AVENUE CAPITAL, LLC
ATTN JHOSEPH ROWELL
818 A1A N
STE 300
PONTE VEDRA, FL 32082-3298

DEBTOR 1912 MEMORIAL DRIVE REAL ESTATE
LLC CASE NUMBER 26-16450
LEXINGTON

DEBTOR 1912 MEMORIAL DRIVE REAL ESTATE
LLC CASE NUMBER 26-16450
BONE JOINT 2
10131 W FOREST HILL BLVD
STE 206
WELLINGTON, FL 33414

DEBTOR 1912 MEMORIAL DRIVE REAL ESTATE
LLC CASE NUMBER 26-16450
APPLECARE LLC
14089 ABERCORN ST
SAVANNAH, GA 31419-1966

DEBTOR 1912 MEMORIAL DRIVE REAL ESTATE
LLC CASE NUMBER 26-16450
BONE JOINT
10131 W FOREST HILL BLVD
STE 206
WELLINGTON, FL 33414

DEBTOR 1912 MEMORIAL DRIVE REAL ESTATE
LLC CASE NUMBER 26-16450
GEORGIA POWER
GEORGIA POWER PAYMENTS
96 ANNEX
ATLANTA, GA 30396-0001

DEBTOR 1912 MEMORIAL DRIVE REAL ESTATE
LLC CASE NUMBER 26-16450
AP ADJ

DEBTOR 1912 MEMORIAL DRIVE REAL ESTATE
LLC CASE NUMBER 26-16450
NORTH AVENUE CAPITAL, LLC
DOVER MILLER KARRAS LANGDALE, P.C.
ATTN JACKSON R. LANGDALE
P.O. BOX 729
VALDOSTA, GA 31603

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
ALLTEK ENERGY SYSTEMS
58 HUDSON RIVER ROAD
WATERFORD, NY 12188

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
CASELLA WASTE
PO BOX 442
CLIFTON PARK, NY 12065

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
CARPETMASTER CARPET ONE

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
SARATOGA NATIONAL BANK TRUST COMPANY
171 SOUTH BROADWAY
SARATOGA SPRINGS, NY 12866

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
CASELLA WASTE
25 GREENS HILL LN
RUTLAND, VT 05701

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
COMMERCIAL INVESTIGATIONS

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
GOLDMAN ATTORNEY

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
VERIZON
PO BOX 15124
ALBANY, NY 12212-5124

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
SPECTRUM
BOX 223085
PITTSBURGH, PA 15251-2085

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101-0408

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
ALLTEK ENERGY
58 HUDSON RIVER RD
WATERFORD, NY 12188

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
MICHIGAN MILLER INSURANCE
2425 E GRAND RIVER AVE
LANSING, MI 48912

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
JNC MANAGEMENT
4 LEAR JET LN
STE 4
LATHAM, NY 12110

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
TIMOTHY R CONLEY REVOCABLE TRUST
ADDRESS ON FILE

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
CITY SCHOOL DISTRICT OF ALBANY
1 ACADEMY PARK
ALBANY, NY 12207

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
SHEPARD COMMUNICATIONS AND SECURITY
21A RAILROAD AVE
STE D
ALBANY, NY 12205

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
NATIONAL GRID
ATTN RUDY WYNTER
2 HANSON PL
BROOKLYN, NY 11217

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
ANSWER PHONES
1230 CENTRAL AVENUE
ALBANY, NY 12205

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
NATIONAL GRID
PO BOX 371376
PITTSBURGH, PA 15250-7376

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
ALBANY FIRE EXTINGUISHER

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
JOE CARANFA

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
CAPITAL JANITORIAL
612 RESEARCH RD
RICHMOND, VA 23236

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
JNC MANAGEMENT COMPANY, LLC
4 LEAR JET LN
STE 4
LATHAM, NY 12110

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
CITY OF ALBANY SCHOOL DISTRICT
ATTN SRIDAR CHITTUR, PH.D.
1 ACADEMY PARK
ALBANY, NY 12207

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
CITY OF ALBANY
ATTN APPLYRS, DR. DORCEY L.
24 EAGLE STREET
ALBANY, NY 12207

DEBTOR 194 WASHINGTON AVENUE LEASING LLC
CASE NUMBER 26-16457
CITY OF ALBANY
24 EAGLE ST
ALBANY, NY 12207

DEBTOR 194 WASHINGTON AVENUE REAL ESTATE
LLC CASE NUMBER 26-16458
SARATOGA NATIONAL BANK TRUST COMPANY
171 SOUTH BROADWAY
SARATOGA SPRINGS, NY 12866

DEBTOR 194 WASHINGTON AVENUE REAL ESTATE
LLC CASE NUMBER 26-16458
JOE CARANFA
ADDRESS ON FILE

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
OTIS ELEVATOR COMPANY
PO BOX 13716
NEWARK, NJ 07188-0716

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
HD SUPPLY FACILITIES MAINTENANCE LTD
3400 CUMBERLAND BLVD SE
ATLANTA, GA 30339

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
COMP-U-SIGNS LLC
105 E MAIN ST
PLAINVILLE, CT 06062

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
CENTIMARK CORPORATION
12 GRANDVIEW CIR
CANONSBURG, PA 15137

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
CBRE-8844
ATTN CHAD DOELLINGER
2121 NORTH PEARL STREET
SUITE 300
DALLAS, TX 75201

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
CBRE TECHNICAL SERVICES LLC
304 MAIN AVE
STE 345
NORWALK, CT 06851

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
CBRE INC
2121 N PEARL ST
STE 300
DALLAS, TX 75201

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
CBRE

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
FEDERAL EXPRESS CORPORATION
942 S SHADY GROVE RD
MEMPHIS, TN 38120

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
SERVICE MANAGEMENT GROUP LLC
4049 PENNSYLVANIA AVE
STE 203
PMB 1063
KANSAS CITY, MO 64111-3022

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
G.C. ELECTRIC INC
135 COMMERCE CT
CHESHIRE, CT 06410

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
FOUR SEASONS LANDSCAPING INC
836 PALISADO AVE
PO BOX 245
WINDSOR, CT 06095

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
CONNECTICUT NATURAL GAS CORPORATION
76 MEADOW ST
EAST HARTFORD, CT 06108-3218

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
ARAMARK REFRESHMENT SERVICES LLC
2400 MARKET ST
PHILADELPHIA, PA 19103-3041

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
CUSHMAN AND WAKEFIELD US INC
2021 MCKINNEY AVE
STE 900
DALLAS, TX 75201

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
FOUR SEASONS LANDSCAPING INC
ATTN ROSS WEINER
836 PALISADO AVE
NEW YORK, NY 10080

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
THE METROPOLITAN DISTRICT
555 MAIN STREET
HARTFORD, CT 06103

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
JIM TS PLUMBING SERVICE LLC
607 S STONE ST W
SUFFIELD, CT 06093-3235

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
RENTOKIL NORTH AMERICA INC
1125 BERKSHIRE BLVD
READING, PA 19610

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
FIRE PROTECTION TESTING INC
1701 HIGHLAND AVE
CHESHIRE, CT 06410

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
COMCAST HOLDINGS CORPORATION
1701 JFK BLVD
PHILADELPHIA, PA 19103

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
WINDSOR FEDERAL SAVINGS AND LOAN
ASSOCIATION
250 BROAD STREET
WINDSOR, CT 06095

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
GREEN TREE LANDSCAPING LTD
5925 104 ST NW
EDMONTON, AB T6H 2K5
CANADA

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
EVERSOURCE
300 CADWELL DR
SPRINGFIELD, MA 01104-1742

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
ATT MOBILITY II LLC
208 S AKARD ST
DALLAS, TX 75202

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
RED THREAD SPACES LLC
101 SEAPORT BLVD
STE 600
BOSTON, MA 02210

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
STOPLIGHT PARKING VENTURES LLC
27 QUARRY PATH
STONINGTON, CT 06378-2751

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
COLLEEN C. YARNOT
ADDRESS ON FILE

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
MAP COMMUNICATIONS INC
555 BELAIRE AVE
6TH FL
CHESAPEAKE, VA 23320

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
ATT
PO BOX 6463
CAROL STREAM, IL 60197-6463

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
WINDSOR SANITATION INC
33 MUCKO RD
BLOOMFIELD, CT 06002

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
INTERNATIONAL BAR TECH SOLN INC
225 ARMORY ST
SPRINGFIELD, MA 01104-2425

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
WINDSOR MOUNTAIN
PO BOX 622
WINDSOR, CT 06095-0622

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
SIGN DESIGN INC
170 LIBERTY ST
BROCKTON, MA 02301

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
WINDSOR FEDERAL SAVINGS AND LOAN
ASSOCIATION
PEASE DORIO, P.C.
ATTN MICHAEL A. PEASE, ESQ.
316 MAIN STREET, BUILDING C
FARMINGTON, CT 06032

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
AUTOMATED BUILDING SYSTEMS INC
126 KREIGER LN
GLASTONBURY, CT 06033

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
CNG
PO BOX 1500
HARTFORD, CT 06144

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
COLDFIRE MECHANICAL LLC
19 LEWIS ST
WINSTED, CT 06098-2017

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
MAP COMMUNICATIONS
PO BOX 95117
CHICAGO, IL 60694-5117

DEBTOR 200 GREAT POND DRIVE LEASING LLC
CASE NUMBER 26-16472
COMCAST
PO BOX 8587
PHILADELPHIA, PA 19176-0219

DEBTOR 200 GREAT POND DRIVE REAL ESTATE
LLC CASE NUMBER 26-16481
CBRE

DEBTOR 200 GREAT POND DRIVE REAL ESTATE
LLC CASE NUMBER 26-16481
WINDSOR FEDERAL SAVINGS AND LOAN
ASSOCIATION
250 BROAD STREET
WINDSOR, CT 06095

DEBTOR 200 GREAT POND DRIVE REAL ESTATE
LLC CASE NUMBER 26-16481
WINDSOR FEDERAL SAVINGS AND LOAN
ASSOCIATION
PEASE DORIO, P.C.
ATTN MICHAEL A. PEASE, ESQ.
316 MAIN STREET, BUILDING C
FARMINGTON, CT 06032

DEBTOR 201 CENTRE DRIVE LEASING LLC CASE
NUMBER 26-16467
RAPPAHANNOCK ELECTRIC COOPERATIVE
PO BOX 34757
ALEXANDRIA, VA 22334-0757

DEBTOR 201 CENTRE DRIVE LEASING LLC CASE
NUMBER 26-16467
BANK OF CLARKE COUNTY / BANK OF CLARKE
202 NORTH LOUDOUN STREET
PO BOX 60
WINCHESTER, VA 22601

DEBTOR 201 CENTRE DRIVE LEASING LLC CASE
NUMBER 26-16467
FREDERICK WATER
315 TASKER RD
STEPHENS CITY, VA 22655

DEBTOR 201 CENTRE DRIVE LEASING LLC CASE
NUMBER 26-16467
MERIDEE POWARS

DEBTOR 201 CENTRE DRIVE LEASING LLC CASE
NUMBER 26-16467
REPUBLIC SERVICES
403 LENOIR DR
WINCHESTER, VA 22603

DEBTOR 201 CENTRE DRIVE LEASING LLC CASE
NUMBER 26-16467
REPUBLIC SERVICES
18500 N ALLIED WAY
PHOENIX, AZ 85054

DEBTOR 201 CENTRE DRIVE REAL ESTATE LLC
CASE NUMBER 26-16471
ACE FUNDING SOURCE LLC
483 CHESTNUT STREET
CEDARHURST, NY 11516

DEBTOR 201 CENTRE DRIVE REAL ESTATE LLC
CASE NUMBER 26-16471
BANK OF CLARKE COUNTY / BANK OF CLARKE
202 NORTH LOUDOUN STREET
PO BOX 60
WINCHESTER, VA 22601

DEBTOR 201 CENTRE DRIVE REAL ESTATE LLC
CASE NUMBER 26-16471
MERIDEE POWARS
ADDRESS ON FILE

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
LOVELY NAILS (G2 7.1.20)
70 W OAKLAND PARK BLVD
FORT LAUDERDALE, FL 33311

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
MT BANK (G3 4.1.24)
345 MAIN ST
BUFFALO, NY 14203

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
IHOP #4773
50 THRUWAY PLZ DR
CHEEKTOWAGA, NY 14225

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
ERIE COUNTY WATER AUTHORITY
PO BOX 5148
BUFFALO, NY 14240-5148

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
VILLA JOIN THE MOVEMENT 3052 G2
1517 N LEWIS AVE
WAUKEGAN, IL 60085

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
DAVES CHRISTMAS WONDERLAND (2022)
2331 UNION RD
CHEEKTOWAGA, NY 14227

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
NATIONAL FUEL GAS
NATIONAL FUEL GAS
PO BOX 371835
PITTSBURGH, PA 15250-7835

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
CITI TRENDS #716
17 PARK OF COMMERCE BLVD
STE 200
SAVANNAH, GA 31405

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
HOME DEPOT #1228
45900 MICHIGAN AVE
CANTON, MI 48188

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
CITIZEN BANK
ONE CITIZENS PLZ
PROVIDENCE, RI 02903

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
FORMAN MILLS
1070 THOMAS BUSCH MEMORIAL HWY
PENNSAUKEN, NJ 08110

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
PLANET FITNESS
4 LIBERTY LN
WEST HAMPTON, NH 03842

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
ERIE 1 BOCES
355 HARLEM RD
WEST SENECA, NY 14224

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
WESTERN NEW YORK AUTOMOTIVE SERVICES,
INC., D/B/A ZIEBART
1290 E MAPLE RD
TROY, MI 48083

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
LEXINGTON

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
DOLLAR TREE #0962 (G2 7.1.20)
500 VOLVO PKWY
CHESAPEAKE, VA 23320

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
GAMESTOP #2244 (GS 2.1.21)
625 WESTPORT PKWY
GRAPEVINE, TX 76051

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
BANK OF NEW HAMPSHIRE
ATTN COMMERCIAL LENDING DEPARTMENT
62 PLEASANT STREET
LACONIA, NH 03246

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
BURGER KING
5707 BLUE LAGOON DR
MIAMI, FL 33126

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
HR BLOCK EASTERN ENTERPRISES, INC.
ONE HR BLOCK WAY
KANSAS CITY, MO 64105

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
NYSEG
PO BOX 847812
BOSTON, MA 02205-6002

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
THE CHAPEL
500 CROSSPOINT PKWY
GETZVILLE, NY 14068

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
BEAUTY PALACE
3642 BROADWAY
NEW YORK, NY 10031

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
CSL PLASMA INC. #0235
4200 S FWY
STE 1946
FORT WORTH, TX 76115

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
AAA WESTERN AND CENTRAL NEW YORK, INC.
100 INTERNATIONAL DR
WILLIAMSVILLE, NY 14221-5757

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
TOPS MARKETS LLC #131 (G2 11.1.18)
700 THRUWAY PLZ DR
CHEEKTOWAGA, NY 14225

DEBTOR 2195 HARLEM ROAD LEASING LLC CASE
NUMBER 26-16452
RAINBOW #1658 (G2 2.1.21)
1000 PENNSYLVANIA AVE
BROOKLYN, NY 11207-8417

DEBTOR 2195 HARLEM ROAD REAL ESTATE LLC
CASE NUMBER 26-16456
CLEVELAND, WATERS AND BASS, P.A.
ATTN TENLEY P. CALLAGHAN
TWO CAPITAL PLAZA, 5TH FLOOR
CONCORD, NH 03301

DEBTOR 2195 HARLEM ROAD REAL ESTATE LLC
CASE NUMBER 26-16456
BANK OF NEW HAMPSHIRE
ATTN COMMERCIAL LENDING DEPARTMENT
62 PLEASANT STREET
LACONIA, NH 03246

DEBTOR 2195 HARLEM ROAD REAL ESTATE LLC
CASE NUMBER 26-16456
LEXINGTON

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
CENTURY LIGHTING

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
SAMEDAY BACKFLOW
10220 JEANE RD
MANTECA, CA 95336-9520

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
ZERO IMPACT
3589 HARBOR BLVD
COSTA MESA, CA 92626

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
SUPERDRAIN
1221 W FREMONT ST
STOCKTON, CA 95203

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
VORTEX

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
TOKAY MECHANICAL
420 WEST PINE ST
STE 11
LODI, CA 95240

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
BAY ALARM
5130 COMMERCIAL CIR
CONCORD, CA 94520

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
RISSO ELECTRIC
1502 PALM AVE
STOCKTON, CA 95205-3691

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
DELTA PROTECTIVE SERVICES
141 E ACACIA ST
STOCKTON, CA 95202

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
ATT
208 S AKARD ST
WHITACRE TOWER
DALLAS, TX 75202

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
CHARLIES DAY AND NITE LOCK
706 N EL DORADO ST
STOCKTON, CA 95202

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
PGE
300 LAKESIDE DR
STE 210
OAKLAND, CA 94612

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
FIRST TECHNOLOGY FEDERAL CREDIT UNION
ATTN COMMERCIAL LENDING
PO BOX 2100
BEAVERTON, OR 97075

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
UNIVERSAL SITE SERVICES
760 E CAPITOL
MILPITAS, CA 95035

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
STEEL CITY COMMERCIAL
4641 POST ST
EL DORADO HILLS, CA 95762

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
KINGS ENERGY (SOLAR PANELS)
ATTN MIKE BEEBE
1005 COURT ST, SUITE 210
SAN LUIS OBISPO, CA 93401

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
JOHNSON CONTROLS/TYCO CUST NO. 6440
5757 N GREEN BAY AVE
PO BOX 591
MILWAUKEE, WI 53201

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
PROEQUITY

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
WASTE MANAGEMENT
800 CAPITOL ST
STE 3000
HOUSTON, TX 77002

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
STAMOS ENTERPRISES
1715 JAMESTOWN DR
LODI, CA 95242

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
SIGNCO
3101 NORTHWEST PARK DR
KNOXVILLE, TN 37921

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
CITY OF STOCKTON
501 W WEBER AVE
STOCKTON, CA 95203

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
ALL WEATHER

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
TRAVELERS INSURANCE
485 LEXINGTON AVE
NEW YORK, NY 10017-2630

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
KODIAK
1045 TERRA BELLA AVE
MOUNTAIN VIEW, CA 94043

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
KATZAKIAN PROP MGMT
3244 BROOKSIDE RD
STE 120
STOCKTON, CA 95219

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
FERNANDEZ MAINTENANCE

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
VERKADA DISTRIBUTOR IS DIGITAL DREAMS
(RENEW ANNUALLY IN OCTOBER)
301 DOS RIOS ST
SACRAMENTO, CA 95811

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
ADVANCED IPM
205 KENROY LN
ROSEVILLE, CA 95678

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
JR WAGNER FIRE PROTECTION
126 DRAKE AVE
STE A
MODESTO, CA 95350

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
GSMA
3445 PEACHTREE RD
STE 910
ATLANTA, GA 30326

DEBTOR 2203 GRAND CANAL BOULEVARD
LEASING LLC CASE NUMBER 26-16451
WEST COAST FIRE
ATTN MICHELLE
5846 LIVE OAK DR STE 1
KELSEYVILLE, CA 95451

DEBTOR 2203 GRAND CANAL BOULEVARD REAL
ESTATE LLC CASE NUMBER 26-16453
CITY OF STOCKTON
PO BOX 45830
SAN FRANCISCO, CA 94145-0830

DEBTOR 2203 GRAND CANAL BOULEVARD REAL
ESTATE LLC CASE NUMBER 26-16453
PROEQUITY

DEBTOR 2203 GRAND CANAL BOULEVARD REAL
ESTATE LLC CASE NUMBER 26-16453
FIRST TECHNOLOGY FEDERAL CREDIT UNION
ATTN COMMERCIAL LENDING
PO BOX 2100
BEAVERTON, OR 97075

DEBTOR 2203 GRAND CANAL BOULEVARD REAL
ESTATE LLC CASE NUMBER 26-16453
PGE
BOX 997300
SACRAMENTO, CA 95899-7300

DEBTOR 2203 GRAND CANAL BOULEVARD REAL
ESTATE LLC CASE NUMBER 26-16453
KING ENERGY
1005 COURT STREET STE 210
SAN LUIS OBISPO, CA 93401

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
CHARLES PIERRE, CARL
ADDRESS ON FILE

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
JULIEN, RODOLPHE
ADDRESS ON FILE

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
CITIZENS
PO BOX 7056
INDIANAPOLIS, IN 46207-7056

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
SWIFT, DEONTE
ADDRESS ON FILE

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
REPUBLIC SERVICES
PO BOX 713502
CHICAGO, IL 60677

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
WILHITE AND ASSOCIATES LAW FIRM
716 ADAMS ST
STE G
CARMEL, IN 46032

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
AES
PO BOX 110
INDIANAPOLIS, IN 46206-0110

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
ELNER, DESIR
ADDRESS ON FILE

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
PROPERTY SERVICES, ALL PRO
5060 SW PHILOMATH BLVD
STE 157
CORVALLIS, OR 97333

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
SPECTRUM ONE FOR BUSINESS - RELIABLE
INTERNET, MOBILE, AND WIFI
400 WASHINGTON BLVD
STAMFORD, CT 06902

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
CELLEAN, PEDRICE
ADDRESS ON FILE

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
SJ CLEANING SERVICE
2500 PACKARD ST
ANN ARBOR, MI 48104

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
CLIFTON RIVER

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
CM RESIDENTIAL PAINTING LLC
11366 E 63RD ST
INDIANAPOLIS, IN 46236-3917

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
SANZ GLOBAL
241 ROSEDALE RD
UNIT P
AUCKLAND, 0632
NEW ZEALAND

DEBTOR 2302 WINDSONG DRIVE LEASING LLC
CASE NUMBER 26-16468
FARMERS MERCHANTS STATE BANK
ATTN BOB WEAVER
1208 W WHITE RIVER BOULEVARD
SUITE 102
MUNCIE, IN 47303

DEBTOR 2434 SOUTH INTERSTATE 35E LEASING
LLC CASE NUMBER 26-16470
PLANET FITNESS
4 LIBERTY LN
WEST HAMPTON, NH 03842

DEBTOR 2434 SOUTH INTERSTATE 35E LEASING
LLC CASE NUMBER 26-16470
INNOVATIVE HEIGHTS SLICK CITY
17379 EDISON AVE
CHESTERFIELD, MO 63005

DEBTOR 2434 SOUTH INTERSTATE 35E LEASING
LLC CASE NUMBER 26-16470
OLLIES BARGAIN OUTLET, INC
6295 ALLENTOWN BLVD
STE 1
HARRISBURG, PA 17112

DEBTOR 2434 SOUTH INTERSTATE 35E LEASING
LLC CASE NUMBER 26-16470
LEXINGTON

DEBTOR 2434 SOUTH INTERSTATE 35E LEASING
LLC CASE NUMBER 26-16470
FIRST NATIONAL BANK OF MCGREGOR
ATTN CLINT SAVAGE
PO BOX 387
MCGREGOR, TX 76657

DEBTOR 2434 SOUTH INTERSTATE 35E LEASING
LLC CASE NUMBER 26-16470
DENTON MUNICIPAL UTILITIES
601 E HICKORY ST SUITE F
DENTON, TX 76205

DEBTOR 2434 SOUTH INTERSTATE 35E REAL
ESTATE LLC CASE NUMBER 26-16473
FIRST NATIONAL BANK OF MCGREGOR
ATTN CLINT SAVAGE
PO BOX 387
MCGREGOR, TX 76657

DEBTOR 2434 SOUTH INTERSTATE 35E REAL
ESTATE LLC CASE NUMBER 26-16473
LEXINGTON

DEBTOR 250 PROGRESSIVE LEASING LLC CASE
NUMBER 26-16465
CITY OF WESTERVILLE
PO BOX 6107
WESTERVILLE, OH 43086-6107

DEBTOR 250 PROGRESSIVE LEASING LLC CASE
NUMBER 26-16465
CITY OF WESTERVILLE
21 S STATE ST
WESTERVILLE, OH 43081

DEBTOR 250 PROGRESSIVE LEASING LLC CASE
NUMBER 26-16465
FIRST MERCHANTS BANK / FIRST MERCHANTS
BANK, NATIONAL ASSOCIATION
ATTN TED K. TRABUE
3650 OLENTANGY RIVER ROAD
SUITE 100
COLUMBUS, OH 43214

DEBTOR 250 PROGRESSIVE LEASING LLC CASE
NUMBER 26-16465
ABSOLUTE LANDSCAPING LLC
3412 DEVONSHIRE DR
HOLIDAY, FL 34691

DEBTOR 250 PROGRESSIVE LEASING LLC CASE
NUMBER 26-16465
D2 FACILITY SOLUTIONS
1395 PICCARD DRIVE
SUITE 350
ROCKVILLE, MD 20850

DEBTOR 250 PROGRESSIVE REAL ESTATE LLC
CASE NUMBER 26-16476
FIRST MERCHANTS BANK / FIRST MERCHANTS
BANK, NATIONAL ASSOCIATION
ATTN TED K. TRABUE
3650 OLENTANGY RIVER ROAD
SUITE 100
COLUMBUS, OH 43214

DEBTOR 2547 BRINDLE DRIVE LEASING LLC
CASE NUMBER 26-16516
LEXINGTON

DEBTOR 2547 BRINDLE DRIVE LEASING LLC
CASE NUMBER 26-16516
ST BANK
BRUBAKER CONNAUGHTON GOSS LUCARELLI
480 NEW HOLLAND AVENUE, SUITE 6205
LANCASTER, PA 17602

DEBTOR 2547 BRINDLE DRIVE LEASING LLC
CASE NUMBER 26-16516
ST BANK
ATTN KATHRYN L. WIX
205 GRANITE RUN DRIVE
SUITE 380
LANCASTER, PA 17601

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
SUSQUEHANNA TOWNSHIP AUTHORITY
PO BX 60275
HARRISBURG, PA 17106-0275

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
LOFT STORE #1392
7 TIMES SQ
NEW YORK, NY 10036

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
J. JILL #3166
4 BATTERYMARCH PARK
QUINCY, MA 02169

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
CHICOS FAS #0503
11215 METRO PKWY
FORT MYERS, FL 33966

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
WILLIAMS SONOMA #729
1620 S UNIVERSITY DR
STE 203
FORT WORTH, TX 76107

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
UGI
PO BOX 15503
WILMINGTON, DE 19850-5503

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
ENERGY MANAGEMENT SYSTEMS
PO BOX 646
EXTON, PA 19341-0646

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
STRECH LAB FRANCHISE LLC
17877 VON KARMAN AVE
STE 100
IRVINE, CA 92614

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
CLUB PILATES - CP FITNESS
17877 VON KARMAN AVE
STE 100
IRVINE, CA 92614

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
ONE LOVE YOGA
19470 COASTAL HWY
UNIT 2
REHOBOTH BEACH, DE 19971

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
TRINITY CONSTRUCTION

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
MILAN LASER
18020 BURT ST
STE 300
OMAHA, NE 68022

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
PLUM BOTTOM FOOTWEAR
2619 BRINDLE DR
HARRISBURG, PA 17110

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
CAPRIOTTIS SANDWHICH SHOP
6056 S DURANGO
STE 100
LAS VEGAS, NV 89113

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
WHITE HOUSE BLACK MARKET #3206
1600 S UNIVERSITY DR
STE 606
FORT WORTH, TX 76107

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
ATHLETA
1 HARRISON ST
SAN FRANCISCO, CA 94105

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
RAISING THE BARRE LLC
1231 PIKE LAKE DR
NEW BRIGHTON, MN 55112

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
ELEVEN ELEVEN PENNSYLVANIA LLC
1500 WASHINGTON RD
PITTSBURGH, PA 15228-1651

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
ROMANOS MACARONI GRILL
1855 BLAKE ST
DENVER, CO 80202

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
EMBELLAS LLC (NITTANY SCOOPS)
2537 BRINDLE DR
HARRISBURG, PA 17110

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
VEOLIA
PO BOX 371804
PITTSBURGH, PA 15250-7804

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
LENS CRAFTS # 0507 LUXOTTICO
510 6TH AVE
NEW YORK, NY 10011-8405

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
LEXINGTON

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
PENN WASTE
PO BOX 69035
BALTIMORE, MD 21264-9035

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
AD NAIL SPA
660 WOODBURY GLASSBORO RD
STE 13
SEWLL, NJ 08080

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
THE TALBOTS
ONE TALBOTS DR
HINGHAM, MA 02043

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
EDDIE BAUER #20988
2200 1ST AVE S
STE 400
SEATTLE, WA 98134

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
NORMANS GIFT SHOPS- HALLMARK #5
105 TERRY DR
NEWTOWN, PA 18940

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
PPL
PO BOX 419054
LOUIS, MO 63141-9054

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
TESLA
1 TESLA RD
AUSTIN, TX 78725

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
SALON CENTRIC
10101 DR MLK JR ST N
SAINT PETERSBURG, FL 33716

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
SEPHORA USA INC
350 MISSION ST
7TH FL
SAN FRANCISCO, CA 94105-2275

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
HAND AND STONE
1210 NORTHBROOK DR
STE 150
TREVOSE, PA 19053

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
METRO SERVICES

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
COUSIN MAINE LOBSTER
125 JOHN ROBERTS RD
UNIT 2
SOUTH PORTLAND, ME 04106

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
HARVEST SEASONAL GRILL
2865 S EAGLE RD
NEWTOWN, PA 18940

DEBTOR 2547 BRINDLE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16521
STARBUCKS #7937
2401 UTAH AVE SOUTH
STE 800
SEATTLE, WA 98134

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
MOMENTUM BUILDERS
ATTN HASSAN RAJA
1253 ROCKAWAY AVE
BROOKLYN, NY 11236

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
REPUBLIC SERVICES
PO BOX 713502
CHICAGO, IL 60677

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
FIRST FINANCIAL BANK
ATTN COMMERCIAL FILE
228 PICTORIA DR.
CINCINNATI, OH 44982

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
FIRST FINANCIAL BANK
ATTN COMMERCIAL FILE
229 PICTORIA DR.
CINCINNATI, OH 44894

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
MISSOURI AMERICAN WATER
PO BOX 6029
CAROL STREAM, IL 60197-6029

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
CUTTING EDGE
275 KINGS HWY
STE 102
BROWNSVILLE, TX 78521

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
THE CHASE LAW FIRM PC
7509 DELMAR BLVD
ST LOUIS, MO 63130

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
INGRAM, LANAE A.
ADDRESS ON FILE

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
KOVACEVIC, MEDINA
ADDRESS ON FILE

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
DESIGN SOURCE FLOORING LLC
10645 LACKMAN RD
LENEXA, KS 66219

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
METROPOLITAN SEWER DISTRICT
2350 MARKET STREET
SAINT LOUIS, MO 63103

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
AMEREN MISSOURI
1901 CHOUTEAU
ST LOUIS, MO 63101

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
OROURKE CONTRACTING LLC
PO BOX 1051
HANNIBAL, MO 63401

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
FIRST FINANCIAL BANK
ATTN MARK D. BICKER, LENDING OFFICER.
259 EAST FIFTH STREET, SUITE 800
CINCINNATI, OH 44850

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
FIRST FINANCIAL BANK
ATTN MARK D. BICKER, LENDING OFFICER.
258 EAST FIFTH STREET, SUITE 800
CINCINNATI, OH 44938

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
CLAY, GERLONDA J.
ADDRESS ON FILE

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
CLIFTON RIVER

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
AMEREN MISSOURI
PO BOX 88034
CHICAGO, IL 60680-1034

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
TENNANT LANDSCAPE SOLUTIONS, INC
11724 ADMINISTRATION DR
SAINT LOUIS, MO 63146

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
SPECTRUM ONE FOR BUSINESS - RELIABLE
INTERNET, MOBILE, AND WIFI
400 WASHINGTON BLVD
STAMFORD, CT 06902

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
HD SUPPLY
3400 CUMBERLAND BLVD SE
ATLANTA, GA 30339

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
TRIPLE D GENERAL CONTRACTING, LLC
7220 N LINDBERGH BLVD
STE 330
HAZELWOOD, MO 63042

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
REAL CLEAR SOLUTIONS MD LLC
9505 REISTERSTOWN RD
STE 2NC
OWINGS MILLS, MD 21117

DEBTOR 2974 COPPERCREEK ROAD LEASING LLC
CASE NUMBER 26-16469
SHERWIN WILLIAMS
1847 SOUTH ROAD
WAPPINGERS FALLS, NY 12590 1360

DEBTOR 3385 NEWMARK DRIVE LLC CASE
NUMBER 26-16474
FIRST MERCHANTS BANK / FIRST MERCHANTS
BANK, NATIONAL ASSOCIATION
ATTN TED K. TRABUE
3650 OLENTANGY RIVER ROAD
SUITE 100
COLUMBUS, OH 43214

DEBTOR 3385 NEWMARK DRIVE LLC CASE
NUMBER 26-16474
FINNEY LAW FIRM LLC
4270 IVY POINTE BLVD
STE 225
CINCINNATI, OH 45245

DEBTOR 3385 NEWMARK DRIVE LLC CASE
NUMBER 26-16474
SUDER LLC
1502 VINE ST
4TH FL
CINCINNATI, OH 45202

DEBTOR 3385 NEWMARK DRIVE LLC CASE
NUMBER 26-16474
MONTGOMERY COUNTY ENVIRONMENTAL SERVICES
1850 SPAULDING RD
KETTERING, OH 45432

DEBTOR 3385 NEWMARK DRIVE LLC CASE
NUMBER 26-16474
MONTGOMERY COUNTY ENVIRONMENTAL SERVICES
PO BOX 645728
CINCINNATI, OH 45264

DEBTOR 3385 NEWMARK DRIVE LLC CASE
NUMBER 26-16474
MONTGOMERY COUNTY TREASURER
ATTN JOHN MCMANUS
451 W. THIRD ST
DAYTON, OH 45422

DEBTOR 3385 NEWMARK DRIVE LLC CASE
NUMBER 26-16474
AES OHIO
PO BOX 740598
CINCINNATI, OH 45274

DEBTOR 3385 NEWMARK DRIVE LLC CASE
NUMBER 26-16474
D2 FACILITY SOLUTIONS
1395 PICCARD DRIVE
SUITE 350
ROCKVILLE, MD 20850

DEBTOR 3385 NEWMARK DRIVE LLC CASE
NUMBER 26-16474
AES OHIO
1065 WOODMAN DR
DAYTON, OH 45432

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
MAURICES
425 W SUPERIOR ST
DULUTH, MN 55802-2095

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
GFL ENVIRONMENTAL
6950 N MICHIGAN RD
SAGINAW, MI 48604

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
CONSUMER ENERGY
CONSUMERS ENERGY PAYMENT CENTER
PO BOX 740309
CINCINNATI, OH 45274-0309

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
DICKS SPORTING GOOD #94
345 COURT ST
CORAOPOLIS, PA 15108

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
MICHAELS #9172
3437 TITTABAWASSEE RD
SAGINAW, MI 48604-9489

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
BLUE THUMB PONDS
2650 SCHUST RD
SAGINAW, MI 48603

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
GOLDEN RECYCLERS
3043 BOURKE ST
DETROIT, MI 48238

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
THE BUCKLE INC
2407 W 24TH ST
KEARNEY, NE 68845

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
SPARKLE BUGGY
3085 WESTBAY DR
SAGINAW, MI 48604

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
BATH BODY WORKS #1042
3 LIMITED PKWY
COLUMBUS, OH 43230

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
BARNES NOBLE #2841
122 FIFTH AVE
NEW YORK, NY 10011-5605

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
OLD NAVY #5863
2 FOLSOM ST
SAN FRANCISCO, CA 94105

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
DOLLAR TREE #255
500 VOLVO PKWY
CHESAPEAKE, VA 23320

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
HALLMARK
2501 MCGEE ST
KANSAS CITY, MO 64108-2615

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
LEXINGTON

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
BURLINGTON #521
3175 WESTBAY DR
STE C
SAGINAW, MI 48604

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
SVS VISION OPTICAL
118 CASS AVE
MOUNT CLEMENS, MI 48043-2204

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
DSW #29457
810 DSW DR
COLUMBUS, OH 43219

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
ULTA BEAUTY #522
32 DISTRICT AVE
DORCHESTER, MA 02125

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
PETSMART #723
19601 N 27TH AVE
PHOENIX, AZ 85027

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
FIRST FINANCIAL BANK
ATTN COMMERCIAL FILE
230 PICTORIA DR.
CINCINNATI, OH 44806

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
JMAV GLOBAL

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
DAVIDS BRIDAL #239
1001 WASHINGTON ST
CONSHOHOCKEN, PA 19428

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
SAGINAW CHARTER TOWNSHIP WATER DEPT
PO BOX 6400
SAGINAW, MI 48608

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
FIRST FINANCIAL BANK
ATTN MARK D. BICKER, LENDING OFFICER.
260 EAST FIFTH STREET, SUITE 800
CINCINNATI, OH 44762

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
HOMEGOODS #1033
12955 W CTR RD
OMAHA, NE 68144-3742

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
FIVE BELOW #572
701 MARKET ST
STE 600
PHILADELPHIA, PA 19106

DEBTOR 3413 TITTABAWASSEE ROAD LEASING
LLC CASE NUMBER 26-16519
TJ MAXX #331
770 COCHITUATE RD
FRAMINGHAM, MA 01701

DEBTOR 3413 TITTABAWASSEE ROAD REAL
ESTATE LLC CASE NUMBER 26-16522
LEXINGTON

DEBTOR 3413 TITTABAWASSEE ROAD REAL
ESTATE LLC CASE NUMBER 26-16522
FIRST FINANCIAL BANK
ATTN MARK D. BICKER, LENDING OFFICER.
261 EAST FIFTH STREET, SUITE 800
CINCINNATI, OH 44674

DEBTOR 3413 TITTABAWASSEE ROAD REAL
ESTATE LLC CASE NUMBER 26-16522
FIRST FINANCIAL BANK
ATTN COMMERCIAL FILE
231 PICTORIA DR.
CINCINNATI, OH 44718

DEBTOR 348 MORRIS AVENUE REAL ESTATE LLC
CASE NUMBER 26-16459
GOBA CAPITAL, INC.
ATTN COLE THOMPSON
80 S.W. 8TH STREET
SUITE 2150
MIAMI, FL 33130

DEBTOR 400 GREENS ROAD LEASING LLC CASE
NUMBER 26-16475
FIRST FINANCIAL BANK
ATTN COMMERCIAL FILE
225 PICTORIA DR.
CINCINNATI, OH 45246

DEBTOR 400 GREENS ROAD LEASING LLC CASE
NUMBER 26-16475
COMCAST
PO BOX 660618
DALLAS, TX 75266-0618

DEBTOR 400 GREENS ROAD LEASING LLC CASE
NUMBER 26-16475
FIRST FINANCIAL BANK
ATTN MARK D. BICKER, LENDING OFFICER.
255 EAST FIFTH STREET, SUITE 800
CINCINNATI, OH 45202

DEBTOR 400 GREENS ROAD LEASING LLC CASE
NUMBER 26-16475
TXU ENERGY
2603 AUGUSTA DR
STE. 300
HOUSTON, TX 77057

DEBTOR 400 GREENS ROAD LEASING LLC CASE
NUMBER 26-16475
DANI WEISS

DEBTOR 400 GREENS ROAD LEASING LLC CASE
NUMBER 26-16475
COKINOS ENERGY
5718 WESTHEIMER RD # 900
HOUSTON, TX 77057

DEBTOR 400 GREENS ROAD LEASING LLC CASE
NUMBER 26-16475
REPUBLIC SERVICES
5301 BROOKGLEN DR
HOUSTON, TX 77017

DEBTOR 400 GREENS ROAD LEASING LLC CASE
NUMBER 26-16475
CITY OF HOUSTON
900 BAGBY
HOUSTON, TX 77002

DEBTOR 400 GREENS ROAD REAL ESTATE LLC
CASE NUMBER 26-16477
FIRST FINANCIAL BANK
ATTN MARK D. BICKER, LENDING OFFICER.
255 EAST FIFTH STREET, SUITE 800
CINCINNATI, OH 45202

DEBTOR 400 GREENS ROAD REAL ESTATE LLC
CASE NUMBER 26-16477
FIRST FINANCIAL BANK
ATTN COMMERCIAL FILE
225 PICTORIA DR.
CINCINNATI, OH 45246

DEBTOR 400 GREENS ROAD REAL ESTATE LLC
CASE NUMBER 26-16477
DANI WEISS

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
ELECTRONIC ENGINEERING
1100 KEO WAY
DES MOINES, IA 50309

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
MEDIACOMBUSINESS
PO BOX 5744
CAROL STREAM, IL 60197

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
SERVICE PROVIDERS ASSOCIATION
6901 CTR ST
WEST DES MOINES, IA 50265

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
ZILLOW RENTALS
1301 SECOND AVE
36TH FL
SEATTLE, WA 98101

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
MIDAMERICAN ENERGY
P.O. BOX 8020
DAVENPORT, IA 52808-8020

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
AVENARIUS, CLARA
ADDRESS ON FILE

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
QUADIENT
2999 NORTH 44TH ST
STE 510
PHOENIX, AZ 85018-7252

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
PRECISION DOOR SERVICE
2395 S WASHINGTON AVE
STE 4
TITUSVILLE, FL 32780

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
RUBIO, ADAN
ADDRESS ON FILE

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
PRESTIGE TELECOM
E3-E5 HERITAGE BUSINESS PARK
HERITAGE WAY
GOSPORT
HAMPSHIRE, PO12 4BG
UNITED KINGDOM

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
BARLOR, GRACE
ADDRESS ON FILE

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
CLIFTON RIVER

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
SMITH, TODD
ADDRESS ON FILE

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
RITERUG FLOORING
4450 POTH RD
WHITEHALL, OH 43213

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
REPUBLIC SERVICES (WASTE CONNECTIONS)
4705 NE 22ND ST
DES MOINES, IA 50313

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
GARRETT, AMBRAYSHIAH
ADDRESS ON FILE

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
TELLES, MELISSA
ADDRESS ON FILE

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
KARA COMMUNICATIONS, INC
6228 HOBSON VALLEY DR
WOODRIGDE, IL 60517

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
IOWA AMERICAN WATER (DES MOINES
WATERWORKS)
3409 RESEARCH PKWY
DAVENPORT, IA 52806

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
BANK IOWA
BANK IOWA / BANK IOWA WEST DES MOINES
1150 JORDAN CREEK PARKWAY
WEST DES MOINES, IA 50266

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
STATE INDUSTRIAL PRODUCTS CORPORATION
5915 LANDERBROOK DR
STE 300
MAYFIELD HEIGHTS, OH 44124

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
BAKER ELECTRIC, INC.
111 JACKSON AVE
DES MOINES, IA 50315

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
EXCEL MECHANICAL
5613 NE 22ND ST
DES MOINES, IA 50313

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
SIEGEL LAWN CARE
33814 RUSTLIN LN
ADEL, IA 50003-8462

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
HAGEDORN, AUSTIN
ADDRESS ON FILE

DEBTOR 4200 PARK AVENUE LEASING LLC CASE
NUMBER 26-16523
ORKIN PEST CONTROL (WESTON PARK)
24 KING ST
STE 1A
AUBURN, NH 03032

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
LANE BRYANT #4709
8323 WALTON PKWY
NEW ALBANY, OH 43054

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
DORSEY COLLEGE
31739 JOHN R RD
MADISON HEIGHTS, MI 48071

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
SAGINAW CHARTER TOWNSHIP WATER DEPT
PO BOX 6400
SAGINAW, MI 48608

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
THE UPS STORE
9350 WAXIE WAY
STE 520
SAN DIEGO, CA 92123

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
GUITAR CENTER
30730 RUSSELL RANCH RD
WESTLAKE VILLAGE, CA 91362-6355

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
BEST BUY # MO0405
7601 PENN AVE S
RICHFIELD, MN 55423

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
WILD BILLS TOBACCO
1148 E W MAPLE RD
WALLED LAKE, MI 48390

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
HARBOR FREIGHT TOOLS #0188
1944 PIPESTONE RD BENTON
HARBOR, MI 49022

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
RED WING SHOES
314 MAIN ST
RED WING, MN 55066

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
ONEMAIN FINANCIAL
601 NW SECOND ST
EVANSVILLE, IN 47708-1013

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
LEXINGTON

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
SUPERCUTS #2644
7201 METRO BLVD
MINNEAPOLIS, MN 55439-2131

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
CHARLEYS GRILLED SUBS
100 W 33RD ST
NEW YORK, NY 10001

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
CORPORATE SERVICES CONSULTANTS LLC
PO BOX 6400
SAGINAW, MI 48608

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
CHECK N GO
PO BOX 36454
CINCINNATI, OH 45236

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
CONSUMER ENERGY
CONSUMERS ENERGY PAYMENT CENTER
PO BOX 740309
CINCINNATI, OH 45274-0309

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
CONSUMER ENERGY
1 ENERGY PLAZA
JACKSON, MI 49201

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
SPIRIT HALLOWEEN SUPERSTORES LLC
1480 FOOTHILL BLVD
LA VERNE, CA 91750

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
FIRST FINANCIAL BANK
ATTN COMMERCIAL FILE
232 PICTORIA DR.
CINCINNATI, OH 44630

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
AAA
1000 AAA DR
STE 28
HEATHROW, FL 32746-5063

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
FIRST FINANCIAL BANK
ATTN MARK D. BICKER, LENDING OFFICER.
262 EAST FIFTH STREET, SUITE 800
CINCINNATI, OH 44586

DEBTOR 4328 BAY ROAD LEASING LLC CASE
NUMBER 26-16524
DEPARTMENT OF MANAGEMENT
430 W ALLEGAN ST
RICHARD H. AUSTIN BUILDING
4TH FL
LANSING, MI 48918

DEBTOR 4328 BAY ROAD REAL ESTATE LLC
CASE NUMBER 26-16525
LEXINGTON

DEBTOR 4328 BAY ROAD REAL ESTATE LLC
CASE NUMBER 26-16525
FIRST FINANCIAL BANK
ATTN COMMERCIAL FILE
233 PICTORIA DR.
CINCINNATI, OH 44542

DEBTOR 4328 BAY ROAD REAL ESTATE LLC
CASE NUMBER 26-16525
FIRST FINANCIAL BANK
ATTN MARK D. BICKER, LENDING OFFICER.
263 EAST FIFTH STREET, SUITE 800
CINCINNATI, OH 44498

DEBTOR 44 SOUTHPOINT DRIVE LEASING LLC
CASE NUMBER 26-16479
EVERSOURCE
PO BOX 56005
BOSTON, MA 02205-6005

DEBTOR 44 SOUTHPOINT DRIVE LEASING LLC
CASE NUMBER 26-16479
TOWN OF AMHERST
4 BOLTWOOD AVENUE
AMHERST, MA 01002

DEBTOR 44 SOUTHPOINT DRIVE LEASING LLC
CASE NUMBER 26-16479
FIDELITY CO-OPERATIVE BANK
9 LEOMINSTER CONNECTOR
LEOMINSTER, MA 01453

DEBTOR 44 SOUTHPOINT DRIVE LEASING LLC
CASE NUMBER 26-16479
COMCAST BUSINESS
PO BOX 70219
PHILADELPHIA, PA 19176-0219

DEBTOR 44 SOUTHPOINT DRIVE LEASING LLC
CASE NUMBER 26-16479
NBM

DEBTOR 44 SOUTHPOINT DRIVE LEASING LLC
CASE NUMBER 26-16479
BERKSHIRE GAS
PO BOX 847821
BOSTON, MA 02284-7821

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
GREATER AUGUSTA UTILITIES
12 WILLIAMS STREET
AUGUSTA, ME 04330-5225

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
LAWSON PROPERTY SERVICES, INC.
ATTN KAYLA DAMON
323 STATE STREET
SUITE 300
AUGUSTA, ME 04330

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
KENNEBEC SAVINGS BANK
ATTN ANDREW SILSBY
150 STATE STREET
PO BOX 50
AUGUSTA, ME 04332

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
KENNEBEC SAVINGS BANK
ATTN DAVID ELDRIDGE
150 STATE STREET
P.O. BOX 50
AUGUSTA, ME 04330

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
LAWSON

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
SPECTRUM
PO BOX 6030
CAROL STREAM, IL 60197-6030

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
SUMMIT NATURAL GAS
1201 DEADRA DR
LEBANON, MO 65536

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
MAINE EMERGY MANAGEMENT AGENCY
45 COMMERCE DR
72 STATE HOUSE STATION
AUGUSTA, ME 04333

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
SUMMIT NATURAL GAS
PO BOX 77207
MINNEAPOLIS, MN 65480-7200

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
TRANE
800 E BEATY ST
DAVIDSON, NC 28036

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
THE BOULOS COMPANY
ONE PORTLAND SQ
STE 400
PORTLAND, ME 04101

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
SPECTRUM
400 WASHINGTON BLVD
STAMFORD, CT 06902

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
JOHNSON CONTROLS FIRE PROTECTION LP
5757 N GREEN BAY AVE
MILWAUKEE, WI 53209-4408

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
CONSTELLATION NEWENERGY, INC.
PO BOX 4640
CAROL STREAM, IL 60197-4640

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
SECURITAS TECHNOLOGY CORPORATION
3800 TABS DR
UNIONTOWN, OH 44685

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
CONSTELLATION NEWENERGY, INC
1310 POINT ST
BALTIMORE, MD 21231

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
PEACHEY BUILDERS INC
ATTN GARY PEACHEY
105 OLD WINTHROP RD
AUGUSTA, ME 04330

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
MILTON 45

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
NASON MECHANICAL SYSTEMS
194 MERROW RD
AUBURN, ME 04210

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
CMCC LOT OWNERS ASSOCIATION.
8360 E VIA DE VENTURA BLVD
STE L100
SCOTTSDALE, AZ 85258

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
CMP - CENTRAL MAIN POWER
PO BOX 847810
BOSTON, MA 02284-7810

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
CMP - CENTRAL MAINE POWER
ATTN JASON ENDSLEY
83 EDISON DRIVE
AUGUSTA, ME 04336

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
CHEMSEARCH FE/NCH CORPORATION
2727 CHEMSEARCH BLVD
IRVING, TX 75062-6454

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
PINE TREE WASTE, INC.
PO BOX 1372
WILLISTON, VT 05495-1372

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
PINE TREE WASTE, INC.
87 PLEASANT HILL RD
SCARBOROUGH, ME 04074-9306

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
ROBERT CARLISTA, JR
ADDRESS ON FILE

DEBTOR 45 COMMERCE DRIVE LEASING LLC
CASE NUMBER 26-16478
CONSTELLATION NEWENERGY, INC
ATTN JOSEPH DOMINGUEZ
100 CONSTELLATION WAY
SUITE 500
BALTIMORE, MD 21202-6302

DEBTOR 45 COMMERCE DRIVE REAL ESTATE LLC
CASE NUMBER 26-16480
LAWSON
ADDRESS ON FILE

DEBTOR 45 COMMERCE DRIVE REAL ESTATE LLC
CASE NUMBER 26-16480
KENNEBEC SAVINGS BANK
ATTN DAVID ELDRIDGE
150 STATE STREET
P.O. BOX 50
AUGUSTA, ME 04330

DEBTOR 45 COMMERCE DRIVE REAL ESTATE LLC
CASE NUMBER 26-16480
KENNEBEC SAVINGS BANK
PEARCE, DOW BURNS, LLP
ATTN MICHAEL J. PEARCE.
TWO MONUMENT SQUARE, SUITE 901 P.O. BOX
108
PORTLAND, ME 04112

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
SUNDANCE PLANTSCAPING, INC.
3208 AVE R 1/2
GALVESTON, TX 77550-7650

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
IMMACULATE EXTERIORS LLC
5900 BALCONES DR
STE 100
AUSTIN, TX 78731-4298

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
CITY OF HOUSTON
901 BAGBY ST
HOUSTON, TX 77002

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
ALWAYS IN SEASON DECORATING
701 E 6 1/2 ST
HOUSTON, TX 77007

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
ALLIED UNIVERSAL SECURITY SERVICES
161 WASHINGTON ST
STE 600
CONSHOHOCKEN, PA 19428

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
HOUSTON WASTE SERVICES LLC
PO BOX 654383
DALLAS, TX 78265-4383

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
TEKNOW INTERNATIONAL, INC.
8100 W FLAGER ST
STE 200
MIAMI, FL 33144

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
WGR ROOFING SERVICES LLC
3833 HANSEN DR
DICKINSON, TX 77539

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
CHARLIES PLUMBING, INC.
10114 THERMON
HOUSTON, TX 77075

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
TEFFTNET, INC.
9575 KATY FWY
HOUSTON, TX 77204

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
ANSLOW-BRYANT CONSTRUCTION LTD
ATTN JAMES BRYANT
5373 W SAM HOUSTON PKWY N
SUITE 200
HOUSTON, TX 77041

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
TK ELEVATOR CORPORATION
788 CIRCLE 75 PKWY SE
STE 500
ATLANTA, GA 30339-4454

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
AUTOMATED BUILDING SOLUTIONS INC
7348 S ALTON WAY
STE L
CENTENNIAL, CO 80112

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
ATT
PO BOX 6463
CAROL STREAM, IL 60197-5014

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
ATT
208 S AKARD ST
WHITACRE TOWER
DALLAS, TX 75202

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
MOORE OPERATIONS MANAGEMENT LLC
4248 GALEWOOD ST
LAKE OSWEGO, OR 97035

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
FIRE SAFE PROTECTION SERVICES, LP
1815 SHERWOOD FOREST ST
HOUSTON, TX 77403

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
RNG CONSTRUCTORS, INC.
855 WAKEFIELD DR
HOUSTON, TX 77018-6337

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
THE HOME DEPOT, CRC/GECF
2455 PACES FERRY RD
ATLANTA, GA 30339

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
ROYAL SERVICES COMPANY, LLC
8010 BREEN DR
HOUSTON, TX 77064-8416

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
CIRRO ENERGY
PO BOX 660004
DALLAS, TX 75266-0004

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
HG FIRE SYSTEMS, LP
15102 SOMMERMEYER ST
STE 100
HOUSTON, TX 77041

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
RON STEWART ASSOCIATES
101 SOUTHWESTERN BLVD
STE 212
SUGAR LAND, TX 77478

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
CITY OF HOUSTON
PO BOX 1560
HOUSTON, TX 77251-1560

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
HOUSTON WASTE SERVICES
6418 CHIPPEWA BLVD
HOUSTON, TX 77086-3804

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
KINGS III OF AMERICA, LLC
751 CANYON DR
STE 100
COPPELL, TX 75019-3857

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
FACILITY SOLUTIONS GROUP, INC.
4401 WESTGATE BLVD
STE 310
AUSTIN, TX 78745-1494

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
RENTOKIL NORTH AMERICA INC
1125 BERKSHIRE BLVD
READING, PA 19610

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
PROFESSIONAL JANITORIAL SERVICE
2401 E ST ELMO RD
STE 100
AUSTIN, TX 78744

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
A1 EXPRESS SAFE LOCK INC.
706 S 2ND ST
RICHMOND, TX 77469

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
WESTCO GROUNDS MAINTENANCE LLC
12350 TAYLOR RD
HOUSTON, TX 77041

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
BEST PLUMBING SPECIALTIES, INC.
3039 VENTRIE CT
MYERSVILLE, MD 21773

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
WOODFOREST NATIONAL BANK
CMB LOAN OPERATIONS
P.O. BOX 7899
THE WOODLANDS, TX 77387

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
INSITE REALTY PARTNERS, LP
ATTN SALLY KUNI
2537 S GESSNER RD
SUITE 250
HOUSTON, TX 77063

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
ADP INC
ONE ADP BLVD
ROSELAND, NJ 07068

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
INSITE REALTY PARTNERS, LP
2537 S GESSNER RD
STE 250
HOUSTON, TX 77063

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
JOHNSTONE SUPPLY
11632 NE AINSWORTH CIR
PORTLAND, OR 97220

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
TEXAS FLOOR COVERING INC
7808 KEMPWOOD DR
HOUSTON, TX 77055

DEBTOR 4650 WESTWAY PARK BOULEVARD
LEASING LLC CASE NUMBER 26-16482
INSITE

DEBTOR 4650 WESTWAY PARK BOULEVARD REAL
ESTATE LLC CASE NUMBER 26-16488
WOODFOREST NATIONAL BANK
CMB LOAN OPERATIONS
P.O. BOX 7899
THE WOODLANDS, TX 77387

DEBTOR 4650 WESTWAY PARK BOULEVARD REAL
ESTATE LLC CASE NUMBER 26-16488
INSITE

DEBTOR 4800 USH 280 LEASING LLC CASE
NUMBER 26-16484
REGIONS BANK
2401 GATEWAY DRIVE
OPELIKA, AL 36801

DEBTOR 4800 USH 280 REAL ESTATE LLC CASE
NUMBER 26-16487
MAX CREDIT UNTION
P.O. BOX 244040
MONTGOMERY, AL 36124

DEBTOR 4800 USH 280 REAL ESTATE LLC CASE
NUMBER 26-16487
H2DEVELOPMENT, LLC
2564 DANBURY DRIVE
AUBURN, AL 36830

DEBTOR 4800 USH 280 REAL ESTATE LLC CASE
NUMBER 26-16487
REGIONS BANK
2401 GATEWAY DRIVE
OPELIKA, AL 36801

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
APPALACHIAN POWER
PO BOX 24401
CANTON, OH 44701

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
SIMPSON

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
FBT GIBBONS
500 VIRGINIA ST E
STE 1100
CHARLESTON, WV 25301

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
DODSON PEST CONTROL
PO BOX 10249
LYNCHBURG, VA 24506

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
BOSSIE ELECTRIC
523 SLACK ST
CHARLESTON, WV 25301

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
WEST VIRGINIA AMERICAN WATER
PO BOX 2798
CAMDEN, NJ 08101

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
MOUNTAINEER GAS
PO BOX 580211
CHARLOTTE, NC 28258

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
ROYAL PROPERTY MANAGEMENT, INC.
17150 VIA DEL CAMPO
SAN DIEGO, CA 92127

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
CHINA BUFFET
9016 MADISON BLVD
MADISON, AL 35758

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
CITY OF CHARLESTON
80 BROAD ST
CHARLESTON, SC 29401-0304

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
CHARLESTON SANITARY BOARD
208 26TH STREET W
CHARLESTON, WV 25387

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
FIRST FINANCIAL BANK
ATTN MARK D. BICKER, LENDING OFFICER.
264 EAST FIFTH STREET, SUITE 800
CINCINNATI, OH 44410

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
SUNBELT RENTALS
7205 STATESVILLE RD
CHARLOTTE, NC 28269-3701

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
SUDDENLINK
PO BOX 660365
DALLAS, TX 75266

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
FIRST FINANCIAL BANK
ATTN COMMERCIAL FILE
234 PICTORIA DR.
CINCINNATI, OH 44454

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
WASTE MANAGEMENT
PO BOX 13648
PHILADELPHIA, PA 19101

DEBTOR 5707 MACCORKLE AVENUE LEASING LLC
CASE NUMBER 26-16462
SIMPSON PROPERTIES INC
239 MAIN ST
5TH FL
JOHNSTOWN, PA 15901

DEBTOR 5707 MACCORKLE AVENUE REAL ESTATE
LLC CASE NUMBER 26-16460
FIRST FINANCIAL BANK
ATTN COMMERCIAL FILE
235 PICTORIA DR.
CINCINNATI, OH 44366

DEBTOR 5707 MACCORKLE AVENUE REAL ESTATE
LLC CASE NUMBER 26-16460
SIMPSON
ADDRESS ON FILE

DEBTOR 5707 MACCORKLE AVENUE REAL ESTATE
LLC CASE NUMBER 26-16460
FIRST FINANCIAL BANK
ATTN MARK D. BICKER, LENDING OFFICER.
265 EAST FIFTH STREET, SUITE 800
CINCINNATI, OH 44322

DEBTOR 771 CORPORATE DRIVE LEASING LLC
CASE NUMBER 26-16489
LEXSERV (LEXINGTON FAYETTE URBAN COUNTY
GOVERNMENT)
200 E MAIN ST
LEXINGTON, KY 40507

DEBTOR 771 CORPORATE DRIVE LEASING LLC
CASE NUMBER 26-16489
KENTUCKY AMERICAN WATER COMPANY
PO BOX 6029
CAROL STREAM, IL 60197-6029

DEBTOR 771 CORPORATE DRIVE LEASING LLC
CASE NUMBER 26-16489
RUMPKE RECYCLING OF CENTRAL KENTUCKY
3990 GENERATION DR
CINCINNATI, OH 45251

DEBTOR 771 CORPORATE DRIVE LEASING LLC
CASE NUMBER 26-16489
NAI

DEBTOR 771 CORPORATE DRIVE LEASING LLC
CASE NUMBER 26-16489
FIRST FINANCIAL BANK
ATTN COMMERCIAL FILE
226 PICTORIA DR.
CINCINNATI, OH 45158

DEBTOR 771 CORPORATE DRIVE LEASING LLC
CASE NUMBER 26-16489
KINETIC BUSINESS (FORMERLY WINDSTREAM)
2101 RIVERFRONT DRIVE
LITTLE ROCK, AR 72202

DEBTOR 771 CORPORATE DRIVE LEASING LLC
CASE NUMBER 26-16489
FIRST FINANCIAL BANK
ATTN MARK D. BICKER, LENDING OFFICER.
256 EAST FIFTH STREET, SUITE 800
CINCINNATI, OH 45114

DEBTOR 771 CORPORATE DRIVE LEASING LLC
CASE NUMBER 26-16489
KENTUCKY UTILITIES
PO BOX 771670
ST LOUIS, MO 63177-1670

DEBTOR 771 CORPORATE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16485
FIRST FINANCIAL BANK
ATTN JAMIE ANDERSON
255 EAST FIFTH STREET
SUITE 700
CINCINNATI, OH 45202

DEBTOR 771 CORPORATE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16485
FIRST FINANCIAL BANK
ATTN MARK D. BICKER, LENDING OFFICER.
257 EAST FIFTH STREET, SUITE 800
CINCINNATI, OH 45026

DEBTOR 771 CORPORATE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16485
FIRST FINANCIAL BANK
ATTN COMMERCIAL FILE
227 PICTORIA DR.
CINCINNATI, OH 45070

DEBTOR 771 CORPORATE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16485
STAR BUILDING SERVICES COMPANY, INC.
167 AVE AT THE COMMON
SHREWSBURY, NJ 07702

DEBTOR 771 CORPORATE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16485
NAI

DEBTOR 771 CORPORATE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16485
FIRST FINANCIAL BANK - AUTO PAY
225 PICTORIA DR
STE 700
CINCINNATI, OH 45246

DEBTOR 771 CORPORATE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16485
PRATTS LAWN LANDSCAPE, INC
1839 LEXINGTON RD
GEORGETOWN, KY 40324

DEBTOR 771 CORPORATE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16485
IVEY MECHANICAL COMPANY, LLC
134 W WASHINGTON
ST KOSCIUSKO, MS 39090-3633

DEBTOR 771 CORPORATE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16485
ISAAC COMMERCIAL PROPERTIES, INC.
771 CORPORATE DR
STE 500
LEXINGTON, KY 40503-5446

DEBTOR 771 CORPORATE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16485
SIGN-A-RAMA
2121 VISTA PKWY
WEST PALM BEACH, FL 33411

DEBTOR 771 CORPORATE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16485
ISAAC COMMERCIAL PROPERTIES, INC.
ATTN AI ISAAC
771 CORPORATE DR
SUITE 500
LEXINGTON, KY 40503

DEBTOR 771 CORPORATE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16485
BAUMANN PAPER COMPANY, INC
1601 BAUMANN RD
LEXINGTON, KY 40511

DEBTOR 771 CORPORATE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16485
SUREMARK ADVISORS GROUP, LLC
7 FALCON RD
EAST BRUNSWICK, NJ 08818

DEBTOR 771 CORPORATE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16485
LEXINGTON-FAYETTE URBAN COUNTY
GOVERNMENT AUTO PAY
200 E MAIN ST
LEXINGTON, KY 40507

DEBTOR 771 CORPORATE DRIVE REAL ESTATE
LLC CASE NUMBER 26-16485
TRAVELERS KENTUCKY INSURANCE GROUP, LLC
3320 CLAYS MILL RD
STE 214
LEXINGTON, KY 40503

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
BARNES NOBLE #2825
122 FIFTH AVE
NEW YORK, NY 10011-5605

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
NETH SON INC
146 TAYLOR DR
DEPEW, NY 14043

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
CHARLEYS STEAKERY
5000 ARLINGTON CENTRE BLVD
STE 5300
COLUMBUS, OH 43220

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
ONEMAIN FINANCIAL
601 NW SECOND ST
EVANSVILLE, IN 47708-1013

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
WAYNE BANK
C/O TRISTATE CAPITAL BANK AS
ADMINISTRATIVE AGENT
ATTENTION CRE LOAN ADMINISTRATION
ONE OXFORD CENTRE, SUITE 2700, 301 GRANT
STREET
PITTSBURGH, PA 15219

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
VERIZON WIRELESS #7212 ID 3838
1095 AVE OF THE AMERICAS
NEW YORK, NY 10036

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
RWE CLEAN ENERGY DCE OPERATIONS, LLC
353 N CLARK ST
STE 30
CHICAGO, IL 60654-4704

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
BAINBRIDGE, LLC D/B/A MIRACLE EAR
325 TORMEY LN NE
STE 144
BAINBRIDGE ISLAND, WA 98110

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
WELLNOW URGENT CARE
311 N GREEN ST
17TH FL
CHICAGO, IL 60607-1331

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
SAMS CLUB NO 6431
830 COUNTY RD 64
STE 2
ELMIRA, NY 14903

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
VISIONWORKS #1054
175 E HOUSTON ST
SAN ANTONIO, TX 78209

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
RWE CLEAN ENERGY DCE OPERATIONS, LLC
PO BOX 223265
PITTSBURGH, PA 15251-2265

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
LEXINGTON

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
BOOT BARN #300
15345 BARRANCA PKWY
IRVINE, CA 92618

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
AUTOZONE STORE #9332 (CONTINGENT)
123 S FRONT ST
MEMPHIS, TN 38103

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
NYSEG
PO BOX 847812
BOSTON, MA 02284-7812

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
SMOKE SHOP

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
NYSEG
PO BOX 5224
BINHAMTOM, NY 13902-5224

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
OLD NAVY #6052
2 FOLSOM ST
SAN FRANCISCO, CA 94105

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
HARBOR FREIGHT TOOLS #2935
1944 PIPESTONE RD BENTON
HARBOR, MI 49022

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
FOSTERS WINE AND SPIRITS
821 COUNTY RD 64
SPACE 33
ELMIRA, NY 14903

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
ARTS NAIL VESTAL INC
2520 VESTAL PKWY E
VESTAL, NY 13850

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
WENDYS
ONE DAVE THOMAS BLVD
DUBLIN, OH 43017

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
VANGUARD-FINE, LLC
ATTN PAUL BULMER
1529 WESTERN AVE SUITE 1
ALBANY, NY 12203

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
TRISTATE CAPITAL BANK
ATTN CRE LOAN ADMINISTRATION
ONE OXFORD CENTRE
SUITE 2700, 301 GRANT STREET
PITTSBURGH, PA 15219

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
SHEESLEY SEWER SERVICE, INC
1862 GRAND CENTRAL AVE
ELMIRA HEIGHTS, NY 14903

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
TROPICAL SMOOTHIE
1117 PERIMETER CTR W
STE W200
ATLANTA, GA 30338

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
PRECISION NATIONAL MAINTENANCE
ATTN PRESIDENT OR GENERAL COUNSEL
418 CLIFTON AVE
LAKEWOOD, NJ 08701

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
MICHAELS STORES #2035
845 COUNTY RTE 64
ELMIRA, NY 14903-7900

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
STRATUM DEVELOPERS AND PROJECT
MANAGEMENT LLC
ATTN KARL IVANOV
27375 SW PARKWAY AVE
WILSONVILLE, OR 97070

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
TOWN OF BIG FLATS
476 MAPLE STREET
BIG FLATS, NY 14814

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
STRATUM DEVELOPERS AND PROJECT
MANAGEMENT LLC
11455 SAINTS RD
JACKSONVILLE, FL 32246

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
CRUMBL COOKIES
2570 W 600 N
LINDON, UT 84042

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
POPEYES #12414- GROUND LEASE
5707 BLUE LAGOON DR
MIAMI, FL 33126

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
YARD AND GARDEN WORKS, LLC
4354 STATE RTE 281
CORTLAND, NY 13045

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
DOLLAR TREE #1415
500 VOLVO PKWY
CHESAPEAKE, VA 23320

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
STAPLES #0279
821 COUNTRY RD 64
STE 1
ELMIRA, NY 14903

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
PLATOS CLOSET
11608 W 135TH ST
OBERLAND PARK, KS 66221

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
TRISTATE CAPITAL BANK
ATTN LEGAL DEPARTMENT
ONE OXFORD CENTRE
SUITE 2700, 301 GRANT STREET
PITTSBURGH, PA 15219

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
MAX SERVICES
1727 FLORA LN
CHARLOTTESVILLE, VA 22901

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
WORLD INSURANCE ASSOCIATES LLC
100 WOOD AVE S
4TH FL
ISELIN, NJ 08330

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
COST CUTTERS #6237
1944 W GRAY ST
HOUSTON, TX 77019

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
CON EDISON CLEAN ENERGY BUS
4 IRVING PLACE
NEW YORK, NY 10003

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
TAI CHI BUBBLE TEA
3300 W HENRIETTA RD
ROCHESTER, NY 14623

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
PETCO #1809
10850 VIA FRONTERA
SAN DIEGO, CA 92127

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
KYOTO
830 COUNTY RTE 64
STE 9
ELMIRA, NY 14903

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
HOBBY LOBBY #422
7707 SW 44TH ST
OKLAHOMA CITY, OK 73179

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
HOBBY LOBBY #422 STORAGE
7707 SW 44TH ST
OKLAHOMA CITY, OK 73179

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
A A BEAUTY SUPPLY
5589 DAVISON RD
LOCKPORT, NY 14094

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
FAMOUS FOOTWEAR #1730
4662 SW LOOP 820
FORT WORTH, TX 76109

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
MERCEDES-BENZ HPC NORTH AMERICA LLC
27 W 24TH ST
STE 400
NEW YORK, NY 10010

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
FIELD AND STREAM #5504
429 CHESTNUT ST
NASHVILLE, TN 37203

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
HOMEGOODS, LLC #1046
400 COCHITUATE RD
STE 1
FRAMINGHAM, MA 01701-4655

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
MOES SOUTHWEST GRILL
4206 MERLE HAY RD
URBANDALE, IA 50310

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
MOD ENTERPRISES, INC.
MICHAEL VERACKA
5667 TONAWANDA CREEK ROAD
LOCKPORT, NY 14094

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
AMEX EPAYMENT
P.O. BOX 96001
LOS ANGELES, CA 90096-8000

DEBTOR 830 COUNTY ROAD 64 LEASING LLC
CASE NUMBER 26-16526
TJ MAXX #198
770 COCHITUATE RD
FRAMINGHAM, MA 01701

DEBTOR 830 COUNTY ROAD 64 REAL ESTATE
LLC CASE NUMBER 26-16527
TRISTATE CAPITAL BANK
ATTN CRE LOAN ADMINISTRATION
ONE OXFORD CENTRE
SUITE 2700, 301 GRANT STREET
PITTSBURGH, PA 15219

DEBTOR 830 COUNTY ROAD 64 REAL ESTATE
LLC CASE NUMBER 26-16527
LEXINGTON

DEBTOR 830 COUNTY ROAD 64 REAL ESTATE
LLC CASE NUMBER 26-16527
TRISTATE CAPITAL BANK
ATTN LEGAL DEPARTMENT
ONE OXFORD CENTRE
SUITE 2700, 301 GRANT STREET
PITTSBURGH, PA 15219

DEBTOR 830 COUNTY ROAD 64 REAL ESTATE
LLC CASE NUMBER 26-16527
WAYNE BANK
C/O TRISTATE CAPITAL BANK AS
ADMINISTRATIVE AGENT
ATTENTION CRE LOAN ADMINISTRATION
ONE OXFORD CENTRE, SUITE 2700, 301 GRANT
STREET
PITTSBURGH, PA 15219

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
TGI FRIDAYS INC
19111 DALLAS PKWY
STE 165
DALLAS, TX 75287

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
RAISING CANES
100 N ST
STE 802
BATON ROUGE, LA 70802

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
LEXINGTON

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
GMRI INC
1000 DARDEN CTR DR
ORLANDO, FL 32837-4032

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
SUPERCUTS INC #800
7201 METRO BLVD
EDINA, MN 55439

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
LEGEND SUBS 2 LLC
90 PLEASANT VALLEY ST
METHUEN, MA 01844-7212

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
WENDYS #07
200 S I-35 SERVICE RD
STE 100
RED OAK, TX 75174

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
K POT
300 STATE RTE 18
STE 4
EAST BRUNSWICK, NJ 08816

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
STARBUCKS #7570
2401 UTAH AVE SOUTH
STE 800
SEATTLE, WA 98134

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
ASPEN DENTAL MANAGEMENT
806 W FULTON MARKET
CHICAGO, IL 60607

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
HOME DEPOT USA-2685
2455 PACES FERRY RD
ATLANTA, GA 30339

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
GFL ENVIROMENTAL
3301 BENSON DR
RALEIGH, NC 27609-7362

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
NORTHERN BANK TRUST COMPANY
275 MISHAWUM ROAD
WOBURN, MA 01801

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
ANN TAYLOR LOFT
7 TIMES SQ
4TH FL
NEW YORK, NY 10036-6555

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
777 LLC-PHO CITY
90 PLEASANT VALLEY ST
METHUEN, MA 01844

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
KIDSTRONG METHUEN
90 PLEASANT VALLEY ST
STE 315
METHUEN, MA 01844

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
LANE BRYANT BRANDS OPCO LLC
8323 WALTON PKWY
NEW ALBANY, OH 43054

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
AMERICAN MULTI-CINEMA INC
11500 ASH ST
LEAWOOD, KS 66211

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
NOTHING BUNDT CAKES
10720 PRESTON RD
STE 1101-B
DALLAS, TX 75230

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
BATH BODY WORKS #4
3 LIMITED PKWY
COLUMBUS, OH 43230

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
SPARKLE PRO- CLEAN INC
1904 S NIAGARA ST
SAGINAW, MI 48602

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
TERIYAKI MADNESS
950 S CHERRY ST
STE 850
DENVER, CO 80246

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
PRECISION NATIONAL MAINTENANCE
ATTN PRESIDENT OR GENERAL COUNSEL
418 CLIFTON AVE
LAKEWOOD, NJ 08701

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
OLD NAVY U.S. #6213
2 FOLSOM ST
SAN FRANCISCO, CA 94105

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
BEAUTIFUL SKIN LLC
65 MAIN ST
STE 119
STONEHAM, MA 02180

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
KB LIQUORS
117 S INTERSTATE 35
NEW BRAUNFELS, TX 78130

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
SUMMIT FIRE PROTECTION COMPANY
575 MINNEHAHA AVE W
ST PAUL, MN 55103

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
WIRELESS WORLD LLC
30 N GOULD ST
STE N
SHERIDAN, WY 82801

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
REPUBLIC
PO BOX 71068
CHARLOTTE, NC 28272-1068

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
X- GOLF METHUEN
90 PLEASANT VALLEY ST
METHEUN, MA 01844

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
PLEASANT VALLEY AND MILK

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
BIG BLUE SWIN SCHOOL
4207 N WESTERN AVE
CHICAGO, IL 60618

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
BIOLIFE PLASMA SERVICES LP
1200 LAKESIDE DR
BANNOCKBURN, IL 60015

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
WORLD INSURANCE ASSOCIATES LLC
100 WOOD AVE S
4TH FL
ISELIN, NJ 08330

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
PET WELL CLINIC
10549 KINGSTON PIKE
KNOXVILLE, TX 37922

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
WE CORP
300 INDEPENDENCE DR
CHESTNUT HILL, MA 02467

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
SANTANDER #0677
75 STATE ST
BOSTON, MA 02109

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
CELLULAR SALES OF MA
9040 EXECUTIVE PARK DR
KNOXVILLE, TX 37923-4607

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
MARSHALLS #781
90 PLEASANT VALLEY RD
METHUEN, MA 01844

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
COMCAST
PO BOX 70219
PHILADELPHIA, PA 19176-0219

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
EVERSOURCE
PO BOX 56002
BOSTON, MA 02205-6002

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
EL POTRO MEXICAN RESTAURANT
2470 W US HWY 90
LAKE CITY, FL 32205

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
SAGINAW CHARTER TOWNSHIP
ATTN JAMES T. WICKMAN, III
4980 SHATTUCK RD
SAGINAW, MI 48603-2963

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
FAMOUS FOOTWEAR #2
4662 SW LOOP 820
FORT WORTH, TX 76109

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
METHUEN FITNESS LLC
90 PLEASANT VALLEY ST
METHUEN, MA 01844

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
CITY OF METHUEN, MASSACHUSETTS
41 PLEASANT STREET
METHUEN, MA 01844

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
CARTERS RETAIL INC-1343
1520 NIXON DR
MOORESTOWN, NJ 08057

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
MERCEDES-BENZ HPC
27 W 24TH ST
STE 400
NEW YORK, NY 10010

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
NATIONAL GRID
PO BOX 371376
PITTSBURGH, PA 15250-7376

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
U.S. ARMY CORPS AND ENGINEERS (USACE)
441 G ST NW
WASHINGTON, DC 20314-1000

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
CHIPOTLE MEXICAN GRILL-20-2592
610 NEWPORT CTR DR
STE 1100
NEWPORT BEACH, CA 92660-6460

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
CHUCK E CHEESE #752
1707 MARKET PLACE BLVD
STE 200
IRVING, TX 75063

DEBTOR 90 PLEASANT VALLEY STREET LEASING
LLC CASE NUMBER 26-16490
TWIN COAST TOPICALS
655 S WILLOW ST
MANCHESTER, NH 03103

DEBTOR 90 PLEASANT VALLEY STREET REAL
ESTATE LLC CASE NUMBER 26-16493
LEXINGTON

DEBTOR 90 PLEASANT VALLEY STREET REAL
ESTATE LLC CASE NUMBER 26-16493
NORTHERN BANK TRUST COMPANY
275 MISHAWUM ROAD
WOBURN, MA 01801

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
APARTMENT LIST
548 MARKET ST
PMB 79519
SAN FRANCISCO, CA 94104-5401

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
DMD CARPET TITLE CLEANING LLC
1039 S SARA RD
BLANCHARD, OK 73010

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
SOUTH TRI MANAGEMENT LLC
18 E41 ST
3RD FL
NEW YORK, NY 10017

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
FIRSTTECH
ATTN JULIE STUCK
5100 NE DAWSON CREEK DR
HILLSBORO, OR 97124

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
SPECIAL CLEANING SERVICES

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
FIRST INSURANCE FUNDING
450 SKOKIE BLVD
STE 1000
NORTHBROOK, IL 60062

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
FIRSTTECH
5100 NE DAWSON CREEK DR
HILLSBORO, OR 97124

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
APPWORK
581 N FRANKLIN TPKE
RAMSEY, NJ 07446

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
PRO ENTERPRISES LLC
2791 19TH ST SE
SALEM, OR 97302-1503

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
OKLAHOMA COUNTY TREASURER
320 ROBERT S KERR AVE
STE 307
OKLAHOMA CITY, OK 73102

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
OKLAHOMA GAS ELECTRIC
321 N HARVEY AVE
OKLAHOMA CITY, OK 73102

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
APPLE ONLINE STORE
ONE APPLE PARK WAY
CUPERTINO, CA 95014

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
CHADWELL SUPPLY, INC.
ATTN ROBERT CHADWELL
5115 JOANNE KEARNEY BLVD
TAMPA, FL 33619

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
DARQUITA L. MAGGARD, PC.
4045 NW 64TH ST
STE 510
OKLAHOMA CITY, OK 73116-2607

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
APARTMENT ASSOCIATION OF CENTRAL
OKLAHOMA
6501 BROADWAY EXTENSION HWY
STE 240
OKLAHOMA CITY, OK 73116

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
CITY OF BETHANY
6700 NW 36TH ST
BETHANY, OK 73008

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
ADT SECURITY SERVICES
1501 W YAMATO RD
BOCA RATON, FL 33431

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
HOBBS PEST CONTOL
1409 FITZPATRICK AVE
OPELIKA, AL 36801

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
BOBBI RAYS
12216 KATIE RIDGE RD
YUKON, OK 73099

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
TRIPLE J MAKE READY APARTMENTS LLC

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
ZILLOW INC
1301 SECOND AVE
36TH FL
SEATLLE, WA 98101

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
REALPAGE - 2351
2201 LAKESIDE BLVD
RICHARDSON, TX 75082

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
MBR CONSTRUCTION ELECTRIC, INC.
6001 SE 156TH ST
OKLAHOMA CITY, OK 73165-7204

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
SPHEREXX
9142 S SHERIDAN
TULSA, OK 74133

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
COSTAR GROUP, INC
1201 WILSON BLVD
ARLINGTON, VA 22209

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
AAA GLASS MIRROR OF OKLAHOMA, LLC
370115 E OLD HWY 64
CLEVELAND, OK 74020

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
JETZ SERVICE COMPANY INC
7090 CAHILL AVE INVER
GROVE HEIGHTS, MN 55076-2500

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
BLACKHAWK SECURITY
2800 WOODLAWN DR
STE 150
HONOLULU, HI 96822

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
BORDERS CONSTRUCTION
49 SONNING RD
BEVERLY, MA 01915-4307

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
AMRENT
250 E BROAD ST
21ST FL
COLUMBUS, OH 43215

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
GOOGLE
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
COMCAST
PO BOX 660618
DALLAS, TX 75266-0618

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
AAA PAINTING SERVICES LLC
2904 MAIN ST
EDGEWATER, MD 21037-1329

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
REDI CARPET LLC
10101 FOUNTAINGATE DR
STAFFORD, TX 77477

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
VIRTUALLY LUX

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
COTTERS CHIMNEY SWEEP
11037 SPRINGHOLLOW RD
OKLAHOMA CITY, OK 73120

DEBTOR BELMONT APARTMENT PARTNERS LLC
CASE NUMBER 26-16528
RJ YOUNG COMPANY, INC.
730A FREELAND STATION RD
NASHVILLE, TN 37228

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SHINE SERVICES INC.
362 FRONT ST 1 LEFT
CHICOPEE, MA 01013

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MAX SERVICES
1727 FLORA LN
CHARLOTTESVILLE, VA 22901

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MIZZEN CAPITAL, LP
C/O SHIPMAN GOODWIN LLP
ATTN ERIC GOLDSTEIN, ESQ., GREGORY
PAPEIKA, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MIZZEN CAPITAL, LP
C/O WALSH PIZZI OREILLY FALANGA LLP
ATTN STEPHEN FALANGA, ESQ. NICHOLAS
EBEL, ESQ.
THREE GATEWAY CENTER, 100 MULBERRY
STREET, FLOOR 15
NEWARK, NJ 07102

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SETH HERSCHTHAL
C/O TARTER KRINSKY DROGIN LLP
ATTN ROCCO A. CAVALIERE., SCOTT S.
MARKOWITZ
ATTN MICHAEL F. MEDVED, ESQ., 1350
BROADWAY, 11TH FLOOR
NEW YORK, NY 10018

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
POLSINELLI

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MIZZEN CAPITAL II, LP
C/O WALSH PIZZI OREILLY FALANGA LLP
ATTN STEPHEN FALANGA, ESQ. NICHOLAS
EBEL, ESQ.
THREE GATEWAY CENTER, 100 MULBERRY
STREET, FLOOR 15
NEWARK, NJ 07102

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
KENNETH SCHUSTER
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MIZZEN CAPITAL II, LP
C/O SHIPMAN GOODWIN LLP
ATTN ERIC GOLDSTEIN, ESQ., GREGORY
PAPEIKA, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
KENNEBEC SAVINGS BANK
ATTN DAVID ELDRIDGE
150 STATE STREET
P.O. BOX 50
AUGUSTA, ME 04330

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MISHMERET TRUST COMPANY LTD., AS TRUSTEE
FOR THE SERIES A HOLDERS OF DEBENTURES
C/O CHAPMAN AND CUTLER LLP
ATTN STEPHEN RICHARD TETRO II
320 SOUTH CANAL STREET
CHICAGO, IL 60606

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MISHMERET TRUST COMPANY LTD., AS TRUSTEE
FOR THE SERIES A HOLDERS OF DEBENTURES
C/O RIKER DANZIG LLP
ATTN JOSEPH L. SCHWARTZ, DANIEL A. BLOOM
7 GIRALDA FARMS, SUITE 250
MADISON, NJ 07940-1051

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MISSOURI AMERICAN WATER
727 CRAIG RD
ST LOUIS, MO 63141

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SECURITIES AND EXCHANGE COMMISSION -
REGIONAL OFFICE
SECURITIES EXCHANGE COMMISSION
PHILADELPHIA OFFICE
ATTN BANKRUPTCY DEPT
ONE PENN CENTER, 1617 JFK BLVD, STE 520
PHILADELPHIA, PA 19103

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SECURITIES AND EXCHANGE COMMISSION -
HEADQUARTERS
SECURITIES AND EXCHANGE COMMISSION
ATTN SECRETARY OF THE TREASURY
100 F. STREET NE
WASHINGTON, DC 20549

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SECURITIES AND EXCHANGE COMMISSION -
REGIONAL OFFICE
SECURITIES EXCHANGE COMMISSION NY OFFICE
ATTN BANKRUPTCY DEPT
BROOKFIELD PLACE, 200 VESEY STREET, STE
400
NEW YORK, NY 10281-1022

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MITCHELL BLACK
C/O BLANK ROME LLP
ATTN MICHAEL B. SCHAEDLE, JOSEF W. MINTZ
ATTN LAWRENCE R. THOMAS III, ONE LOGAN
SQUARE, 130 NORTH 18TH STREET
PHILADELPHIA, PA 19103

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MISHMERET TRUST COMPANY LTD., AS TRUSTEE
FOR THE SERIES A HOLDERS OF DEBENTURES
C/O CHAPMAN AND CUTLER LLP
ATTN MICHAEL FRIEDMAN, JORGE HAMILTON
1270 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NY 10020

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
PRECISION NATIONAL MAINTENANCE
ATTN PRESIDENT OR GENERAL COUNSEL
418 CLIFTON AVE
LAKEWOOD, NJ 08701

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NORTH AMERICAN REAL ESTATE HOLDINGS LLC
50 QUALITY STREET
#110357
TRUMBULL, CT 06611

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
PREVENTIVE PEST CONTROL
7456 LUZ DE LUMBRE
EL PASO, TX 79912

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN OFFSHORE PARTNERS FUND VII,
LP
C/O WILENTZ, GOLDMAN SPITZER, P.A.
ATTN DAVID H. STEIN ESQ, ANDREW BROOME
ESQ
90 WOODBRIDGE CENTER DRIVE, SUITE 900,
BOX 10

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN PARTNERS FUND VIII
INVESTMENTS LLC
C/O PACHULSKI STANG ZIEHL JONES LLP
BRADFORD J. SANDLER, ROBERT J.
FEINSTEIN,
MAXIM B. LITVAK, THEODORE S. HECKEL,
SR., 1700 BROADWAY, 36TH FLOOR

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
RENT-A-CONTAINER NETWORK
206 E HURON ST
ANN ARBOR, MI 48104

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN PARTNERS GROUP
ADMINISTRATION, LLC

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
RAMP

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
JRB DISPOSAL
PO BOX 27
SOUTH DEERFIELD, MA 01373

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN PARTNERS FUND VIII
INVESTMENTS LLC
C/O POLSINELLI PC
ATTN BRETT D. GOODMAN, ESQ.
600 THIRD AVENUE, 42ND FLOOR
NEW YORK, NY 10016

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN PARTNERS FUND VIII
INVESTMENTS LLC
C/O WILENTZ, GOLDMAN SPITZER, P.A.
ATTN DAVID H. STEIN ESQ, ANDREW BROOME
ESQ
90 WOODBRIDGE CENTER DRIVE, SUITE 900,
BOX 10

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SHERWIN-WILLIAMS FLOORING
6107 S WESTERN AVE
OKLAHOMA CITY, OK 73139-1607

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN PARTNERS FUND VIII LP
C/O PACHULSKI STANG ZIEHL JONES LLP
BRADFORD J. SANDLER, ROBERT J.
FEINSTEIN,
MAXIM B. LITVAK, THEODORE S. HECKEL,
SR., 1700 BROADWAY, 36TH FLOOR
NEW YORK, NY 10019

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
REAL HIRES LLC
151 S MAIN ST
NEW CITY, NY 10956-3516

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
REALPAGE - 2351
2201 LAKESIDE BLVD
RICHARDSON, TX 75082

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN PARTNERS FUND VIII LP
C/O POLSINELLI PC
ATTN BRETT D. GOODMAN, ESQ.
600 THIRD AVENUE, 42ND FLOOR
NEW YORK, NY 10016

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN PARTNERS FUND VIII LP
C/O WILENTZ, GOLDMAN SPITZER, P.A.
ATTN DAVID H. STEIN ESQ, ANDREW BROOME
ESQ
90 WOODBRIDGE CENTER DRIVE, SUITE 900,
BOX 10
WOODBRIDGE, NJ 07095

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN PARTNERS GROUP
ADMINISTRATION, LLC
C/O PACHULSKI STANG ZIEHL JONES LLP
BRADFORD J. SANDLER, ROBERT J.
FEINSTEIN,
MAXIM B. LITVAK, THEODORE S. HECKEL,
SR., 1700 BROADWAY, 36TH FLOOR

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN PARTNERS GROUP
ADMINISTRATION, LLC
C/O POLSINELLI PC
ATTN BRETT D. GOODMAN, ESQ.
600 THIRD AVENUE, 42ND FLOOR
NEW YORK, NY 10016

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
JOHNSON FRIEDMAN LAW GROUP PLLC
ATTN SAM JOHNSON
16803 DALLAS PKWY
SUITE 320
ADDISON, TX 75001

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
JOHNSON FRIEDMAN LAW GROUP PLLC
16803 DALLAS PKWY
STE 320
ADDISON, TX 75001

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN PARTNERS GROUP
ADMINISTRATION, LLC
C/O WILENTZ, GOLDMAN SPITZER, P.A.
ATTN DAVID H. STEIN ESQ, ANDREW BROOME
ESQ
90 WOODBRIDGE CENTER DRIVE, SUITE 900,
BOX 10

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SHABSELS GIFT LLC
MICHAEL SHABSELS TTEE
9130 W RUSSELL RD STE 310
LAS VEGAS, NV 89148

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MICHAEL NAMDAR
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN OFFSHORE PARTNERS FUND VII,
LP
C/O POLSINELLI PC
ATTN BRETT D. GOODMAN, ESQ.
600 THIRD AVENUE, 42ND FLOOR
NEW YORK, NY 10016

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SHABSELS MANAGEMENT LLC
444 EAST 58TH STREET
APARTMENT #3-C
NEW YORK, NY 10022

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MERIDEE POWARS
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SHELLEY TURK
C/O WIGGIN AND DANA LLP
ATTN SUSAN M. KENNEDY, ESQ.
TWO LIBERTY PLACE, 50 S. 16TH STREET,
SUITE 2625
PHILADELPHIA, PA 19102

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
KENNEBEC

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SHELLEY TURK
C/O WIGGIN AND DANA LLP
ATTN TAMARA VAN HEEL, ESQ.
251 ROYAL PALM WAY, SUITE 601
PALM BEACH, FL 33480

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
PRIME AIR

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SHELLEY TURK
C/O WIGGIN AND DANA LLP
ATTN MICHAEL L. KENNY JR., ESQ.
437 MADISON AVENUE, 35TH FLOOR
NEW YORK, NY 10022

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SHERWIN WILLIAMS
1847 SOUTH ROAD
WAPPINGERS FALLS, NY 12590 1360

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ST. VINCENT DEPAUL SOCIETY
1480 FOOTHILL BLVD
ROHNERT PARK, CA 94928

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
PRO-TEX CONTRACTING GROUP LLC
201A W MOORE AVE
STE C
TERRELL, TX 75160

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SHERWIN-WILLIAMS PAINT
6107 S WESTERN AVE
OKLAHOMA CITY, OK 73139-1607

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SRS REAL ESTATE PARNERS, LLC
ATTN CHRIS MAGUIRE
8144 WALNUT HILL LANE
SUITE 1200
DALLAS, TX 75231

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MICHAEL SHABSELS
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN LEVERED PARTNERS FUND VIII
LP
C/O PACHULSKI STANG ZIEHL JONES LLP
BRADFORD J. SANDLER, ROBERT J.
FEINSTEIN,
MAXIM B. LITVAK, THEODORE S. HECKEL,
SR., 1700 BROADWAY, 36TH FLOOR

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN LEVERED PARTNERS FUND VIII
LP
C/O POLSINELLI PC
ATTN BRETT D. GOODMAN, ESQ.
600 THIRD AVENUE, 42ND FLOOR
NEW YORK, NY 10016

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN LEVERED PARTNERS FUND VIII
LP
C/O WILENTZ, GOLDMAN SPITZER, P.A.
ATTN DAVID H. STEIN ESQ, ANDREW BROOME
ESQ
90 WOODBRIDGE CENTER DRIVE, SUITE 900,
BOX 10

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ST. LOUIS COUNTY
ATTN SAM PAGE
41 SOUTH CENTRAL
CLAYTON, MO 63105

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
METROPOLITAN OFFSHORE PARTNERS FUND VII,
LP
C/O PACHULSKI STANG ZIEHL JONES LLP
BRADFORD J. SANDLER, ROBERT J.
FEINSTEIN,
MAXIM B. LITVAK, THEODORE S. HECKEL,
SR., 1700 BROADWAY, 36TH FLOOR

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
PROVIDENT

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
KIMBERLY A. BURST
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ROCKING C. VENTURES, LLC
D/B/A CORTIMA THE COUNTS COMPANY
ATTN MARK A. COUNTS
1308 N. FRAIZER ST.
CONROE, TX 77301

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MIZZEN MANAGEMENT, LLC
C/O SHIPMAN GOODWIN LLP
ATTN ERIC GOLDSTEIN, ESQ., GREGORY
PAPEIKA, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NYSEG
PO BOX 5224
BINHAMTOM, NY 13902-5224

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
LESLIES POOLMART INC.
2005 E INDIAN SCHOOL RD
PHOENIX, AZ 85016

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NEW YORK DEPT OF STATE
1 COMMERCE PLAZA 99 WASHINGTON AVE
ALBANY, NY 12231

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
LIBERTAS

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NEW JERSEY DIVISION OF TAXATION,
PO BOX 999,
TRENTON, NJ 08646-0999

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
LIBERTAS FUNDING, LLC
C/O WEIR LLP
ATTN JEFFREY S. CIANCIULLI, ESQUIRE
1300 ROUTE 73, SUITE 314
MT. LAUREL, NJ 08054

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
OCEAN FUNDING CORP
2941 WEST CYPRESS CREEK ROAD
SUITE 101
FORT LAUDERDALE, FL 33309

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SPARKLE PRO- CLEAN INC
1904 S NIAGARA ST
SAGINAW, MI 48602

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NEW JERSEY DIVISION OF TAXATION
PO BOX 269
TRENTON, NJ 08695

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
OCEAN FUNDING CORP.
C/O GUTFLEISH LAW, LLC
ATTN HARRY M. GUTFLEISH, ESQ.
ONE UNIVERSITY PLAZA, SUITE 208
HACKENSACK, NJ 07601

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
LIFETIME FUNDING
585 STEWART AVE
SUITE L90
GARDEN CITY, NY 11530

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
OFFICE OF THE SHERIFF HAMPSHIRE COUNTY
205 ROCKY HILL RD
NORTHAMPTON, MA 01060

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
OKC BHP LLC
18 EAST 41ST STREET
3RD FLOOR
NEW YORK, NY 10017

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
LIFETIME FUNDING
C/O GUTFLEISH LAW, LLC
ATTN HARRY M. GUTFLEISH, ESQ.
ONE UNIVERSITY PLAZA, SUITE 208
HACKENSACK, NJ 07601

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NEW JERSEY DIVISION OF TAXATION
P.O. BOX 244
TRENTON, NJ 08695-0244

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NEW JERSEY DIVISION OF TAXATION
200 WOOLVERTON ST
TRENTON, NJ 08611

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
OLIVER SPRINKLER CO. INC
501 FEHELEY DR
KING OF PRUSSIA, PA 19406

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE
250 VETERANS MEMORIAL HWY
HAUPPAUGE, NY 11788

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE
NYS SALES TAX PROCESSING
P.O. BOX 15168
ALBANY, NY 12212-5168

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE
NYS TAX DEPARTMENT
RPC-WCS-1, P.O. BOX 15193
ALBANY, NY 12212-5193

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE
W A HARRIMAN CAMPUS
ALBANY, NY 12227

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NITRO ADVANCE INC DBA TRANSPARENCY
ADVANCE
PETER MURDAKHAYEV
1178 BROADWAY STE 3458
NEW YORK, NY 10001

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NORTH AVENUE CAPITAL, LLC, A SUBSIDIARY
OF THE HUNTINGTON NATIONAL BANK
C/O AKERMAN LLP
ATTN MARK S. LICHTENSTEIN, ESQ.
1251 AVENUE OF THE AMERICAS, 37TH FLR.
NEW YORK, NY 10020

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NITRO ADVANCE INC DBA TRANSPARENCY
ADVANCE
8117 168TH STREET
JAMAICA, NY 11432

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NEWREZ LLC D/B/A SHELLPOINT MORTGAGE
SERVICING
C/O ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
PARTNERS, PLLC
ATTN CORY WOERNER
130 CLINTON RD #202
FAIRFIELD, NJ 07004

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NORTHERN BANK TRUST COMPANY
C/O MORRISON FOERSTER LLP
ATTN DARREN SMOLARSKI, ESQ.
250 WEST 55TH STREET
NEW YORK, NY 10019-9601

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NEWREZ LLC D/B/A SHELLPOINT MORTGAGE
SERVICING
C/O ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
PARTNERS, PLLC
ATTN CORY WOERNER
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NEWREZ LLC D/B/A SHELLPOINT MORTGAGE
SERVICING
C/O ALDRIDGE PITE, LLP
ATTN TODD S. GARAN
3333 CAMINO DEL RIO SOUTH, SUITE 225
SAN DIEGO, CA 92108

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NEWCO CAPITAL GROUP VI LLC
1 WHITEHALL ST
SUITE 200
NEW YORK, NY 10004

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
LNS GROUP LLC
11 SOUTH MAIN STREET
SUITE 2
MARLBORO, NJ 07746

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NEWCO CAPITAL GROUP
C/O CONNELL FOLEY LLP
ATTN BRETT THEISEN, KYLE MCEVILLY,
AMANDA SIMONE
875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NY 10022

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
LEXINGTON REALTY INTERNATIONAL
6679 US-9
HOWELL, NJ 07731

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
LEXINGTON REALTY INTERNATIONAL, LLC
C/O SMITH, GAMBRELL RUSSELL, LLP
ATTN ALLEN G. KADISH
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NORWAY

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NEWCO CAPITAL GROUP
C/O CONNELL FOLEY LLP
ATTN BRETT THEISEN, KYLE MCEVILLY,
AMANDA SIMONE
56 LIVINGSTON AVENUE
ROSELAND, NJ 07068

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ST BANK

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NYC DEPARTMENT OF FINANCE
375 PEARL STREET
NEW YORK, NY 10038

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NYSSALESTAXPROCESSING,
POBOX15168,
ALBANY, NY 12212-5168

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SAGINAW CHARTER TOWNSHIP WATER DEPT
4870 SHATTUCK RD
SAGINAW, MI 48603

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NORTHERN BANK TRUST COMPANY
C/O MORRISON FOERSTER LLP
ATTN ALEXANDER RHEAUME, ESQ.
200 CLARENDON STREET
BOSTON, MA 02116

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
KIMBERLY A. BURST, RECEIVER OF TAXES
ATTN KIMBERLY A. BURST
3301 BROADWAY STREET
CHEEKTOWAGA, NY 14227

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
LNS GROUP LLC
C/O GUTFLEISH LAW, LLC
ATTN HARRY M. GUTFLEISH, ESQ.
ONE UNIVERSITY PLAZA, SUITE 208
HACKENSACK, NJ 07601

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
LEETON REAL ESTATE, INC.
C/O WOMBLE BOND DICKINSON (US) LLP
ATTN WOJCIECH F. JUNG, EDWARD L.
SCHNITZER
888 SEVENTH AVENUE, 38TH FLOOR
NEW YORK, NY 10106

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MY MAX

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MX LANDSCAPE
2929 N 61ST ST
EAST ST LOUIS, IL 62201

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MRJ REALTY
50 QUALITY STREET
#110357
TRUMBULL, CT 06611

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SKY ZONE SLICK CITY
17379 EDISON AVE
CHESTERFIELD, MO 63005

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MARK SHER
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MARK SHER
C/O GILES LAW FIRM LLC
ATTN CLAYTON GILES
85 BROAD STREET, FLOOR 17
NEW YORK, NY 10004

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MOUNTAIN TOP CONTRACTING LLC
635 LUCKNOW RD
HARRISBURG, PA 17110

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SAGINAW CHARTER TOWNSHIP
ATTN JAMES T. WICKMAN, III
4980 SHATTUCK RD
SAGINAW, MI 48603-2963

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MOSEBACH, FUNT, DAYTON DUCKWORTH P.C.
2045 WESTGATE DR
STE 404
BETHLEHEM, PA 18017

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MASTER LAWNCARE SERVICES
10310 HARWIN DR
STE 119
HOUSTON, TX 77036

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MONITEX INC
590 BELLEVILLE TPKE
BLDG 20C
KEARNY, NJ 07032

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
KITCHENS OF USA.
63 RAMAPO VALLEY RD
STE 215
MAHWAH, NJ 07430

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MONADNOCK DISPOSAL
101 OLD SHARON RD
JAFFREY, NH 03452

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MOD ENTERPRISES, INC.
ATTN MICHAEL VERACKA
5667 TONAWANDA CREEK ROAD
LOCKPORT, NY 14094

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SPHEREXX
9142 S SHERIDAN
TULSA, OK 74133

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
KING VENTURES
285 BRIDGE ST
SAN LUIS OBISPO, CA 93401

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MIZZEN MANAGEMENT, LLC
C/O WALSH PIZZI OREILLY FALANGA LLP
ATTN STEPHEN FALANGA, ESQ. NICHOLAS
EBEL, ESQ.
THREE GATEWAY CENTER, 100 MULBERRY
STREET, FLOOR 15
NEWARK, NJ 07102

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NAR OHIO, LLC
C/O GARY C. ZEITZ, L.L.C.
ATTN GARY C. ZEITZ, ESQ, ROBIN
LONDON-ZEITZ, ESQ
1101 LAUREL OAK ROAD, SUITE 170
VOORHEES, NJ 08043

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
PENN WASTE INC
85 BRICK YARD RD
MANCHESTER, PA 17345-9204

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NATIONAL FUEL GAS
6363 MAIN ST
WILLIAMSVILLE, NY 14221-5887

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SARAH KLEINHENDLER
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ON GUARD

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NBTC

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SOUTHCROSS SECURITY
4008 ARTDALE ST
HOUSTON, TX 77063

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
LEASETRACK
ATTN ERIC NARCISCO
40 BRITISH AMERICAN BLVD
LATHAM, NY 12110

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SARA KEILA KLEINHENDLER
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NBT BANK, NA
C/O LEMERY GREISLER, LLC
ATTN PAUL A. LEVINE
677 BROADWAY, 8TH FL
ALBANY, NY 12207

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SOUTH TRI MANAGEMENT LLC
18 E41 ST
3RD FL
NEW YORK, NY 10017

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
OPTIMUM LENDING PARTNERS
915 MIDDLE RIVER DR
SUITE 306
FORT LAUDERDALE, FL 33304

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SAN FRANCISCO TAX COLLECTOR
225 HALLADAY ST
JERSEY CITY, NJ 07304-3327

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
RUMPKE OF OHIO INC
3990 GENERATION DR
CINCINNATI, OH 45251

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NBT BANK, NA
C/O GELLERT SEITZ BUSENKELL BROWN, LLC
ATTN GARY F. SEITZ
901 MARKET STREET, SUITE 3020
PHILADELPHIA, PA 19107

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NBT

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
NBM LLC
109 CURACAO LN
BONITA SPRINGS, FL 34134

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
OSK XIV LLC
C/O WEBBER MCGILL LLC
ATTN DOUGLAS J. MCGILL
100 E. HANOVER AVENUE, SUITE 401
CEDAR KNOLLS, NJ 07927

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
RS INSTALLATION

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
PG INSURANCE
ATTN SHAILESH JEJURIKAR
1648 61ST STREET
BROOKLYN, NY 11204

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
LAUREN POPKIN HERSCHTHAL
C/O TARTER KRINSKY DROGIN LLP
ATTN ROCCO A. CAVALIERE., SCOTT S.
MARKOWITZ
ATTN MICHAEL F. MEDVED, ESQ., 1350
BROADWAY, 11TH FLOOR
NEW YORK, NY 10018

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
PEAPACK

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ORCA FUNDING LLC
33 E33RD STREET
NEW YORK, NY 10016

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
MIZZEN MANAGEMENT, LLC
263 TRESSER BLVD., 9TH FLOOR
STAMFORD, CT 06901

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
REDSTONE ADVANCE INC.
1330 AVENUE OF AMERICAS
23RD FLOOR
NEW YORK, NY 10019

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
STATE OF NEW JERSEY ATTORNEY GENERAL
ATTN BANKRUPTCY DEPT
RJ HUGHES JUSTICE COMPLEX
25 MARKET STREET
TRENTON, NJ 08625-0080

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRST MERCHANTS BANK
C/O DILWORTH PAXSON LLP
ATTN FRANCIS P. MANERI, ESQUIRE
LIBERTYVIEW SUITE 700, 457 HADDONFIELD
ROAD
CHERRY HILL, NJ 08002

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRST MERCHANTS

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WAYNE BANK

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BUSEY

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRST INSURANCE FUNDING
450 SKOKIE BLVD
STE 1000
NORTHBROOK, IL 60062

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BUSEY BANK
C/O BROWN CONNERY, LLP
ATTN JOSEPH M. GAREMORE, ESQUIRE
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BYLINE (FORMERLY INLAND)

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRST FINANCIAL BANK
C/O VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN CARRIE MAE BROSIUS, KARI BALOG
CONIGLIO
200 PUBLIC SQUARE, SUITE 1400
CLEVELAND, OH 44114

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRST FINANCIAL BANK
C/O BLANK ROME LLP
ATTN REGINA STANGO KELBON, MATTHEW E.
KASLOW
ONE LOGAN SQUARE, 130 NORTH 18TH STREET
PHILADELPHIA, PA 19103

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRST FINANCIAL BANK
C/O BLANK ROME LLP
ATTN REGINA STANGO KELBON, MATTHEW E.
KASLOW
300 CARNEGIE CENTER, SUITE 220
PRINCETON, NJ 08540

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
TIDEWAY CAPITAL FUNDING LLC
55 NORTHERN BOULEVARD, SUITE 202
GREAT NECK, NY 22021

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BRIAN CONLEY
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRST FINANCIAL

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRST FINACIAL BANK
225 PICTORIA DR
STE 700
CINCINNATI, OH 45246

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
TIKRA ROOFING LLC
ATTN YONI SPIVAK
1714 ROTARY DR
HUMBLE, TX 77338

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
CAMPING MANAGEMENT CORPORATION
C/O BLANK ROME LLP
ATTN MICHAEL B. SCHAEDLE, JOSEF W. MINTZ
ATTN LAWRENCE R. THOMAS III, ONE LOGAN
SQUARE, 130 NORTH 18TH STREET
PHILADELPHIA, PA 19103

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WALTER Z GRAVES
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
W.B. MASON CO., INC.
59 CENTRE ST
BROCKTON, MA 02303

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
VISIONS FEDERAL CREDIT UNION
C/O BOND, SCHOENECK KING, PLLC
ATTN JUSTIN S. KRELL, ESQ.
68 SOUTH SERVICE ROAD, SUITE 400
MELVILLE, NY 11747

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRST CITIZENS

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
CASHERA

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRST BANK (FORMERLY SOUTHERN STATES)

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
VIRTUALLY LUX

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FINWISE BANK
C/O MULLIGAN FUNDING LLC
ATTN ACCOUNTING DEPT
4715 VIEWRIDGE AVE
SAN DIEGO, CA 92123

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BYLINE BANK
C/O MCMANIMON SCOTLAND BAUMANN, LLC
ATTN ANDREA DOBIN, ESQ.
427 RIVERVIEW PLAZA
TRENTON, NJ 08611

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WEBBANK
C/O WEIR LLP
ATTN JEFFREY S. CIANCIULLI, ESQUIRE
1300 ROUTE 73, SUITE 314
MT. LAUREL, NJ 08054

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WEIMARK CREDIT INFORMATION SERVICES
PO BOX 994
BRICK, NJ 08723

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WEISS COMPANY LLP
2700 PATRIOT BLVD
STE 400
GLENVIEW, IL 60026

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BANK OF AMERICA
1 MONUMENT SQ
9TH FLOOR
PORTLAND, ME 04101

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BANK OF CLARKE COUNTY

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BANK OF GREENE COUNTY
341 MAIN STREET
CATSKILL, NY 12414

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BANK OF NEW HAMPSHIRE
C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
ATTN DANIEL S. BLECK
ONE FINANCIAL CENTER
BOSTON, MA 02111

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FOUR SEASONS SOTHEBYS INT REALTY
550 HINESBURG RD
SOUTH BURLINGTON, VT 05403

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BANK OF NEW HAMPSHIRE
C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
ATTN KAITLIN R. WALSH
919 THIRD AVENUE
NEW YORK, NY 10017

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BANK OF NEW HAMPSHIRE
C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
ATTN KAITLIN R. WALSH, ESQ.
666 THIRD AVENUE, 42ND FLOOR
NEW YORK, NY 10017

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
TWIN COLORS REMODELING
7930 CORPORATE DR
HOUSTON, TX 77036

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FLYNN LAW GROUP, P.C.
185 DEVONSHIRE ST
STE 401
BOSTON, MA 02110

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BANK OF NEW HAMPSHIRE
C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
ATTN KAITLIN R. WALSH
919 THIRD AVENUE
NEW YORK, NY 10022

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BANK OF NEW HAMPSHIRE
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
POPEO, P.C.
ATTN KAITLIN R. WALSH
919 THIRD AVENUE
NEW YORK, NY 10022

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BANKHOMETOWN

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRSTBANK
C/O SHERMAN, SILVERSTEIN, KOHL, ROSE
PODOLSKY, P.A.
ATTN ARTHUR J. ABRAMOWITZ, ROSS J.
SWITKES
308 HARPER DRIVE, SUITE 200
MOORESTOWN, NJ 08057

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRSTBANK
C/O CHRISTIAN SMALL LLP
ATTN DANIEL D. SPARKS
1800 FINANCIAL CENTER, 505 NORTH 20TH
STREET
BRIMINGHAM, AL 35203

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRSTBANK
C/O CHRISTIAN SMALL LLP
ATTN THOMAS B. HUMPHRIES
1800 FINANCIAL CENTER, 505 NORTH 20TH
STREET
BRIMINGHAM, AL 35203

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BEACON (FORMERLY BERKSHIRE), RHR

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BEACON (FORMERLY PCSB) , KIWI

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WESTERN REPORTING, INC
8851 SANDY PKWY
STE 210
SANDY, UT 84070

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BLOC FUNDING
1512 EAST 36TH ST
BROOKLYN, NY 11234

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRST TECH FEDERAL CREDIT UNION
ATTN JULIE STUCK
SPECIALIZED SERVICES BUSINESS ACCOUNT
SPECIALIST
5100 NE DAWSON CREEK DR
HILLSBORO, OR 97124

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BLUE SKY BANK

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WEST REMODELING
408 S PASADENA AVE
STE 1
PASADENA, CA 91105

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BOOT BARN, INC.
ATTN REAL ESTATE DEPARTMENT
17100 LAGUNA CANYON ROAD
IRVINE, CA 92618

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRST NATIONAL BANK OF MCGREGOR
C/O WADE ROBERTS PC
ATTN MICHAEL MENTON, ESQUIRE
5728 LBJ FREEWAY, SUITE 150
DALLAS, TX 75240

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIRST NATIONAL BANK OF MCGREGOR
C/O SULLIVAN NIMEROFF BROWN HILL LLC
ATTN JAMI B. NIMEROFF, ESQUIRE
18 KINGS HIGHWAY WEST
HADDONFIELD, NJ 08033

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FIDELITY BANK

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FARMINGTON TAX COLLECTOR

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
CHADWELL SUPPLY, INC.
ATTN ROBERT CHADWELL
5115 JOANNE KEARNEY BLVD
TAMPA, FL 33619

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FARMERS MERCHANTS STATE BANK
ATTN BOB WEAVER
1208 W WHITE RIVER BOULEVARD
SUITE 102
MUNCIE, IN 47303

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
EAGLE LEASING COMPANY
258 TURNPIKE RD
SOUTHBOROUGH, MA 01722

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
E ADVANCE SERVICES LLC/JJM ENTERPRISES
LLC
370 LEXINGTON AVENUE
SUITE 801
NEW YORK, NY 10017

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
E ADVANCE SERVICES LLC
C/O ATLAS ACQUISITIONS LLC
ATTN AVI SCHILD
492C CEDAR LANE, STE 442
TEANECK, NJ 07666

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
TRISTATE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
DOORKING INC.
120 S GLASGOW AVE
INGLEWOOD, CA 90301

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
COMMUNITY BANK

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
DMTM ENTERPRISES INC
6672 COLUMBIA PARK DR S
JACKSONVILLE, FL 32258

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
COMPLETE SOLUTIONS SOURCING
1022 LOWER S ST
PEEKSKILL, NY 10566

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
COMPUTERSHARE TRUST COMPANY, NATIONAL
ASSOCIATION
C/O PERKINS COIE LLP
ATTN GARY F. EISENBERG
1155 AVENUE OF THE AMERICAS, 22ND FLOOR
NEW YORK, NY 10036-2711

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
CONSUMER ENERGY
ONE ENERGY PLZ
JACKSON, MI 49201

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
DIXIE CARPET INSTALLATIONS
13450 S GESSNER
MISSOURI CITY, TX 77489

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
CORPORATE SERVICES CONSULTANTS LLC
1015 N GAY ST
DANDRIDGE, TN 37725

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
TRISTATE CAPITAL BANK
C/O CULLEN AND DYKMAN LLP
ATTN KYRIAKI CHRISTODOULOU, ESQ.
ATTN MATTHEW G. ROSEMAN ESQ, THOMAS R.
SLOME ESQ., ONE BATTERY PARK PLAZA, 34TH
FLOOR
NEW YORK, NY 10004

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
COSTAR GROUP, INC
1201 WILSON BLVD
ARLINGTON, VA 22209

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ULINE
12575 ULINE DR
PLEASANT PRAIRIE, WI 53158

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
CREDHUB INC
8615 N DIVISION
STE B
SPOKANE, WA 99208

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
CRUNCH FITNESS
PO BOX 481
ELMSFORD, NY 10523

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
DAUPHIN COUNTY TREASURER
ATTN DOMINIC DIFRANCESCO
101 MARKET ST
ROOM 105
HARRISBURG, PA 17101

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
DAVID A. SHABSELS
C/O PASHMAN STEIN WALDER HAYDEN, P.C.
ATTN DONALD W. CLARKE, LEAH M. EISENBERG
DAVID E. SKLAR, KATHERINE R. BEILIN, 21
MAIN STREET, SUITE 200
HACKENSACK, NJ 07601

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
U.S. TRUSTEE FOR THE DISTRICT OF NEW
JERSEY
OFFICE OF THE UNITED STATES TRUSTEE
ATTN JEFFREY M. SPONDER
ONE NEWARK CENTER, SUITE 2100
NEWARK, NJ 07102

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
U.S. DEPARTMENT OF JUSTICE, CIVIL
DIVISION CORPORATE/FINANCIAL LITIGATION
SECTION, COMMERCIAL LITIGATION BRANCH
U.S. DEPARTMENT OF JUSTICE, CIVIL
DIVISION
ATTN CRYSTAL GEISE
1100 L STREET, N.W., ROOM 7102

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
DAVID SHABSELS
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
DENTON MUNICIPAL UTILITIES
601 E HICKORY ST
DENTON, TX 76205

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
DENTON COUNTY TAX ASSESSOR
ATTN DAWN WAYE
1 COURTHOUSE DRIVE
DENTON, TX 76208

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
U.S. DEPARTMENT OF JUSTICE, CIVIL
DIVISION CORPORATE/FINANCIAL LITIGATION
SECTION, COMMERCIAL LITIGATION BRANCH
U.S. DEPARTMENT OF JUSTICE, CIVIL
DIVISION
ATTN MARY A. SCHMERGEL
1100 L STREET, N.W., ROOM 7024

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
EAST COAST MAINTENANCE SOLUTIONS
11 APEX DR
STE 300A
MB 170
MARBOROUGH, MA 01752

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FUNDERS WEST
30 E. BROADWAY
SUITE 203-1216
SALT LAKE CITY, UT 84111

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
EASTHAMPTON

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
EASTHAMPTON SAVINGS BANK
C/O UPDIKE, KELLY SPELLACY P.C.
ATTN EVAN S. GOLDSTEIN, ESQ.
225 ASYLUM STREET
HARTFORD, CT 06103

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FARMERS MERCHANTS

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
VAULT 26 CAPITAL LLC
C/O GUTFLEISH LAW, LLC
ATTN HARRY M. GUTFLEISH, ESQ.
ONE UNIVERSITY PLAZA, SUITE 208
HACKENSACK, NJ 07601

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
CHASE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
VAULT 26 CAPITAL LLC
175 GREAT NECK ROAD
SUITE 203
GREAT NECK, NY 11021

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
VANGUARD-FINE, LLC
ATTN PAUL BULMER
1529 WESTERN AVE SUITE 1
ALBANY, NY 12203

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FAIRPARK CAPITAL, LLC
C/O MAURICE WUTSCHER, LLP
ATTN THOMAS R. DOMINCZYK
5 WALTER E. FORAN BLVD, SUITE 2007
FLEMINGTON, NJ 08822

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FAIRPARK CAPITAL LLC
250 E 200 SOUTH
UNIT 1626
SALT LAKE CITY, UT 84111

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
EZRIEL FRANKEL
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
USA WASTE AND RECYCLING
555 TAYLOR RD
ENFIELD, CT 06082

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
UPSCALE SECURITY SERVICES
414 MILAM ST
STE 1102
HOUSTON, TX 77002

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
EVERSOURCE ELECTRIC
300 CADWELL DR
SPRINGFIELD, MA 01104-1742

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
CITY OF KEENE REVENUE COLLECTOR
ATTN LAURIE PLANKEY
3 WASHINGTON STREET
KEENE, NH 03431

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
UNITED STATES BANKRUPTCY COURT DISTRICT
OF NEW JERSEY
ATTN CLARKSON S. FISHER
402 EAST STATE STREET
TRENTON, NJ 08608

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
EVERSOURCE
300 CADWELL DR
SPRINGFIELD, MA 01104-1742

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
CLARKTOWER RF, LLC
911 E COUNTY LINE RD
# 206
LAKEWOOD, NJ 08701

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
CLEARVIEW FUNDING GROUP
515 BROADHOLLOW ROAD
MELVILLE, NY 11747

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
CLIFTON RIVER CAPITAL LLC
C/O RUBIN LLC
ATTN PAUL RUBIN
11 BROADWAY, SUITE 715
NEW YORK, NY 10004

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ERIE COUNTY WATER AUTHORITY
295 MAIN ST
RM 350
BUFFALO, NY 14203-2494

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
COKINOS ENERGY CORPORATION
5718 WESTHEIMER
STE 900
HOUSTON, TX 77057

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
COLE SCHOTZ P.C.

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
TRANSPARENCY ADVANCE
81-17 168TH STREET
JAMAICA, NY 11423

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
COLUMBIA BANK

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
UNION

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
COMCAST BUSINESS
1701 JFK BLVD
PHILADELPHIA, PA 19103

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
COMCAST BUSINESS
ATTN DAVID WATSON
1701 JFK BOULEVARD
PHILADELPHIA, PA 19103

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
EASTHAMPTON SAVINGS BANK
C/O OLSHAN FROME WOLOSKY LLP
ATTN ADAM H. FRIEDMAN, ESQ, DEAN M.
OSWALD, ESQ.
101 HUDSON STREET, SUITE 2100
JERSEY CITY, NJ 07302

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FUNDERS WEST
3323 NE 163RD ST
SUITE 401
N MIAMI BEACH, FL 33160

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FNB

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FZA NOTE BUYERS LLC
ATTN PRESIDENT OR GENERAL COUNSEL
440 SAWGRASS CORPORATE PKWY
SUITE 100
SUNRISE, FL 33325

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
INB

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
IMPACT PROPERTY SOLUTIONS
2325 E BELT LINE RD
STE 200
CARROLLTON, TX 75006

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
AJS CARPET SERVICES

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ALAN RETKINSKI
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WOODFOREST NATIONAL BANK
C/O BLANK ROME LLP
ATTN REGINA STANGO KELBON, GREGORY VIZZA
JORDAN WILLIAMS, ONE LOGAN SQUARE, 130
NORTH 18TH STREET
PHILADELPHIA, PA 19103

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WOODFOREST NATIONAL BANK
C/O BLANK ROME LLP
ATTN DAVID M. CLEM
200 CRESCENT COURT, SUITE 1000
DALLAS, TX 75201

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WOODFOREST

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ALLY BANK
C/O AIS PORTFOLIO SERVICES, LLC
ATTN ALLY BANK DEPARTMENT
4515 N SANTA FE AVE, DEPT. APS
OKLAHOMA, OK 73118

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
HOUSTON COPIER LEASING
1401 LAKE PLZ DR
STE 200
#117
SPRING, TX 77389

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
HOUSTON BAT REMOVAL LLC
5201 MEMORIAL DR
UNIT 401
HOUSTON, TX 77007-8247

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
HOUSTON APARTMENT ASSOCIATION
4810 WESTWAY PARK BLVD
HOUSTON, TX 77041

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
HOOVERSLOVACEK
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
AMERICAN CHOICE CAPITAL LLC
1967 WEHRLE DRIVE
SUITE 1-086
BUFFALO, NY 14221

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SUREMARK HOLDINGS LLC
C/O GILES LAW FIRM LLC
ATTN CLAYTON GILES
85 BROAD STREET, FLOOR 17
NEW YORK, NY 10004

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
HOMETOWN BANK
C/O UPDIKE, KELLY SPELLACY P.C.
ATTN EVAN S. GOLDSTEIN, ESQ.
225 ASYLUM STREET
HARTFORD, CT 06103

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
FUNDING CLUB
915 MIDDLE RIVER DR
SUITE 306
FORT LAUDERDALE, FL 33304

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SUREMARK HOLDINGS, LLC
24 ELM STREET
UNIT 3D
MONTCLAIR, NJ 07042

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
HOME TRUST BANK

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SUSQUEHANNA TOWNSHIP AUTHORITY
1900 LINGLESTOWN RD
HARRISBURG, PA 17110

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
AMERICAN CHOICE CAPITAL LLC
C/O GIULIANO LAW, P.C.
ATTN. ANTHONY F. GIULIANO, ESQ.
445 BROADHOLLOW ROAD, STE. 25
MELVILLE, NY 11747

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
AMERISTAR APARTMENT SERVICES
2405 MCIVER LN
CARROLLTON, TX 75006

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
AMRENT
250 E BROAD ST
21ST FL
COLUMBUS, OH 43215

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WOODFOREST NATIONAL BANK
CMB LOAN OPERATIONS
P.O. BOX 7899
THE WOODLANDS, TX 77387

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
AGILE LENDING, LLC
244 MADISON AVE
SUITE 168
NEW YORK, NY 10016

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
INTERNAL REVENUE SERVICE
ATTN CENTRALIZED INSOLVENCY OPERATION
1111 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004-2541

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
INTERNAL REVENUE SERVICE
ATTN CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
STATE OF NEW JERSEY DEPT OF LABOR A
WORKFORCE DEVELOPMENT DIV
1 JOHN FITCH PLAZA
TRENTON, NJ 08625

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
STATE OF NEW YORK ATTORNEY GENERAL
ATTN BANKRUPTCY DEPT
DEPT. OF LAW
THE CAPITOL, 2ND FLOOR
ALBANY, NY 12224-0341

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
348 MORRIS HOLDINGS LLC
18 EAST 41ST STREET
3RD FLOOR
NEW YORK, NY 10017

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ZILLOW RENTALS
1301 SECOND AVE
36TH FL
SEATLLE, WA 98101

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ZILLOW RENTALS
1301 SECOND AVE
36TH FL
SEATLLE, WA 98101

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
JJ SULLIVAN CONTRACTING CO
1068-F TOLLAND STREET
EAST HARTFORD, CT 06108

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ZILLOW INC
1301 SECOND AVE
36TH FL
SEATLLE, WA 98101

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
YAAKOV BARZIDEH
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
JEFFREY GRABOW
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WYNWOOD CAPITAL GROUP LLC
C/O A.Y. STRAUSS LLC
ATTN ERIC H. HORN, ESQ.
COURT PLAZA NORTH, 25 MAIN STREET, 6TH
FLOOR
HACKENSACK, NJ 07601

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
STEVEN TURK
C/O WIGGIN AND DANA LLP
ATTN SUSAN M. KENNEDY, ESQ.
TWO LIBERTY PLACE, 50 S. 16TH STREET,
SUITE 2625
PHILADELPHIA, PA 19102

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ANCHOR CLEVELAND LLC
24500 CHAGRIN BLVD
STE 100
BEACHWOOD, OH 44122

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
STEVEN TURK
C/O WIGGIN AND DANA LLP
ATTN TAMARA VAN HEEL, ESQ.
251 ROYAL PALM WAY, SUITE 601
PALM BEACH, FL 33480

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WYNWOOD CAPITAL GROUP LLC
100 CHURCH STREET
SUITE 800
NEW YORK, NY 10007

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ACE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ACE FUNDING SOURCE LLC
C/O BERKOVITCH BOUSKILA, PLLC
ATTN ARIEL BOUSKILA
1545 US 202 SUITE 101
POMONA, NY 10970

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WORLD INSURANCE ASSOCIATES LLC
100 WOOD AVE S
4TH FL
ISELIN, NJ 08330

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ADP
ATTN CHRISTOPHER TESTA
1 ADP BOULEVARD
ROSELAND, NJ 07068

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ADVANCED ELECTRONIC SYSTEM NY. INC.
1450 OLEAN RD
SOUTH WALES, NY 14139-9501

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SUBURBAN PEST CONTROL OF ERIE COUNTY,
LLC
7346 BOSTON STATE RD
HAMBURG, NY 14075

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
IOU

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SUBURBAN PROPERTY MAINTENANCE, INC.
7346 BOSTON STATE RD
HAMBURG, NY 14075

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
AEDM REAL ESTATE HOLDINGS LLC

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
INTERNAL REVENUE SERVICE
PO BOX 71052
PHILADELPHIA, PA 17176-6052

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
STEVEN TURK
C/O WIGGIN AND DANA LLP
ATTN MICHAEL L. KENNY JR., ESQ.
437 MADISON AVENUE, 35TH FLOOR
NEW YORK, NY 10022

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
SWEEPING CORP OF AMERICA
4141 ROCKSIDERD
STE 100
CLEVELAND, OH 44131

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
HOMETOWN BANK
C/O OLSHAN FROME WOLOSKY LLP
ATTN ADAM H. FRIEDMAN, ESQ, DEAN M.
OSWALD, ESQ.
101 HUDSON STREET, SUITE 2100
JERSEY CITY, NJ 07302

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WINDSOR FEDERAL

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
TFNB (THE FIRST NATIONAL BANK OF
MCGREGOR)

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
APPLIANCE SOURCE LLC
PO BOX 593
NEW ULM, MN 56073

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
APPWORK
581 N FRANKLIN TPKE
RAMSEY, NJ 07446

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
GREENS POINT EQUITY HOLDINGS LLC
ATTN MARK GRAHAM
455 TARRYTOWN ROAD
SUITE 1526
WHITE PLAINS, NY 10607-1313

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
GREENS POINT EQUITY HOLDINGS LLC
455 TARRYTOWN RD
STE 1526
WHITE PLAINS, NY 10607-1313

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ARCHITECTURAL BUILDING SYSTEMS, INC.
C/O LASSER HOCHMAN, L.L.C.
ATTN RICHARD L. ZUCKER, ESQ
75 EISENHOWER PARKWAY, SUITE 120
ROSELAND, NJ 07068

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ARROW BANK (FORMERLY SARATOGA)

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ARROW BANK, NA
C/O GELLERT SEITZ BUSENKELL BROWN, LLC
ATTN GARY F. SEITZ
1201 N. ORANGE ST., SUITE 300
WILMINGTON, DE 19801

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ASCEND BANK

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
GOOGLE
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
GOBA CAPITAL, INC.
ATTN COLE THOMPSON
80 S.W. 8TH STREET
SUITE 2150
MIAMI, FL 33130

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
GOBA CAPITAL INC.

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
GOBA CAPITAL INC.
C/O FOLEY LARDNER LLP
ATTN MICHAEL J. SMALL
321 N. CLARK STREET, SUITE 300
CHICAGO, IL 60654-4762

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
GOBA CAPITAL INC.
C/O FOLEY LARDNER LLP
ATTN ANNE B. SEKEL, ESQ., ALISSA M.
NANN, ESQ
MICHELLE N. SANEY, ESQ., 90 PARK AVENUE
NEW YORK, NY 10016-1314

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ATOSC GROUP, LLC
1901 CENTRAL DR
STE 730
BEDFORD, TX 76021

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
AUSTIN BUSINESS FINANCE, LLC
D/B/A BACKD
4853 WILLIAMS
STE 111, OFFICE G
GEORGETOWN, TX 78633

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
THE CRACK MAN
ADDRESS ON FILE

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BACON WILSON, P.C.
33 STATE ST
SPRINGFIELD, MA 01103

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BANK IOWA

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
THE MERCHANT MARKETPLACE HOLDINGS CORP.
2777 SUMMER STREET
STE 501
STAMFORD, CT 06905

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
GALMICHE SONS
2280 CHAFFEE DR
ST LOUIS, MO 63146

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
G.O. PLUMBING SERVICES
13602 LUTHE RD
HOUSTON, TX 77039

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
BANK NH

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
TD BANK U.S.
ATTN GEORGE ANTTILA
1031 FIRST AVENUE
NEW YORK, NY 10022

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
HACKWORTH SYSTEMS
83 COLLEGE HWY
SOUTHAMPTON, MA 01073

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
TWIN COLORS REMODELING
ATTN PRESIDENT OR GENERAL COUNSEL
7930 CORPORATE DR
HOUSTON, TX 77036

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
HANOVER INSURANCE GROUP
440 LINCOLN ST
WORCESTER, MA 01653-0002

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
HANCOCK WHITNEY

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
HD SUPPLY FACILITIES MAINTENANCE, LTD.
3400 CUMBERLAND BLVD SE
ATLANTA, GA 30339

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
TBK BANK, SSB
ATTN RAY SPERRING
3 PARK CENTRAL
SUITE 1700, 12700 PARK CENTRAL DRIVE
DALLAS, TX 75251

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
HEARTLAND BANK

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
APPLE ONLINE STORE
ONE APPLE PARK WAY
CUPERTINO, CA 95014

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
TBK BANK, SSB
HUNTON ANDREWS KURTH LLP
ATTN HOWARD SCHREIBER
1445 ROSS AVENUE, SUITE 3700
DALLAS, TX 75202

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
APARTMENT LIST
548 MARKET ST
PMB 79519
SAN FRANCISCO, CA 94104-5401

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
TD

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
APARTMENTS.COM
3438 PEACHTREE RD NE
STE 1500
ATLANTA, GA 30326

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
HD SUPPLY
3400 CUMBERLAND BLVD SE
ATLANTA, GA 30339

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ANDREW CHAFATELLI
C/O WIGGIN AND DANA LLP
ATTN SUSAN M. KENNEDY, ESQ.
TWO LIBERTY PLACE, 50 S. 16TH STREET,
SUITE 2625
PHILADELPHIA, PA 19102

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
HEARTLAND BANK AND TRUST COMPANY
C/O BROWN CONNERY, LLP
ATTN JOSEPH M. GAREMORE, ESQUIRE
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ANDREW CHAFATELLI
C/O WIGGIN AND DANA LLP
ATTN TAMARA VAN HEEL, ESQ.
251 ROYAL PALM WAY, SUITE 601
PALM BEACH, FL 33480

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
ANDREW CHAFATELLI
C/O WIGGIN AND DANA LLP
ATTN MICHAEL L. KENNY JR., ESQ.
437 MADISON AVENUE, 35TH FLOOR
NEW YORK, NY 10022

DEBTOR DAMIS HOLDINGS LLC CASE NUMBER
26-16439
WILMINGTON SAVINGS FUND SOCIETY
C/O PERKINS COIE LLP
ATTN GARY F. EISENBERG
1155 AVENUE OF THE AMERICAS, 22ND FLOOR
NEW YORK, NY 10036-2711

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
ABM JANITORIAL SVCS NEAST, INC.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
SECURITAS SECURITY SERVICES USA, INC.

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
CBRE, INC
2121 N PEARL ST
STE 300
DALLAS, TX 75201

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
ONE 70 GROUP

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
ROGIN NASSAU LLC
433 S MAIN ST
WEST HARTFORD, CT 06110

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
ATRIA INC
1261 MERIDEN RD
WOLCOTT, CT 06705

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
MILTON EAST HARTFORD INVESTMENTS LLC
50 MAIN ST
SUITE 100
WHITE PLAINS, NY 10606

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
ANZ-HARTFORD LLC

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
ABAIR LAVERY
32 BRIXTON ST
WEST HARTFORD, CT 06110

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
ABM JANITORIAL SVCS NEAST, INC. (ABM)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
ABAIR LAVERY INC. S-311
32 BRIXTON ST
WEST HARTFORD, CT 06110

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
CNG
PO BOX 1500
HARTFORD, CT 06144

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
OTIS ELEVATOR COMPANY, INC.
PO BOX 13716
NEWARK, NJ 07188-0716

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
OTIS ELEVATOR COMPANY
PO BOX 13716
NEWARK, NJ 07188-0716

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
CNG
PO BOX 847820
BOSTON, MA 02284-7820

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
BRIGHTVIEW AQUISITION HOLDINGS, INC
980 JOLLYROAD
SUITE 300
BLUE BELL, PA 19422

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
ALL SEASONS LANDSCAPING, INC.
120 COMMERCE CT.
CHESHIRE, CT 06410

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
AIR TEMP MECHANICAL SERV. INC.
63 FULLER WAY
BERLIN, CT 06037

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
SEBASTIANS, EPICUREAN FEAST

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
COLLISION AUTOMOTIVE, INC

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
AIR TEMP MECHANICAL SERV.
63 FULLER WAY
BERLIN, CT 06037

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
WATTSAVER LIGHTING PRODUCTS, INC.

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
COMPLETE INTERIOR SYSTEMS

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
WATTSAVER LIGHTING PRODUCTS

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
CBRE
ATTN CHAD DOELLINGER
2121 NORTH PEARL STREET
SUITE 300
DALLAS, TX 75201

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
CITI CARDS
P.O. BOX 9001037
LOUISVILLE, KY 40290-1037

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
ARCHITECTURAL BUILDING SYSTEMS, INC.
136 ROCKWELL RD
SUITE 1
NEWINGTON, CT 06111

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
PAC GROUP LLC

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
USA WASTE RECYCLING, INC.
PO BOX 1318
ENFIELD, CT 06083

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
ADVANCED POWER SEVICES
161 WOODFORD AVE
UNIT 1
PLAINVILLE, CT 06062

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
COMCAST BUSINESS
PO BOX 70219
PHILADELPHIA, PA 19176-0219

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
SECURITAS SECURITY SERVICES

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
COMCAST
1701 JFK BLVD
PHILADELPHIA, PA 19103

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
SEBASTIANS, EPICUREAN FEAST (SEBASTIANS)

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
COMMISSIONER OF REVENUE SERVICES
450 COLUMBUS BLVD
HARTFORD, CT 06103

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
THE METROPOLITAN DISTRICT
555 MAIN STREET
HARTFORD, CT 06103

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
TRAVELERS INDEMNITY

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
SITEONE LANDSCAPE SUPPLY LLC

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
HOME DEPOT
45900 MICHIGAN AVE
CANTON, MI 48188

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
FIRST TECH FEDERAL CREDIT

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
TOWN OF EAST HARTFORD - COLLECTOR OF
REVENUE
740 MAIN ST
EAST HARTFORD, CT 06108

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
SHERWIN-WILLIAMS
ATTN HEIDI G. PETZ
101 W. PROSPECT AVE
CLEVELAND, OH 44115

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
FREEMONT MANAGEMENT

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
EVERSOURCE
PO BOX 56002
BOSTON, MA 02205-6002

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
STANLEY WIESEN, INC

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
METROPOLITAN DISTRICT

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
L. E. WHITFORD CO.

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
FIRST TECHNOLOGY FEDERAL CREDIT UNION
ATTN COMMERCIAL LENDING
PO BOX 2100
BEAVERTON, OR 97075

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
T-MOBILE
PO BOX 742596
CINCINNATI, OH 45274-2596

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
STATE-WIDE ELECTRIC, INC.

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
GRAINGER, INC.
DEPT. 884375601
PALATINE, IL 60038

DEBTOR EAST HARTFORD PROPERTIES LEASING
LLC CASE NUMBER 26-16486
EVERSOURCE (ELECTRIC)
300 CADWELL DR
SPRINGFIELD, MA 01104-1742

DEBTOR EAST HARTFORD PROPERTIES REAL
ESTATE LLC CASE NUMBER 26-16491
FIRST TECHNOLOGY FEDERAL CREDIT UNION
ATTN COMMERCIAL LENDING
PO BOX 2100
BEAVERTON, OR 97075

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
COMCAST
1701 JFK BLVD
PHILADELPHIA, PA 19103

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
BENTON CHARTER TOWNSHIP
1725 TERRITORIAL RD
BENTON HARBOR, MI 49022

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
HOBBY LOBBY - PARLAY BENTON HARBOR
960 FAIRPLAIN DR
BENTON HARBOR, MI 49022

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
MYEYEDR.
8614 WESTWOOD CTR DR
STE 900
VIENNA, VA 22182-3990

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
HOME GOODS - PARLAY BENTON HARBOR
968 FAIRPLAIN DR
FAIRPLAIN PLZ
BENTON HARBOR, MI 49022

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
WALTER Z. GRAVES
ADDRESS ON FILE

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
SNIPES #2259
2030 E BYBERRY RD
PHILADELPHIA, PA 19116

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
CATO CORPORATION #1025
8100 DENMARK RD
CHARLOTTE, NC 28273

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
SPIRIT HALLOWEEN SUPERSTORES
6826 BLACK HORSE PIKE
EGG HARBOR TOWNSHIP, NJ 08234

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
SHOE DEPT. #841
1020 FAIRPLAIN DR
BENTON HARBOR, MI 49022-5799

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
WORLD INSURANCE ASSOCIATES LLC
100 WOOD AVE S
4TH FL
ISELIN, NJ 08330

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
SALLY BEAUTY #3134
7900 WINDROSE AVE
PLANO, TX 75024

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
TJ MAXX #004
770 COCHITUATE RD
FRAMINGHAM, MA 01701

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
AFFORDABLE CARE, LLC
629 DAVIS DR
STE 300
MORRISVILLE, NC 27560

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
FIRE PROS
2710 NORTHRIDGE DR NW
STE F
GRAND RAPIDS, MI 49544

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
INDIANA MICHIGAN POWER
PO BOX 371496
PITTSBURGH, PA 01520

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
INDIANA MICHIGAN POWER
110 E WAYNE ST
PO BOX 60
FORT WAYNE, IN 46801

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
PRECISION NATIONAL MAINTENANCE
ATTN PRESIDENT OR GENERAL COUNSEL
418 CLIFTON AVE
LAKEWOOD, NJ 08701

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
MATTRESS FIRM #2007
2007 ORCHARD RD
MONTGOMERY, IL 60638

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
KOHLS DEPARTMENT STORES #1078
980 E NAPIER AVE
BENTON HARBOR, MI 49022

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
FIRST TECHNOLOGY FEDERAL CREDIT UNION
ATTN COMMERCIAL LENDING
PO BOX 2100
BEAVERTON, OR 97075

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
SWEEPING CORP OF AMERICA
4141 ROCKSIDERD
STE 100
CLEVELAND, OH 44131

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
PETSMART INC. #1720
19601 N 27TH AVE
PHOENIX, AZ 85027

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
PARLAY BENTON HARBOR, LLC
101 VINE ST
CHILLICOTHE, MO 64601-2750

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
ROSS DRESS FOR LESS #2454
5130 HACIENDA DR
DUBLIN, CA 94568

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
MICHIGAN GAS UTILITIES
PO BOX 1109
GLENVIEW, IL 60025-8109

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
MICHIGAN GAS UTILITIES
899 S TELEGRAPH RD
MONROE, MI 48161

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
MICHAELS STORES, INC. #8786
950 E NAPIER AVE
BENTON HARBOR, MI 49022

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
ASPEN DENTAL
552 STILLWATER AVE
BANGOR, ME 04401

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
WILD BILLS TOBACCO
1148 E W MAPLE RD
WALLED LAKE, MI 48390

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
ONEMAIN FINANCIAL SERVICES
601 NW 2ND ST
EVANSVILLE, IN 47708-1013

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
OAKLAND UTILITIES - NATIONWIDE
712 W 11 MILE RD
ROYAL OAK, MI 48067

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
COSMO #9281
1212 SKILLMAN ST
DALLAS, TX 75206

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
FIVE BELOW #579
701 MARKET ST
STE 600
PHILADELPHIA, PA 19106

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
CHASE BANK
270 PARK AVE
NEW YORK, NY 10017

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
DUNHAMS #9074
1800 HUMES RD
JANESVILLE, WI 53545

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
COMPLETE SOLUTIONS SOURCING
PO BOX 6405
SOUTHEASTERN, PA 19398

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
BATH BODY WORKS #2559
3 LIMITED PKWY
COLUMBUS, OH 43230

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
OAKLAND UTILITIES - NATIONWIDE
712 W ELEVEN MILE RD
ROYAL OAK, MI 48067

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
BATH BODY WORKS STORAGE
3 LIMITED PKWY
COLUMBUS, OH 43230

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
COMPLETE SOLUTIONS SOURCING
1022 LOWER S ST
PEEKSKILL, NY 10566

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
ULTA SALON
32 DISTRICT AVE
DORCHESTER, MA 02125

DEBTOR FAIRPLAIN PLAZA LEASING LLC CASE
NUMBER 26-16507
DOLLAR TREE STORES #729
500 VOLVO PKWY
CHESAPEAKE, VA 23320

DEBTOR FAIRPLAIN PLAZA REAL ESTATE LLC
CASE NUMBER 26-16508
FIRST TECHNOLOGY FEDERAL CREDIT UNION
ATTN COMMERCIAL LENDING
PO BOX 2100
BEAVERTON, OR 97075

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
GOOGLE
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
ARMOR AND SHIELD PEST CONTROL LLC
5775 N COLTRANE RD
OKLAHOMA CITY, OK 73121

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
GOOD GUYS ELECTRIC
4018 MAPLETON DR
CHANTILLY, VA 20151-3424

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
ASHPA MANAGEMENT
114 MADISON AVE
LAKEWOOD, NJ 08701

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
SPHEREXX
9142 S SHERIDAN
TULSA, OK 74133

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
CHADWELL SUPPLY, INC.
ATTN ROBERT CHADWELL
5115 JOANNE KEARNEY BLVD
TAMPA, FL 33619

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
LEVEL HANDYMAN LLC
621 NE 23RD ST
MOORE, OK 73160-8920

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
APPLE ONLINE STORE
ONE APPLE PARK WAY
CUPERTINO, CA 95014

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
VIRTUALLY LUX

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
AMRENT
250 E BROAD ST
21ST FL
COLUMBUS, OH 43215

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
BLACKHAWK SECURITY
2800 WOODLAWN DR
STE 150
HONOLULU, HI 96822

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
GLOBAL VERIFICATION SERVICES, LLC
PO BOX 95258
PALATINE, IL 60095

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
RJ YOUNG COMPANY, INC.
730A FREELAND STATION RD
NASHVILLE, TN 37228

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
FIRST INSURANCE FUNDING
450 SKOKIE BLVD
STE 1000
NORTHBROOK, IL 60062

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
FIRSTTECH
5100 NE DAWSON CREEK DR
HILLSBORO, OR 97124

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
OKLAHOMA NATURAL GAS COMPANY
401 N HARVEY
PO BOX 401
OKLAHOMA CITY, OK 73101-0401

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
OKLAHOMA NATURAL GAS
401 N HARVEY AVE
OKLAHOMA CITY, OK 73102

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
SOUTH TRI MANAGEMENT LLC
18 E41 ST
3RD FL
NEW YORK, NY 10017

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
OKLAHOMA GAS ELECTRIC
321 N HARVEY AVE
OKLAHOMA CITY, OK 73102

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
OKLAHOMA COUNTY TREASURER
320 ROBERT S KERR AVE
STE 307
OKLAHOMA CITY, OK 73102

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
APARTMENT LIST
548 MARKET ST
PMB 79519
SAN FRANCISCO, CA 94104-5401

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
ASHPA MANAGEMENT
POB 972
LAKEWOOD, NJ 08701

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
APPWORK
581 N FRANKLIN TPKE
RAMSEY, NJ 07446

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
AAA PAINTING SERVICES LLC
2904 MAIN ST
EDGEWATER, MD 21037-1329

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
CITY OF OKC UTILITIES
420 W MAIN ST
OKLAHOMA CITY, OK 73102

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
SHERWIN WILLIAMS OKC
6107 S WESTERN AVE
OKLAHOMA CITY, OK 73139-1607

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
PRO ENTERPRISES LLC
2791 19TH ST SE
SALEM, OR 97302-1503

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
COSTAR GROUP, INC
1201 WILSON BLVD
ARLINGTON, VA 22209

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
AAA GLASS MIRROR OF OKLAHOMA, LLC
370115 E OLD HWY 64
CLEVELAND, OK 74020

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
MBR CONSTRUCTION ELECTRIC, INC.
6001 SE 156TH ST
OKLAHOMA CITY, OK 73165-7204

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
DMD CARPET TITLE CLEANING LLC
1039 S SARA RD
BLANCHARD, OK 73010

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
ZILLOW INC
1301 SECOND AVE
36TH FL
SEATLLE, WA 98101

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
COMCAST
PO BOX 660618
DALLAS, TX 75266-0618

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
A STEP ABOVE ROOFING
1410 SW 89TH ST
OKLAHOMA CITY, OK 73159

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
REALPAGE - 2351
2201 LAKESIDE BLVD
RICHARDSON, TX 75082

DEBTOR HIGHLAND PARK PARTNERS LLC CASE
NUMBER 26-16510
DARQUITA L. MAGGARD, PC.
4045 NW 64TH ST
STE 510
OKLAHOMA CITY, OK 73116-2607

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
LONG JOHN SILVERS
10350 ORMSBY PARK PL
STE 300
LOUISVILLE, KY 40223

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
MYEYEDR
8614 WESTWOOD CTR DR
STE 900
VIENNA, VA 22182-3990

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
COMED
10 S DEARBORN ST
LATHAM, NY 12110

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
COMED
PO BOX 6111
CAROL STREAM, IL 60197-6111

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
OBSERVE AND PROTECT SECURITY INC.
14722 PULASKI RD
UNIT 492
MIDLOTHIAN, IL 60445-4612

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
STRATUM DEVELOPERS AND PROJECT
MANAGEMENT LLC
11455 SAINTS RD
JACKSONVILLE, FL 32246

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
SUREMARK ADVISORS GROUP, LLC
7 FALCON RD
EAST BRUNSWICK, NJ 08818

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
BMO HARRIS BANK
111 W MONROE ST
CHICAGO, IL 60603

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
MOKENA LOT CLEANERS LLC
21200 S LA GRANGE RD
FRANKFORT, IL 60423

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
GENERAL NUTRITION CENTER #6871
300 6TH AVE
PITTSBURGH, PA 15222-2514

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
LEXINGTON REALTY INTERNATIONAL
6679 US-9
HOWELL, NJ 07731

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
BURLINGTON COAT FACTORY
1830 RTE 130 N
BURLINGTON, NJ 08016

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
BANK IOWA
BANK IOWA / BANK IOWA WEST DES MOINES
1150 JORDAN CREEK PARKWAY
WEST DES MOINES, IA 50266

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
PETSMART #2332
19601 N 27TH AVE
PHOENIX, AZ 85027

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
HEARTLAND BANK AND TRUST COMPANY
ATTN CHAD BEATY
401 N. HERSHEY ROAD
BLOOMINGTON, IL 61702

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
LAX
1 WORLD WAY
LA INTL AIRPORT
LOS ANGELES, CA 90045

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
MID- AMERICA ASSET MANAGEMENT INC

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
PANERA BREAD
1400 S HWY DR
STE 100
FENTON, MO 63026

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
ROSS DRESS FOR LESS
5130 HACIENDA DR
DUBLIN, CA 94568

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
DOLLAR TREE #3414
500 VOLVO PKWY
CHESAPEAKE, VA 23320

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
WORLD INSURANCE ASSOCIATES LLC
100 WOOD AVE S
4TH FL
ISELIN, NJ 08330

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
SUN JEWELERS
4846 211TH ST
MATTESON, IL 60443

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
CHICAGO METROPOLITAN FIRE PREVENTIO
820 N ADDISON AVE
ELMHURST, IL 60126

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
PRECISION NATIONAL MAINTENANCE
ATTN PRESIDENT OR GENERAL COUNSEL
418 CLIFTON AVE
LAKEWOOD, NJ 08701

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
MARSHALLS
770 COCHITUATE RD
FRAMINGHAM, MA 01701

DEBTOR MATTESON CENTER LEASING LLC CASE
NUMBER 26-16494
ALL SEASONS MANAGEMENT LLC
12543 S TAMIAMI TRL
NORTH PORT, FL 34287

DEBTOR MATTESON CENTER REAL ESTATE LLC
CASE NUMBER 26-16497
BANK IOWA
BANK IOWA / BANK IOWA WEST DES MOINES
1150 JORDAN CREEK PARKWAY
WEST DES MOINES, IA 50266

DEBTOR MATTESON CENTER REAL ESTATE LLC
CASE NUMBER 26-16497
HEARTLAND BANK AND TRUST COMPANY
ATTN CHAD BEATY
401 N. HERSHEY ROAD
BLOOMINGTON, IL 61702

DEBTOR OKLAHOMA WILSHIRE LOFTS LEASING
LLC CASE NUMBER 26-16500
FIRST NATIONAL BANK OF MCGREGOR
ATTN CLINT SAVAGE
PO BOX 387
MCGREGOR, TX 76657

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
AAA GLASS MIRROR OF OKLAHOMA, LLC
370115 E OLD HWY 64
CLEVELAND, OK 74020

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
MBR CONSTRUCTION ELECTRIC, INC.
6001 SE 156TH ST
OKLAHOMA CITY, OK 73165-7204

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
APARTMENT LIST
548 MARKET ST
PMB 79519
SAN FRANCISCO, CA 94104-5401

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
GOOD GUYS ELECTRIC
4018 MAPLETON DR
CHANTILLY, VA 20151-3424

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
APPWORK
581 N FRANKLIN TPKE
RAMSEY, NJ 07446

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
DARQUITA L. MAGGARD, PC.
4045 NW 64TH ST
STE 510
OKLAHOMA CITY, OK 73116-2607

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
DMD CARPET TITLE CLEANING LLC
1039 S SARA RD
BLANCHARD, OK 73010

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
ASHPA MANAGEMENT
114 MADISON AVE
LAKEWOOD, NJ 08701

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
ASHPA MANAGEMENT
PO BOX 972
LAKEWOOD, NJ 08701

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
OKLAHOMA COUNTY TREASURER
ATTN BUTCH FREEMAN
320 ROBERT S. KERR AVENUE
SUITE 307
OKLAHOMA CITY, OK 73102

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
SHERWIN WILLIAMS OKC
6107 S WESTERN AVE
OKLAHOMA CITY, OK 73139-1607

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
TRAVELERS
PO BOX 660317
DALLAS, TX 75266-0317

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
OKLAHOMA GAS ELECTRIC
321 N HARVEY AVE
OKLAHOMA CITY, OK 73102

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
ZILLOW INC
1301 SECOND AVE
36TH FL
SEATLLE, WA 98101

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
VIRTUALLY LUX

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
SPHEREXX
9142 S SHERIDAN
TULSA, OK 74133

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
CITY OF OKC UTILITIES
420 W MAIN ST
OKLAHOMA CITY, OK 73102

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
REDI CARPET LLC
10101 FOUNTAINGATE DR
STAFFORD, TX 77477

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
APARTMENT ASSOCIATION OF CENTRAL
OKLAHOMA
6501 BROADWAY EXTENSION HWY
STE 240
OKLAHOMA CITY, OK 73116

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
FIRETROL PROTECTION SYSTEMS INC
10320 MARKISON RD
DALLAS, TX 75238

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
OKLAHOMA COUNTY TREASURER
320 ROBERT S KERR AVE
STE 307
OKLAHOMA CITY, OK 73102

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
TBK BANK, SSB
12700 PARK CENTRAL DR
DALLAS, TX 75251

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
AAA PAINTING SERVICES LLC
2904 MAIN ST
EDGEWATER, MD 21037-1329

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
REALPAGE - 2351
2201 LAKESIDE BLVD
RICHARDSON, TX 75082

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
TUS NUA LAWN AND LANDSCAPE LLC
9014 N WESTERN AVE
OKLAHOMA CITY, OK 73114

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
ADT SECURITY SERVICES
1501 W YAMATO RD
BOCA RATON, FL 33431

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
BRIMS CARPET
1533 W SHERIDAN AVE
OKLAHOMA CITY, OK 73106

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
FIRST INSURANCE FUNDING
450 SKOKIE BLVD
STE 1000
NORTHBROOK, IL 60062

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
FIRST NATIONAL BANK OF MCGREGOR
ATTN CLINT SAVAGE
PO BOX 387
MCGREGOR, TX 76657

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
SOUTH TRI MANAGEMENT LLC
18 E41 ST
3RD FL
NEW YORK, NY 10017

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
CHADWELL SUPPLY, INC.
ATTN ROBERT CHADWELL
5115 JOANNE KEARNEY BLVD
TAMPA, FL 33619

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
COMCAST
PO BOX 660618
DALLAS, TX 75266-0618

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
BORDERS CONSTRUCTION
49 SONNING RD
BEVERLY, MA 01915-4307

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
J-MAR FLOORING
5101 SW 36TH
OKLAHOMA CITY, OK 73179

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
THE FIRST NATIONAL BANK OF MCGREGOR
401 S MAIN ST
MCGREGOR, TX 76657

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
BOBBI RAYS
12216 KATIE RIDGE RD
YUKON, OK 73099

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
RJ YOUNG COMPANY, INC.
730A FREELAND STATION RD
NASHVILLE, TN 37228

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
APPLE ONLINE STORE
ONE APPLE PARK WAY
CUPERTINO, CA 95014

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
AMRENT
250 E BROAD ST
21ST FL
COLUMBUS, OH 43215

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
BLACKHAWK SECURITY
2800 WOODLAWN DR
STE 150
HONOLULU, HI 96822

DEBTOR OKLAHOMA WILSHIRE LOFTS REAL
ESTATE LLC CASE NUMBER 26-16495
GOOGLE
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043

DEBTOR ROCKING HORSE RANCH LANDCO LLC
CASE NUMBER 26-16499
MIZZEN MANAGEMENT, LLC
263 TRESSER BLVD., 9TH FLOOR
STAMFORD, CT 06901

DEBTOR ROCKING HORSE RANCH LANDCO LLC
CASE NUMBER 26-16499
VISIONS FEDERAL CREDIT UNION
ATTN MEMBER BUSINESS LOANS
24 MCKINLEY AVENUE
ENDICOTT, NY 13760

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RESORT DATA PROCESSING, INC
540 DEVALL DR.
AUBURN, AL 36832

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
STEPHANIA ORIGENE
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ZOOLOGEE
8870 GREENWOOD PLACE
SUITE A
SAVAGE, MD 20763

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ROMEO FORD OF KINGSTON
128 ROUTE 28
KINGSTON, NY 12401

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
REEVES INTERNATIONAL
14 INDUSTRIAL ROAD
PEQUANNOCK, NJ 07440

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
THE BADGE COMPANY
18261 ENTERPRISE LANE, SUITE D
HUNTINGTON BEACH, CA 92648

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
THE BARN AT INDIAN RIDGE
500 CRESCENT AVENUE
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
STENGER, GLASS, HAGSTROM LINDARS IUELE
LLP
1136 ROUTE 9
WAPPINGERS FALLS, NY 12590

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SUNY ORANGE LIBERTY PARTNERSHIP PROGRAM
1 WASHINGTON CENTER TOWER BLDG,ROOM 217
NEWBURGH, NY 12550

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SUNSHINE TEES INC.
17 DEDERICK STREET
KINGSTON, NY 12401

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SPINNENWEBER PFV
PO BOX 1819
KINGSTON, NY 12402

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ROEMER WALLENS GOLD MINEAUX LLP
13 COLUMBIA CIRCLE
ALBANY, NY 12203

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SUMMIT HANDLING SYSTEMS, INC
11 DEFCO PARK RD
NORTH HAVEN, CT 06473

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ST. AUGUSTINE CHURCH
55 MAIN STREET
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WOODARDS CONCRETE PRODUCTS INC
BOX 8 LYBOLT ROAD
BULLVILLE, NY 10915

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
STEPHEN BRYSON LANG
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
STEPHEN C. OHOCINSKI
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
STERLING INSURANCE COMPANY
PO BOX 419175
BOSTON, MA 02241-9175

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
YOUNGWIRTH LAW PLLC
70 DUTCHESS LANDING ROAD, BUILDING K
SUITES 1, 2, AND 3
POUGHKEEPSIE, NY 12601

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
STREAMLINE AQUATICS
P.O. BOX 130
NORTHFORD, CT 06472

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WISH.DREAM.TRAVEL
184 PALM POINT DRIVE
COLUMBIA, SC 29212

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RLI INSURANCE CO.
PO BOX 801742
KANSAS CITY, MO 64180

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
STAN HALPERN
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
STICKER PACK, INC.
831 E GLENDALE AVE
SPARKS, NV 89431

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ST. MARY SCHOOL
12 - 6TH STREET
WATERFORD, NY 12188

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SUPERIOR BEVERAGE SERVICE LLC
SUPERIOR BEVERAGE SALES
61 CRESTWOOD BLVD
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ST. BASIL ACADEMY
79 ST. BASILS ROAD
GARRISON, NY 10524

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RIDICULOUS NICHOLAS ENTERTAINMENT
108 S. ACADEMY DR.
EPHRATA, PA 17522

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WINNERS CIRCLE EQUINE VETERINARY
SERVICES
9 LAGRANGE RD
CAMPBELL HALL, NY 10916

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
STEVEN ETIENNE MCGINLEY
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TAYLOR-MONTGOMERY, LLC
350 NEELYTOWN RD
MONTGOMERY, NY 12549

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WL SMITH
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RHODES FAMILY IRREVOCABLE TRUST
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ROCKING HORSE RANCH PROFIT SHARING PLAN
THE OAK GROUP
2649 SOUTH ROAD
POUGHKEEPSIE, NY 12601

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TAX COLLECTOR
P. O. BOX 1570
BUFFALO, NY 14240-1570

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SUMMIT FIRE SECURITY, LLC
PO BOX 855227
MINNEAPOLIS, MN 55485-5227

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RELAXING VACATIONS
PO BOX 57
MAGNOLIA, DE 19962

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WILTON REASSURANCE LIFE COMPANY OF NEW
YORK
PO BOX 678301
DALLAS, TX 75267-8301

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WINDDRIFT
3040 LAKESHORE DR
MUSKEGON, MI 49441

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RESORT CONTRACT FURNISHINGS
270 FRANKLIN AVE
WYCKOFF, NJ 07481

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WINEBOW, INC.
PO BOX 416636
BOSTON, MA 02241-6636

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TAX COLLECTOR
ATTN COLLEEN CORCORAN
P.O. BOX 305
MILTON, NY 12547

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TAJ FLOORING, INC.
PO BOX 87705
CAROL STREAM, IL 60188-7705

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RNDC NEW YORK/OPICI
6600 NEW VENTURE DR STE 450
EAST SYRACUSE, NY 13057

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SQUIRE BOONE VILLAGE
PO BOX 711
NEW ALBANY, IN 47151-0711

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WM COMPACTOR SOLUTIONS, INC.
DEPT. #2008 P.O. BOX 29661
PHOENIX, AZ 85038-9661

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ZEBEC OF NORTH AMERICA, INC.
PO BOX 181570
FARIFIELD, OH 45018

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TAX COLLECTOR
ATTN DANIELLE CHERUBINI
P.O. BOX 305
MILTON, NY 12547

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RFID HOTEL
PO BOX 748535
ATLANTA, GA 30374-8535

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TYLER RONCONI
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ROYAL CARTING
PO BOX 6704
SOUTHEASTERN, PA 19398-6704

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
UNITED AIR CONDITIONING, REFRIGERATION
5311 ROUTE 9W
NEWBURGH, NY 12550

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SC DESIGNS AND APPAREL
26 WESTERN AVE PO BOX 517
MARLBORO, NY 12542

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TOYSMITH
541 W VALLEY HWY S
PACIFIC, WA 98047

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SHINE ENTERTAINMENT
253 PAVONIA CIRCLE
MARLTON, NJ 08053

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SARJO INDUSTRIES
P.O. BOX 3516
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TOWN OF PLATTEKILL TAX COLLECTOR
PO BOX 45
MODENA, NY 12548

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
UNITED PARCEL SERVICE-UPS
P.O. BOX 809488
CHICAGO, IL 60680-9488

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
UNITED RENTALS
P.O. BOX 100711
ATLANTA, GA 30384-0711

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TOWN OF PLATTEKILL
1915 ROUTE 44-55
MODENA, NY 12548

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SARAH J. COHEN
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0009

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SIEGRIST SONS CONSTRUCTION INC.
ATTN GEORGE SIEGRIST
6 ORCHARD PLACE
POUGHKEEPSIE, NY 12601

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
UPS SUPPLY CHAIN SOLUTIONS INC
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TOPGRADE PRODUCTS INC.
ATTN STAN HALPER
200 PARK PLACE
MASSAPEQUA PARK, NY 11762

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TONYS POWER EQUIPMEMT REPAIR, LLC
PO BOX 329
MODENA, NY 12548

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TODD RIDOLPH
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SANTA CRUZ BIOTECHNOLOGY INC
PO BOX 736328
DALLAS, TX 75373-6328

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SANDY CREEK MINING COMPANY
PO BOX 88
FOSTORIA, OH 44830

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SILVER STREAK IND.
1604 S. EDWARD DR.
TEMPE, AZ 85281

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
VEITH ELECTRIC LLC
130 SALT POINT TURNPIKE SUITE 2
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
VENTRESCA TRAVEL
253 YORK RD
HATBORO, PA 19040

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TRACK HOSPITALITY SOFTWARE
PO BOX 847696
BOSTON, MA 02284

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SCHOOL SPECIALTY LLC
PO BOX 825640
PHILADELPHIA, PA 19182-5640

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
UNIPAK DESIGNS CORP
224 RAILROAD AVENUE
MILPITAS, CA 95035

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SCHYLLING INC.
C/O BERKSHIRE BANK
PO BOX 941
WORCESTER, MA 01613-0941

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TUBE PRO INC.
515 BEAVER CREEK RD
WATERLOO, ON N2V 2L3
CANADA

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TRUGREEN
TRUGREEN PROCESSING CENTER
PO BOX 78031
PHOENIX, AZ 85062-8031

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
U.S. FOOD SERVICE, INC.
PO BOX 642554
PITTSBURGH, PA 15264-2554

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SHERWIN WILLIAMS
1847 SOUTH ROAD
WAPPINGERS FALLS, NY 12590 1360

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TROYS AUTO BODY WORKS
3430 ROUTE 9W
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NAME ON FILE
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ULINE
ATTN ACCOUNTS RECEIVABLE
PO BOX 88741
CHICAGO, IL 60680-1741

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ULSTER CO. CHAMBER OF COMMERCE
214 FAIR STREET
KINGSTON, NY 12401

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ULSTER COUNTY COMMISSIONER OF FINANCE
ULSTER COUNTY DEPARTMENT OF HEALTH
239 GOLDEN HILL LANE
KINGSTON, NY 12401-6441

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ULSTER COUNTY DEPARTMENT OF HEALTH
GOLDEN HILL OFFICE BUILDING
239 GOLDEN HILL LANE
KINGSTON, NY 12401

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101-0408

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ULSTER COUNTY REGIONAL CHAMBER
OF COMMERCE
214 FAIR STREET
KINGSTON, NY 12401

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TRONCILLITO BROTHERS, INC
33 MIKI LANE
MARLBORO, NY 12542

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ULSTER COUNTY RESOURCE RECOVER AGENCY
999 FLATBUSH ROAD
KINGSTON, NY 12401

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
STARGUARD ELITE
13506 SUMMERPORT VILLAGE PARKWAY #810
WINDERMERE, FL 34786

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TRISTAR REGLAZING
7020 41ST AVE
WOODSIDE, NY 11377

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TRAVELERS
PO BOX 660317
DALLAS, TX 75266-0317

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TRAVEL PLANNERS INTERNATIONAL
1740 FENNELL ST.
MAITLAND, FL 32751

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TRAVEL NET SOLUTIONS
TRAVEL NET HOLDINGS
P.O. BOX 847696
BOSTON, MA 02284-7696

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TRAILER KING
18 MANCHESTER CIRCLE RT 55
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TRACTOR SUPPLY CREDIT PLAN
DEPT 30-1102893169 PO BOX 78004
PHOENIX, AZ 85062-8004

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SCOTT BAKER
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ULSTER COUNTY RESOURCE
RECOVERY AGENCY
999 FLATBUSH ROAD
KINGSTON, NY 12401

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WILLIAMS LUMBER
6760 RT 9
RHINEBECK, NY 12572

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
VERMONT SKI SAFETY
EQUIPMENT INC.
PO BOX 85
UNDERHILL CENTER, VT 05490

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
VICTORIA REINERT
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
THOMAS O. MILLER CO., INC.
20 RIVERVIEW DR.
MARLBORO, NY 12542-5310

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
THE UNCLE REGLAZING, LLC
51-29 GORSLINE ST.
ELMHURST, NY 11373

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
THE SMARTFLYER INC
347 WEST 36TH STREET SUITE 700
NEW YORK, NY 10018

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
THE RIGHT CHOICE AUTO REPAIR, LLC
197 ROUTE 299
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
THE PAINTED OTTER, INC.
2785 CLASSIC DRIVE
GREEN BAY, WI 54311

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RUSSO FUEL INC.
335 PERKINSVILLE ROAD
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
THE GUARDIAN LIFE INSURANCE CO
OF AMERICA GROUP#938721 STATE MANDATED
DISABILITY
PO BOX 824418
PHILADELPHIA, PA 19182-4418

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WHEELER MANUFACTURING CO, INC
PO BOX 629
LEMMON, SD 57638

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WHITCOMB RESOLUTION LLC
35 SANBORN ROAD
HAMPTON FALLS, NH 03844

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RUSSO FEUL INC.
335 PERKINSVILLE ROAD
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WHITECLIFF VINEYARD WINERY
331 MCKINSTRY RD
GARDINER, NY 12525

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WHITEWATER WEST IND.
180-6651 FRASERWOOD PLACE
RICHMOND, BC V6W 1J3
CANADA

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
THE CIT GROUP/COMMERCIAL SERV.
C/O SWIMSTATION
PO BOX 1036
CHARLOTTE, NC 28201-1036

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
THE CIT GROUP/ COMMERICAL SERVICES, INC.
PO BOX 1036
CHARLOTTE, NC 28201-1036

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RUBIN LIVESTOCK SERVICES
93 RUBIN RD
MONTICELLO, NY 12701

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WILLIAM DECLUE
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RUBES TOWING
3 MAGNOLIA LANE
POUGHKEEPSIE, NY 12601

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WILLIAM HAUFMANN
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
THE BRIDGE ACADEMY
ATTN TARYN ULMER
1958B LAWRENCEVILLE ROAD
LAWRENCEVILLE, NJ 08648

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SOUTHHAMPTON HIGH SCHOOL
141 NARROW LANE
SOUTHAMPTON, NY 11968

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ROYAL CARTING SERVICE CO
PO BOX 6704
SOUTHEASTERN, PA 19398-6704

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
TWO WAY DIRECT, INC.
3262 GREY HAWK COURT
CARLSBAD, CA 92010

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RYAN DUTCHER
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WESTERN EXPRESS, INC
407 HEADQUARTERS DRIVE UNIT 5
MILLERSVILLE, MD 21108

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WESTECH SOLUTIONS, LLC
333 MAMARONECK AVE.
PMB#208
WHITE PLAINS, NY 10605

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
VIMEO.COM, INC.
PO BOX 74008984
CHICAGO, IL 60674-8984

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
VINCENT MARKOWSKI
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
VISIONS FEDERAL CREDIT UNION
ATTN MEMBER BUSINESS LOANS
24 MCKINLEY AVENUE
ENDICOTT, NY 13760

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SINON FARMS, INC.
634 SALT POINT ROAD
POUGHKEEPSIE, NY 12601

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
VIVIAN PHOTOGRAPHY
46 MAIN STREET PO BOX 192
MILTON, NY 12547

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
W. B. MASON COMPANY, INC.
PO BOX 981101
BOSTON, MA 02298-1101

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SKI AREAS OF NEW YORK INC
PO BOX 375
JAMESVILLE, NY 13078

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SKI HAUS INC.
1611 ROUTE 22
BREWSTER, NY 10509

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SKY HUNTERS IN FLIGHT (DO NOT USE)
6 HALSTEIN LANE
ULSTER PARK, NY 12487

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SNEAK AWAY VACATIONS
724 PERRILLOUX TRACE AVE.
MADISONVILLE, LA 70447

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
VERTICAL REALITY MFG, INC
ATTN KEN SHARKEY
17511 SOUTH WEST 99TH RD
PALMETTO BAY, FL 33157

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WATER SAFETY PRODUCTS
PO BOX 60085
PALM BAY, FL 32906

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SAGES SUDZEE DUDZ LLC
ATTN MARISSA DAWSON
103 PLAINS ROAD
NEW PALTZ, NY 12561

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SAFEGUARD BUSINESS SYS INC
LOCKBOX 229 PO BOX 7247
PHILADELPHIA, PA 19170-0001

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SNOW MACHINES, INCORPORATED
1512 NORTH ROCKWELL DRIVE
MIDLAND, MI 48642

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SOMERS FARRIER PRACTICE
458 INDIAN RIDGE RD
EARLTON, NY 12058

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SAFECO ALARM SYSTEMS, INC.
P.O. BOX 1849 642 BROADWAY
KINGSTON, NY 12402

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WELD POWER GENERATOR
1529 GRAFTON ROAD
MILLBURY, MA 01527

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WELLS FARGO ADVISORS
105 ROOSEVELT DRIVE
POUGHQUAG, NY 12570

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SOUTHERN GLAZER WINE SPIRITS
PO BOX 3141
HICKSVILLE, NY 11802-9900

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SS WORLDWIDE, INC.
ATTN ACCOUNTS RECEIVABLE
P.O. BOX 821389
PHILADELPHIA, PA 19182-1389

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
WEST SIDE FOODS INC
355 FOOD CENTER DRIVE
BRONX, NY 10474

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
SNOW ECONOMICS, INC
15 MERCER RD
NATICK, MA 01760

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RUSTICA CUCINA, INC
500 CRESCENT AVENUE
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
LESLIES POOL SUPPLIES, INC.
ATTN ACCTS RECEIVABLE
P.O. BOX 7411789
CHICAGO, IL 60674-1789

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RED BARN PRODUCE INC.
PO BOX 1542
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
FIESTA
MAHAR MANUFACTURING CORP
P.O. BOX 735103
DALLAS, TX 75373-5103

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
FIRST CARE MEDICAL, PC
222 ROUTE 299
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
FLAT ROCK FURNITURE
403 S NOBLE ST.
SHELBYVILLE, IN 46176

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
FOCUS ON SOUVENIRS
930 CALLE NEGOCIO SUITE F
SAN CLEMENTE, CA 92673

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
FORA TRAVEL, INC
228 PARK AVE SOUTH #53272
NEW YORK, NY 10003

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
FRANCIS MENOTTI
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
FRANK SABARESE, INC.
1625 RT. 44/55 PO BOX 310
CLINTONDALE, NY 12515

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
FUN EXPRESS
PO BOX 77120
MINNEAPOLIS, MN 55480

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
G. DAN. ROS. SONS, INC.
1 MEADOW ST.
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
GARDINER ANIMAL HOSPITAL
177 MAIN ST
GARDINER, NY 12525-5210

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
FEROLITE ELECTRIC INC.
194 CREEK ROAD P. O. BOX 711
PLEASANT VALLEY, NY 12569-0711

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
GARY GREEN
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
GFSI LLC
PO BOX 718770
CHICAGO, IL 60677-8770

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
GLACIERPOINT ENTERPRISES
47 STEVES LANE
GARDINER, NY 12525

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
GLOEDE SIGNS
259 N GRAND AVENUE
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
GRAINGER
DEPT. 826222879
PALATINE, IL 60038-0001

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
GREENE COUNTY HORSESHOE SUPPLY
ROUTE 32 P.O. BOX 176
GREENVILLE, NY 12083

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
GRIFFEN PUMP SERVICE, INC.
3 NANCY CT. SUITE #3
WAPPINGERS FALLS, NY 12590

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
GUARDIAN DENTAL
PO BOX 824404
GROUP#476418
PHILADELPHIA, PA 19182-4404

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
GUERTIN DISTRIBUTORS INC
5 TECHNOLOGY PLACE
EAST SYRACUSE, NY 13057

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
GUY J COLLINS
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
H O PENN MACHINERY COMPANY, INC.
122 NOXON RD
POUGHKEEPSIE, NY 12603-2940

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
GEMINI COMEDY ENTERTAINMENT INC.
6 COMMERCE ST. SUITE 5C
SOMERVILLE, NJ 08876

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
FEDERAL EXPRESS
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
FAMILY SERVICES
29 NORTH HAMILTON STREET
POUGHKEEPSIE, NY 12601

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
FALL LINE CORPORATION
4625 AIRCENTER CIRCLE
RENO, NV 89502

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DURANTS PARTY RENTALS
1155 ROUTE 9
WAPPINGERS FALLS, NY 12590

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DUTCHESS BEER DISTRIBUTORS INC
5 LAUREL STREET P.O. BOX 3289
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DUTCHESS RESTAURANT EQUIP. CO.
795 DUTCHESS TURNPIKE
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
EAST POST ROAD MEDICAL SERVICES
PO BOX 350
PLAINVIEW, NY 11803-0350

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
EASTERN HAY CORP
PO BOX 372
PAWLING, NY 12564

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ELEGANCE MATTRESS UPHOLSTERY
2365 EAST LINDEN AVENUE
LINDEN, NJ 07036

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ELEONORA RABINOVICH
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ELEVATE OUTDOOR COLLECTIVE
PO BOX 913174
DENVER, CO 80291-3174

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ELI MILLS
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ELISABELLA COVARRUBIAS
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ELITZA D. DEMPSEY
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
EMILEE INGRAM
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ENVIROMENTAL LABWORKS, INC.
P.O. BOX 733
MARLBORO, NY 12542

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ERIC DASHER
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ERICHSENS AUTO
506 NORTH CHODIKEE LAKE RD
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ERNEST SITES
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ESTHER SANDS
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ET FAMILY TRAVEL
52 BRIXTON RD
GARDEN CITY, NY 11530

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ETHAN SAUL
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
EXPANDED SUPPLY PRODUCTS, INC.
3330 ROUTE 9
COLD SPRING, NY 10516

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
EXXON MOBIL
WEX BANK PO BOX 6293
CAROL STREAM, IL 60197-6293

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
FABNA, INC.
PO BOX 996
WARWICK, NY 10990

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
FAIRYTALE BROWNIES
4610 E. COTTON CENTER BLVD. SUITE 100
PHOENIX, AZ 85040-8898

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HACHETTE BOOK GROUP
P.O. BOX 8828 JFK STATION
BOSTON, MA 02114-8828

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HD SUPPLY FACILITIES MAINTENANCE
PO BOX 604233
CHARLOTTE, NC 28260-4233

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HELLER PENSION ASSOCIATES, INC
1363 RT 9G
HYDE PARK, NY 12538

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HERZOGS HOME PAINT CENTER
PO BOX 3328
KINGSTON, NY 12402

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
J.R.S. AMENITIES LTD.
8284 SHERBROOKE STREET
VANCOUVER, BC V5X 4R6
CANADA

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JAMES SWEENEY
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JARED RYDELEK
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JASMINE HASSOU
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JASON TARDY PRODUCTIONS
82 CHICKADEE DRIVE
AUBURN, ME 04210

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JAY MATTIOLI PRODUCTIONS LLC
14836 LINKS POND CIRCLE
GAINESVILLE, VA 20155

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JEFF ELLIS ASSOCIATES, INC.
PO BOX 2160
WINDERMERE, FL 34786

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JENNIFER LAPLUME
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JESTER JIM
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JLE TRAVEL LLC
2113 MAGNOLIA LANE
LAFAYETTE HILL, PA 19444

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JOELLE VORNDRAN
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JOHN CASSIDY
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JOHN FREEBORN
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JOHN GRAHAM
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JOHN HERBERT COMPANY
142 ROUTE 17K
NEWBURGH, NY 12550

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JOHN HIGBY
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JOHN PARK
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JONAH WOODCOCK
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JSP HOME SERVICES
515 ALBANY AVE
KINGSTON, NY 12401

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JUDGE MANNING HORSE TRANSPORTATION, INC.
18 MECHANIC STREET
AMENIA, NY 12501

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
JULY 4 EVER
382 ROCK CUT ROAD
WALDEN, NY 12586

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
KS POWDER COATING INC
22 COMMERCE STREET
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
K.E.M. LANDSCAPING, LLC
P.O. BOX 265
CLINTONDALE, NY 12515

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
J.C. EHRLICH CO, INC
PO BOX 740608
CINCINNATI, OH 45274-0608

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DOWSER SPRING WATER
PO BOX 36158
NEWARK, NJ 07188

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ISAIAH BOYD - INNERCOASTAL LIVESTOCK
4003 ARCHBELL RD
BATH, NC 27808

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
INTERNAL REVENUE SERVICE
PO BOX 742562
CINCINNATI, OH 45280-2562

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HICKORY FURNITURE LLC
403 SOUTH NOBLE STREET
SHELBYVILLE, IN 46176

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HIGHLAND BABE RUTH LEAGUE
PO BOX 352
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HIGHLAND INVITATIONAL SCHOLARSHIP FUND
108 COSTA ROAD
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HIGHLAND MIDDLE SCHOOL
71 MAIN STREET
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HIGHLAND ROTARY CLUB
P.O. BOX 723
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HOFFMAN INTERNATIONAL INC.
ATTN CREDIT DEPT
300 S. RANDOLPHVILLE RD
PISCATAWAY, NJ 08854

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HOME DEPOT CREDIT SERVICES
DEPT 32-2025768999
PO BOX 9001030
LOUISVILLE, KY 40290-1030

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HOME TOWN DISTRIBUTORS
PO BOX 95
MONTICELLO, NY 12701

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HOODZ OF THE MID HUDSON VALLEY
4 EAGLE CT
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HUDSON JENTSCH
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HUDSON RIVER HOUSING, INC.
313 MILL STREET
POUGHKEEPSIE, NY 12601

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HUDSON RIVER TRUCK TRAILER
12 COMMERCE STREET
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HUDSON VALLEY CHIMNEY
3647 ALBANY POST ROAD
POUGHKEEPSIE, NY 12601

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HUDSON VALLEY LINEN INC
78 OAK STREET, SUITE 13C
WALDEN, NY 12586

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HUDSON VALLEY OFFICE FURNITURE
375 MAIN ST
POUGHKEEPSIE, NY 12601

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
HUGHES TREE SERVICE, INC.
19 ORCHARD LANE
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
I SEE MAGIC LLC
1390 COLUMBIA AVENUE #225
LANCASTER, PA 17603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
IF ITS WATER, INC.
2090 BONDSVILLE ROAD
DOWNINGTOWN, PA 19335

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
IMPERIAL
PO BOX 875035
KANSAS CITY, MO 64187-5035

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
IN THE KNOW EXPERIENCES
1633 BROADWAY
NEW YORK, NY 10019

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
INDIAN RIDGE INC
ATTN RICKY
500 CRESENT AVENUE
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
INTEGRITY MECHANICAL, INC.
15 COMMERCIAL AVE
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
INTERNAL REVENUE SERVICE
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
INTERNATIONAL BOARD OF CREDENTIALING AND
CONTINUING EDUCATION STANDARDS
4651 SALISBURY RD, SUITE 260
JACKSONVILLE, FL 32256

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
K2 SPORTS, LLC
PO BOX 913174
DENVER, CO 80291-3174

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DOODLE PANTS
2780 E FOWLER AVE #589
TAMPA, FL 33612-6297

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DISCOUNT SCHOOL SUPPLY
PO BOX 734309
CHICAGO, IL 60673-4309

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
AMERICAN HEATING COOLING
1103 DUTCHESS TURNPIKE
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ANAR BHIMANI
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ANGELA BUTCH
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ANNA LEE
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ANTHONY RHODES
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ARCHITECURAL DESIGN CONSULTANT
PO BOX 580
30 WISCONSIN DELLS PARKWAY
LAKE DELTON, WI 53940

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ASCAP-- AMERICAN SOCIETY OF
COMPOSERS AUTHORS PUBLISHERS
21678 NETWORK PLACE
CHICAGO, IL 60673-1216

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ASHLEY MECHANICAL, INC
27 EMERICK ST
KINGSTON, NY 12401

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ASSA ABLOY HOSPITALITY INC.
VING CARD SYSTEMS
2925 EAST PLANO PARKWAY
PLANO, TX 75074

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
AUDIO INNOVATORS
11119 CORLETT RD
RIVERVIEW, FL 33578

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
AURORA WORLD, INC
8820 MERCURY LANE
PICO RIVERA, CA 90660

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BL CONTROL SERVICE INC
1448 SARATOGA ROAD
BALLSTON SPA, NY 12020

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BENJAMIN INTERNATIONAL
17E COMMERCE DR
OXFORD, CT 06478

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BENTLEY VETERINARY PRACTICE PLLC
6030 ROUTE 82
STANFORDVILLE, NY 12581

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BENZ, DAWN
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BETTER SOLUTIONS MEDIA
PO BOX 3612
KINGSTON, NY 12402

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BILL HAMILTON AND ASSOCIATES, INC
PO BOX 2
TITUSVILLE, FL 32781

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BOSTON BACHERT ENTERTAINMENT
1170 MOUNT WILSON RD
LEBANON, PA 17042

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BOSTON TEXTILE COMPANY
254 WASHINGTON STREET
QUINCY, MA 02169

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BOTTINI FUEL
2785 W MAIN ST
WAPPINGERS FALLS, NY 12590-8640

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BRENT BRUCKNER
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
AXECESSIVE FORCE LLC
ATTN STEPHEN CARUSO
6632 FRANKLIN HILL ROAD
BANGOR, PA 18013

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ALPHA LAUNDRY REPAIR LLC
452 STATE ROUTE 32
WALLKILL, NY 12589

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ALLY BANK
PAYMENT PROCESSING CENTER
PO BOX 660618
DALLAS, TX 75266-0618

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ALLY BANK
C/O AIS PORTFOLIO SERVICES, LLC
4515 N. SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
44 55 GLASS METAL INC
557 RT 44 55
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
45 BUYERS GROUP, INC.
1625 S CONGRESS AVE SUITE 100
DELRAY BEACH, FL 33445

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
4IMPRINT, INC
25303 NETWORK PLACE
CHICAGO, IL 60673-1253

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
845 DETAILING
5 WILDWOOD DRIVE
WAPPINGERS FALLS, NY 12590

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
A2Z EXTERIORS
8 DAPPLE TERRACE
NEWBURGH, NY 12550

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
AAA NORTHEAST
ATTN TRAVEL RECEIVABLES
110 ROYAL LITTLE DRIVE
PROVIDENCE, RI 02904

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ACADEMY OF OUR LADY SCHOOL
180 RODNEY ST.
GLEN ROCK, NJ 07452

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ACADEMY TRAVEL
297 ROUTE 72 WEST #35-336
MANAHAWKIN, NJ 08050

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ACCENT AMENITIES
61450 AMERICAN LANE #110
BEND, OR 97702

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ACCENT COMMUNICATIONS SYS
3 PARK LANE
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ACCOUNTING LINK TECH, LLC
ATTN MIKE HAINES
PO BOX 356
MIDDLETOWN, NY 10940

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ACD HOLDINGS
68 PANCAKE HOLLOW ROAD
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ADP, INC.
PO BOX 830272
PHILADELPHIA, PA 19182

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
AFCO DIRECT
PO BOX 660448
DALLAS, TX 75266-0448

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
AFLAC NEW YORK
REMITTANCE PROCESSING SERVICES
PO BOX 535178
PITTSBURGH, PA 15253-5178

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
AGL GAS TECHNOLOGIES
600 ROUTE 46 WEST
CLIFTON, NJ 07015

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
AIRGAS USA, LLC
PO BOX 734445
CHICAGO, IL 60673-4445

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ALL PRO CLEANING SERVICE
27 STRAWBERRY HILL ROAD
WAPPINGERS FALLS, NY 12590

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ALL SEASONS TRAVEL
C/O BOB GIANNINO
11 BUFORD RD
PEABODY, MA 01960

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ALLEGION ACCESS TECHNOLOGIES LLC
PO BOX 371595
PITTSBURGH, PA 15251

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ALLEYMOR, INC DBA PESTMASTER
15 BARBAROSSA LANE
KINGSTON, NY 12401

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ALLIANCE LAUNDRY SYSTEMS DISTRIBUTION,
LLC
319 W MAIN STREET SUITE 5
BATAVIA, NY 14020

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ALLY
PO BOX 380902
BLOOMINGTON, MN 55438-0902

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BRENT KESSLER
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BRIAN BRADLEY
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BRIAN PARKHURST
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BRIDGEVIEW CLEANERS
BRIDGEVIEW PLAZA 3650 ROUTE 9W
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
COGENCY GLOBAL INC.
P.O. BOX 3168
HICKSVILLE, NY 11802

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
COMMISSIONER OF MOTOR VEHICLES
REVENUE ACCOUNTING NYS DMV
PO BOX 2409
ALBANY, NY 12220-0409

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CONSOLIDATED HOSPITALITY SUPPLIES, LLC
PO BOX 677130
DALLAS, TX 75267-7130

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CORATTI ASSOCIATES, INC.
DBA ALL STAR WATER
1225-4C ROUTE 9G
HYDE PARK, NY 12538

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
COUNTRY VIEWS INC
819 COUNTY ROUTE 83
AMENIA, NY 12501

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
COUNTY OF ULSTER
ULSTER COUNTY DEPT OF FINANCE PO BOX
1800
KINGSTON, NY 12402

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CRACOLICI ON THE GREEN
ATTN SALVATORE CRACOLICI
16 NOTT PLACE
NEWBURGH, NY 12550

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CREATIVE CUSTOM SHADES
670 MYRTLE AVE #186
BROOKLYN, NY 11205

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CRUISE PLANNERS
3111 N. UNIVERITY DRIVE SUITE 800
CORAL SPRINGS, FL 33065

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CRYO WELD CORP.
253 INNIS AVE
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DAVID DARWIN
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DAVID PARIS
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DAVID ROSE FARRIER
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DAVIES HARDWARE
806 MAIN STREET
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DE LAGE LANDEN FINANCIAL SVCES
PO BOX 825736
PHILADELPHIA, PA 19182-5736

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DEBORAH BE KNOW DO, INC
5 WELLINGTON COURT
WALLKILL, NY 12589

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DEC COPIERS LEASING
PO BOX 825736
PHILADELPHIA, PA 19182-5736

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DEC OFFICE SUPPLY
6A S ROUTE 9W
WEST HAVERSTRAW, NY 10993

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DELL FINANCIAL SERVICES LLC
PAYMENT PROCESSING CENTER
PO BOX 5292
CAROL STREAM, IL 60197-5292

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DELUXE SMALL BUSINESS SALES INC
P.O. BOX 7247
PHILADELPHIA, PA 19170-0001

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DEVITTS NURSERY SUPPLY
56 DEVITT CIRCLE
NEW WINDSOR, NY 12553

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DIANE P. KURTZ
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DINN BROS., INC.
PO BOX 10420
HOLYOKE, MA 01041-2020

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CNA SURETY
P.O. BOX 957312
SAINT LOUIS, MO 63195-7312

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
DON KORTRIGHT
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CIRQOVATION LLC
ATTN JOSHUA EDELMAN
2470 STATE ROUTE 11A
LA FAYETTE, NY 13084

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CHRISTOPHER SMITH
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BROADCAST MUSIC, INC
BMI GENERAL LICENSING
PO BOX 630893
CINCINNATI, OH 45263-0893

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BUCK BROMLEY
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
BUSINESS CARD BANK OF AMERICA
PO BOX 15796
WILMINGTON, DE 19886-5796

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
C D WINDOW CLEANING SERV.
132 WEST ROAD
PLEASANT VALLEY, NY 12569

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CALCULATED FIRE PROTECTIONS CO
2510 ROUTE 44
SALT POINT, NY 12578

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CANTELE TENT RENTALS
37 BENDER BOULEVARD
GHENT, NY 12075

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CARGILL INCORPORATED
PO BOX 419333
BOSTON, MA 02241-9333

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CARTSTACK LLC
1705 SOUTHCROSS DR W.
BURNSVILLE, MN 55306

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CASH

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CATHERINE MEDINA
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CAVOLIS GRINDING SERVICE
1921 BROADWAY
SCHENECTADY, NY 12306

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CC PRODUCTS, LLC
GFSI LLC
PO BOX 718770
CHICAGO, IL 60677-8770

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CDPHP
PO BOX 5525
BINGHAMTON, NY 13902-5525

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CDPHP UNIVERSAL BENEFITS, INC
PO BOX 5525
BINGHAMTON, NY 13902-5525

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CENTRAL DYNAMICS, DBA CENDYN
PO BOX 1569
CEDAR PARK, TX 78630

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CENTRAL DYNAMICS, LLC
980 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33432

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CENTRAL HUDSON
284 SOUTH AVE
POUGHKEEPSIE, NY 12601-4839

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CENTRAL HUDSON GAS ELECTRIC
284 SOUTH AVENUE, DEPT 100
POUGHKEEPSIE, NY 12601-4839

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CERTIFIED HORSEMANSHIP ASSOC.
1795 ALYSHEBA WAY SUITE 7102
LEXINGTON, KY 40509

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CHEF WORKS
FILE 2438
1801 W OLYMPIC BLVD
PASADENA, CA 91199

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CHIEFS GARAGE
7 MICHAEL DR
NEW PALTZ, NY 12561

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CHRIS COFFEE SERVICE
348 OLD NISKAYUNA RD
LATHAM, NY 12110-2212

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CHRISTOPHER CABABE
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
CHUBB COMMERICAL INSURANCE
PO BOX 382001
PITTSBURGH, PA 15250-8001

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
KAESER BLAIR INCORPORATED
4236 GRISSOM DRIVE
BATAVIA, OH 45103

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
H.A. SCHRECK SERVICE AND SALES, INC
32 VAN WAGNER ROAD
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
KARL KREBS
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MID HUDSON LAWN SPRINKLER INC.
P.O. BOX 2457
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MICKEY GURU TRAVEL COMPANY, LLC
14 BUCK MEADOW LANE
MERRIMACK, NH 03054

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MICHAEL T. GRIFFIN
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
P.S. NO. 187 MANHATTAN
ATTN TARA OCALLAGHAN
349 CABRINI BLVD.
NEW YORK, NY 10040

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MICHAEL ROBERT ROSMAN
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MICHAEL J SASS
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MICHAEL HILBIG
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PAGONES-ONEILL INVESTIGATIONS
SECURITY
355 MAIN STREET
BEACON, NY 12508

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MERCEDES BENZ OF WAPPINGERS
134 OLD POST RD
WAPPINGERS FALLS, NY 12590

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MERCEDES - BENZ FINANCIAL
PO BOX 5209
CAROL STREAM, IL 60197-5209

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MELISSA DOUG, LLC
PO BOX 7410724
CHICAGO, IL 60674

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PALMETTO LINEN DISTRIBUTORS
PO BOX 7663
NORTH AUGUSTA, SC 29861

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MEADOW PERRY PERFORMANCE AND ART
1335 BRUCE ROAD
ORELAND, PA 19075

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MCKESSON MEDICAL SURGICAL
P.O. BOX 933027
ATLANTA, GA 31193-3027

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NEW YORK WINE AND SPIRITS
955 EAST 149TH ST
BRONX, NY 10455

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PBS - ANIMAL HEALTH
2780 RICHVILLE DR. SE
MASSILLON, OH 44646

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PEPSI COLA OF HUDSON VALLEY
PO BOX 36249
NEWARK, NJ 07188-6249

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MARSHALL STERLING INC
110 MAIN ST.
POUGHKEEPSIE, NY 12601

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PJM WELDING FABRICATION
95 NORTH AVENUE
PLEASANT VALLEY, NY 12569

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PJ MOLONEY
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PJ EXTERIORS, INC
1589 ROUTE 376
WAPPINGERS FALLS, NY 12590

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PINKS GREENS TRAVEL CO.
309B ALEXANDER PLACE
WEST POINT, NY 10996

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MARSHALL MACHINERY INC
348 BETHEL SCHOOL RD
HONESDALE, PA 18431

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MIDDLEHOPE VETERINARY HOSPITAL
5349 ROUTE 9W
NEWBURGH, NY 12550

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MASON MOORE
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PIECE A CAKE DESSERT CATERING
573 RT. 44-55
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PICTURE THIS TRAVEL
7002 WATERS EDGE DRIVE
PARKVILLE, MO 64152

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MASTER-RISK, INC.
110 MAIN ST
POUGHKEEPSIE, NY 12601

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PETTY CASH

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PETER PAUPER PRESS, INC.
3 INTERNATIONAL DRIVE SUITE 310
RYE BROOK, NY 10573-7501

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MCCOYS UPHOLSTERY GROUP
69-14 49TH AVE.
WOODSIDE, NY 11377

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PINE BUSH EQUINE
96 WARN AVE
PINE BUSH, NY 12566

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MIDDLETOWN MEDICAL WC
111 MALTESE DRIVE
MIDDLETOWN, NY 10940

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MIKE GRIFFIN HORSESHOEING
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MIKES HOTHOUSE
2036 ROUTE 44/55
MODENA, NY 12548

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NS SUPPLY, INC.
205 OLD ROUTE 9
FISHKILL, NY 12524

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
OA CONSULTATION SERVICES LLC
146 3RD STREET
NEWBURGH, NY 12550

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NYSIF WORKERS COMPENSATION (DO NOT USE)
PO BOX 5238
NEW YORK, NY 10008-5238

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NYS LIQUOR AUTHORITY
M T BANK LOCKBOX
P.O. BOX 8000-DEPT. 930
BUFFALO, NY 14267

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NAPA AUTO PARTS
PO BOX 414988
BOSTON, MA 02241-4988

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NYS DEPT. OF TRANSPORTATION
REVENUE SECTION
50 WOLF ROAD
ALBANY, NY 12232

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
OFF SHORE MARINE, INC
357 ROUTE 206
BRANCHVILLE, NJ 07826

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NUDERMA, LLC
HUDSON VALLEY SKIN CARE
3 CHARLES ST
PLEASANT VALLEY, NY 12569

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NEVEPLAST USA
PO BOX 9
BASYE, VA 22810

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NEW IMAGE PROPERTY MAINTENANCE, LLC
14 WIDMER ROAD
WAPPINGERS FALLS, NY 12590

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NEW PALTZ BALLET THEATER
1 BONTICOUVIEW DRIVE
NEW PALTZ, NY 12561

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NEW YORK STATE DEPARTMENT OF STATE
DIVISIONS OF CORPORATIONS
99 WASHINGTON AVE
ALBANY, NY 12231-0002

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NEW YORK STATE HOSPITALITY TOURISM
ASSOCIATION
24 AVIATION RD. STE 208
ALBANY, NY 12205

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NEW YORK STATE INSURANCE FUND
WORKERS COMPENSATION PO BOX 5519
BINGHAMTON, NY 13902-5519

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NED GELFARS
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MARLBORO SCHOOL DISTRICT TAX COLLECTOR
PO BOX 2542
BUFFALO, NY 14240

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MVP HEALTH CARE, INC.
PO BOX 22863
NEW YORK, NY 10087-2863

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MUG EXPERIENCE
43372 125TH AVE
HOLDINGFORD, MN 56340

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MILLENNIUM TRAVEL
99 CONNOR AVE.
STATEN ISLAND, NY 10312

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MILLHOUSE HOSPITALITY
289 MILL ST.
POUGHKEEPSIE, NY 12601

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MILTON HARDWARE
PO BOX 805
MILTON, NY 12547

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MINARDS FAMILY FARM, LLC
250 HURD RD
CLINTONDALE, NY 12515

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
OTIS ELEVATOR COMPANY
PO BOX 13716
NEWARK, NJ 07188-0716

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
OPTIMUM MEDIA
PO BOX 392090
PITTSBURGH, PA 15251

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MUNTERS CORPORATION
DEPT CH 19943
PALATINE, IL 60055-9943

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
OPTIMUM
PO BOX 70340
PHILADELPHIA, PA 19176-0340

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MIXTURE INC
1607 ROUTE 300 STE 100
NEWBURGH, NY 12550

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MIZZEN MANAGEMENT, LLC
263 TRESSER BLVD., 9TH FLOOR
STAMFORD, CT 06901

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MIZZENTOP DAY SCHOOL
64 EAST MAIN STREET
PAWLING, NY 12564

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MOHAWK INDUSTRIAL WERKS LLC
140 CAREY RD
QUEENSBURY, NY 12804

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MONTVALE SERVICE UNIT
ATTN JEN LONGO
20 DOGWOOD LANE
MONTVALE, NJ 07645

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
ONPAR GOLF CARTS AND SERVICES INC.
368 SOUTH PLANK RD
NEWBURGH, NY 12550

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MISTER MS HOUSE OF TRAVEL, LLC
16 LONGLEAF DRIVE
HAMILTON SQUARE, NJ 08690

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MARLBORO CENTRAL SCHOOL DISTRICT
21 MILTON TURNPIKE
MILTON, NY 12547

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
NOLT WAGON WORKS
972 NEWSWANGER RD.
EPHRATA, PA 17522

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MARK A. PERPETUA
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PVS MINIBULK, INC
25216 NETWORK PLACE
CHICAGO, IL 60673-1503

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PULSE MD URGENT CARE
900 ROUTE 376 SUITE H
WAPPINGERS FALLS, NY 12590

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PTL ONE
1830 SW 2ND STREET
POMPANO BEACH, FL 33069

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
LAZY ONE
2885 NORTH 200 WEST
NORTH LOGAN, UT 84341

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
LEAF
PO BOX 5066
HARTFORD, CT 06102-5066

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
LEROY JACKSON
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MAD CLEAN BEER LINES
304 PERKINSVILLE ROAD
HIGHLAND, NY 12528

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
LEVINE LEVINE, PLLC
2 JEFFERSON PLAZA SUITE 100
POUGHKEEPSIE, NY 12601

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MACS FARM GARDEN
68 FIREHOUSE LANE
RED HOOK, NY 12571

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
LIAM GILMARTIN
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
M O SANITATION, INC.
70 FAIRVIEW AVE
POUGHKEEPSIE, NY 12601

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
LIMNOLOGY INFORMATION FRESHWATER ECOLOGY
LIFE
19 SANDY PINES BLVD
HOPEWELL JUNCTION, NY 12533

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
LYNN BLIVEN
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PLATTEKILL FIRE DEPARTMENT
50 OLD FIREHOUSE RD
WALLKILL, NY 12589

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PROFESSIONAL TRAVEL, INC.
436 W. STREET ROAD
FEASTERVILLE TREVOSE, PA 19053

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
LOWES BUSINESS ACCOUNT
PO BOX 530970
ATLANTA, GA 30353-0970

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PRINCE STEEL FABRICATORS
900 DUTCHESS TURNPIKE
POUGHKEEPSIE, NY 12601

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
LOVES FLOWERS
1504 ROUTE 9W NORTH
MARLBORO, NY 12542

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
LINDSAY NOEL KRUICHAK
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
LANERA DECORATING/COMMERCIAL DRAPERIES
801 E BOSTON POST RD
MAMARONECK, NY 10543

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MAGIC BRIAN
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PRAGER METIS CPAS
510 HAIGHT AVE
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PRICE MASTER CORP
P.O. BOX 70
FARMINGDALE, NY 11735

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
KEVIN PALACIOS
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
PPG ARCHITECTURAL FINISHES
PO BOX 536864
ATLANTA, GA 30353-6864

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MANNIX MARKETING
9 STONEHURST DRIVE
QUEENSBURY, NY 12804

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RALPH SMITH III
ADDRESS ON FILE

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
KETCHAM FENCING INC
19 BORDEN STREET
OTISVILLE, NY 10963

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
QUALITY RESTAURANT REPAIR
134 NORTH MONTGOMERY ST
WALDEN, NY 12586

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MANHATTAN BEER DIST LLC
955 EAST 149TH STREET
BRONX, NY 10455

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
QUADIENT LEASING USA, INC
PO BOX 123682
DALLAS, TX 75312-3682

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
RATNIK INDUSTRIES
670 PHILLIPS RD
VICTOR, NY 14564-9111

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MARIANNES FLORAL GARDEN
198 HOOKER AVE.
POUGHKEEPSIE, NY 12603

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
POPPS TROPHIES
158 W. MAIN ST
WALDEN, NY 12586

DEBTOR ROCKING HORSE RANCH OPERATINGCO
LLC CASE NUMBER 26-16501
MAGIC CARPET LIFTS, INC
14143 DENVER WEST PARKWAY #100 UNIT E
GOLDEN, CO 80401

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
WASTE MANAGEMENT
PO BOX 660345
DALLAS, TX 75266

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
COLDWELL BANKER REALTY
601 STATE ST
STE 150
SOUTHLAKE, TX 76092

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
WORLD INSURANCE ASSOCIATES LLC
100 WOOD AVE S
4TH FL
ISELIN, NJ 08330

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
COMCAST
1701 JFK BLVD
PHILADELPHIA, PA 19103

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
CITY OF METHUEN, MASSACHUSETTS
41 PLEASANT ST
METHUEN, MA 01844

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
CITY OF HOUSTON
PO BOX 1560
HOUSTON, TX 77251

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
WASTE MANAGEMENT OF TEXAS, INC
800 CAPITOL
STE 3000
HOUSTON, TX 77002

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
CITY OF HOUSTON
900 BAGBY
HOUSTON, TX 77002

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
NANOBOTS HEALTHCARE, LLC
2626 S LOOP W
STE 555
HOUSTON, TX 77054-2652

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
JACKIE THOMAS
ADDRESS ON FILE

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
TXU ENERGY
ATTN SCOTT HUDSON
6555 SIERRA DRIVE
IRVING, TX 75039

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
CCS FACILITY SERVICES - TEXAS, INC
2500 CENTRAL PKWY
STE G
HOUSTON, TX 77092

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
CCS FACILITY SERVICES - TEXAS, INC
ATTN TROY COKER
2500 CENTRAL PARKWAY
SUITE G
HOUSTON, TX 77092

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
TXU ENERGY
6555 SIERRA DR
IRVING, TX 75039

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
LAW OFFICES OF KEVIN R. MICHAELS, P.C.
888 W SAM HOUSTON PKWY S
STE 226
HOUSTON, TX 77042

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
KANNAN PRICONE PLUMBING HEATING INC
3 W AYER ST
METHUEN, MA 01844-5509

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
LOGIX FIBER NETWORKS
PO BOX 734120
DALLAS, TX 75373

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
NATIONAL GRID
ATTN RUDY WYNTER
2 HANSON PL
BROOKLYN, NY 11217

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
LANDPARK COMMERCIAL LLC
2550 GRAY FALLS DR
STE 400
HOUSTON, TX 77077

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
KIRKLAND ALLEN
ADDRESS ON FILE

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
LIAM LUXX DBA GARY OWENS
110 HALSEMA RD S
JACKSONVILLE, FL 32220

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
TXU ENERGY
PO BOX 650638
DALLAS, TX 75265

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
TOUCH SOURCE, LLC
1370 MINERS DR
STE 103
LAFAYETTE, CO 80026

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
FIRST FINANCIAL BANK
ATTN COMMERCIAL FILE
236 PICTORIA DR.
CINCINNATI, OH 44278

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
MARANDA EVANS
ADDRESS ON FILE

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
ANNETTE RAMIREZ TAX ASSESSOR-COLLECTOR
1001 PRESTON ST
HOUSTON, TX 77002

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
HB MECHANICAL SERVICES, INC.
20410 OLD SORTERS RD
PORTER, TX 77365

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
HARVEY SIGN INC
30 OSGOOD ST
METHUEN, MA 01844

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
ATTN ANNETTE RAMIREZ
1001 PRESTON ST.
HOUSTON, TX 77002

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
TEFFTNET, INC
9575 KATY FWY
HOUSTON, TX 77204

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
ALLIED UNIVERSAL SECURITY SERVICES
161 WASHINGTON ST
STE 600
CONSHOHOCKEN, PA 19428

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
PEST-END INC
91 PLAISTOW RD
RTE 125
PLAISTOW, NH 03865

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
PATS KEYS N LOCK INC
100 N BROADWAY
SALEM, NH 03079

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
SOUTH MADISON CONSTRUCTION LLC
ATTN KENNETH SCHUSTER
747 CHESTNUT RIDGE
SUITE 205
CHESTNUT RIDGE, NY 10977

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
PRECISION NATIONAL MAINTENANCE
ATTN PRESIDENT OR GENERAL COUNSEL
418 CLIFTON AVE
LAKEWOOD, NJ 08701

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
THE HARTFORD
690 ASYLUM AVE
HARTFORD, CT 06155

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
METHUENLIFE
76 WOODLAND ST
METHUEN, MA 01844

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
FORD PAULEKAS LLP
280 TRUMBULL ST
HARTFORD, CT 06103

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
AIM COMMERCIAL CLEANING SERVICES LLC
1429 OSGOOD ST
NORTH ANDOVER, MA 01845

DEBTOR SOUTH LOOP WEST LEASING LLC CASE
NUMBER 26-16503
FIRST FINANCIAL BANK
ATTN MARK D. BICKER, LENDING OFFICER.
266 EAST FIFTH STREET, SUITE 800
CINCINNATI, OH 44234

DEBTOR SPLASHDOWN BEACH LANDCO LLC CASE
NUMBER 26-16466
NBT BANK, NATIONAL ASSOCIATION
701 ROUTE 9, SUITE 7
FISHKILL, NY 12524

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
RESORT CONTRACT FURNISHINGS
270 FRANKLIN AVE
WYCKOFF, NJ 07481

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
US FOODSERVICE, INC.
P. O. BOX 642554
PITTSBURGH, PA 15264-2554

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
CHUBB
P O BOX 382001
PITTSBURGH, PA 15250-8001

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
ZEBEC OF NORTH AMERICA, INC.
PO BOX 181570
FARIFIELD, OH 45018

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
NYS DEPARTMENT OF ENVIRONMENTAL
CONSERVATION
PO BOX 784971
PHILADELPHIA, PA 19178-4971

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
ROCKING HORSE RANCH OPERATINGCO, LLC
600 ROUTE 44/55
HIGHLAND, NY 12528

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
VAN STONE CONVEYOR INC.
874 PALOMARES AVENUE
LA VERNE, CA 91750

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
AUDIO INNOVATORS
11119 CORLETT RD
RIVERVIEW, FL 33578

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
PVS MINIBULK, INC.
25216 NETWORK PLACE
NEW HAVEN, CT 06511

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
AURORA WORLD, INC.
8820 MERCURY LANE
PICO RIVERA, CA 90660

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
NYSIF WORKERS COMPENSATION
PO BOX 5519
BINGHAMTON, NY 13902-5519

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
YOUNGWIRTH LAW PLLC
63 CANNON STREET - B
POUGHKEEPSIE, NY 12601

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
WL SMITH
ADDRESS ON FILE

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
PETTY CASH

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
ROYALTY CARPET CLEANING
1615 US-9
WAPPINGERS FALLS, NY 12590

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
WHITE PLAINS LINEN
4 JOHN WALSH BLVD.
PEEKSKILL, NY 10566

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
ALPHA BLASTING, INC.
58 PERSHING AVENUE
POUGHKEEPSIE, NY 12601

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
UNITED AC, REFRIGERATION, PLUMBING
HEATING, INC.
80 S. PLANK RD.
NEWBURGH, NY 12550

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
ANCHOR INDUSTRIES, INC.
P.O. BOX 7105
INDIANAPOLIS, IN 46207

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
RIMFLOW, INC
140 COMMODORE CIRCLE
SUFFOLK, NY 11776

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
COGENCY GLOBAL INC.
P.O. BOX 3168
HICKSVILLE, NY 11802

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
SAFEGUARD BUSINESS SYSTEMS
LOCKBOX 229
P.O. BOX 7247
PHILADELPHIA, PA 19170-0001

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
BRINKS INC
P.O. BOX 101031
ATLANTA, GA 30392-1031

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
CMC NEPTUNE
P.O. BOX 132691
TYLER, TX 75713

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
R.M.C. TRUCKING, INC.
311 BINGHAM ROAD
MARLBORO, NY 12542

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
A-1 COMMUNICATIONS SYSTEMS INC
103 NORTH CLINTON STREET
POUGHKEEPSIE, NY 12601

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
A2Z EXTERIOR PRESSURE WASHING BY A2Z
HOLDINGS LLC
8 DAPPLE TERRACE
NEWBURGH, NY 12550

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
P.F. BEAL SONS, INC.
4 PUTNAM AVENUE
BREWSTER, NY 10590

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
POVALL ENGINEERING
3 NANCY COURT
SUITE 4
WAPPINGERS FALLS, NY 12590

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
ROYAL CARTING SERVICE CO
PO BOX 6704
SOUTHEASTERN, PA 19398-6704

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
UNITED RENTALS, INC.
CREDIT OFFICE # 214
PO BOX 100711
ATLANTA, GA 30384-0711

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
VEITH ELECTRIC LLC
130 SALT POINT TURNPIKE SUITE 2
POUGHKEEPSIE, NY 12603

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
CENTRAL HUDSON GAS ELECTRIC
284 SOUTH AVENUE, DEPT 100
POUGHKEEPSIE, NY 12601-4839

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
BEL-AQUA POOL SUPPLY, INC.
PO BOX 412561
BOSTON, MA 02241-2561

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
WELDON, WILLIAMS LICK, INC.
WELDON, WILLIAMS LICK
P.O. BOX 168
FORTH SMITH, AR 72901

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
OPTIMUM
PO BOX 70340
PHILADELPHIA, PA 19176-0340

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
PROSLIDE TECHNOLOGY INC.
ATTN RICK HUNTER
150-2650 QUEENSVIEW DRIVE
OTTAWA, ON K2B 8H6
CANADA

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
ACCOUNTING LINK TECH, LLC
ATTN MIKE HAINES
PO BOX 356
MIDDLETOWN, NY 10940

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
ADMIT ONE PRODUCTS
15331 BARRANCA PARKWAY
IRVINE, CA 92618

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
CARMEL WINWATER WORKS CO.
86 FAIR ST
PO BOX 550
CARMEL, NY 10512-0550

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
WORLD WATERPARK ASSOCIATION
8826 SANTA FE - SUITE 310
OVERLAND PARK, KS 66212

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
PAMAL BROADCASTING
PO BOX 1340
WILLISTON, VT 05495

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
ROYAL CARTING
PO BOX 6704
SOUTHEASTERN, PA 19398-6704

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
OTOOLES SECURITY SERVICES, INC.
42 PURSE LANE
HOPEWELL JCT, NY 12533

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
CARDMEMBER SERVICES
PO BOX 1423
CHARLOTTE, NC 28201-1423

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
AIRGAS USA, LLC
PO BOX 734445
CHICAGO, IL 60673-4445

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
PAGONES-ONEILL INVESTIGATIONS
SECURITY 355 MAIN STREET
BEACON, NY 12508

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
W. B. MASON COMPANY, INC.
PO BOX 981101
BOSTON, MA 02298-1101

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
WAPPINGERS AUTO TECH POWER EQUIPMENT
1228 US 9
WAPPINGERS FALLS, NY 12590

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
PTL ENTERPRISES
1830 SW 2ND STREET
POMPANO BEACH, FL 33069

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
PARAMOUNT AMUSEMENT MACHINE CO
74 PERSHING AVE
POUGHKEEPSIE, NY 12601

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
ACCESSO
100 TECHNOLOGY PARK
SUITE 165
LAKE MARY, FL 32746

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
VERIZON
PO BOX 15124
ALBANY, NY 12212-5124

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
CENTRAL HUDSON GAS ELECTRIC
284 SOUTH AVE
POUGHKEEPSIE, NY 12601-4839

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
WESTECH SOLUTIONS, LLC
333 MAMARONECK AVE.
PMB#208
WHITE PLAINS, NY 10605

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
WATER SAFETY PRODUCTS, INC
PO BOX 60085
PALM BAY, FL 32906

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
ON PAR GOLF CARTS SERVICES
368 SOUTH PLANK RD
NEWBURGH, NY 12550

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
PEPSI COLA OF HUDSON VALLEY
PO BOX 36249
NEWARK, NJ 07188-6249

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
CDPHP UNIVERSAL BENEFITS, INC
PO BOX 5525
BINGHAMTON, NY 13902-5525

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
BERKSHIRE BROADCASTING
98 MILL PLAIN RD
DANBURY, CT 06811

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
PRAGER METIS CPAS
510 HAIGHT AVE
POUGHKEEPSIE, NY 12603

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
RETAIL TECHNOLOGY GROUP, INC
PO BOX 874411
STAMFORD, CT 06903

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
CDPHP (WE NOW USE MVP)
6 WELLNESS WAY
LATHAM, NY 12110

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
CDPHP
PO BOX 5525
BINGHAMTON, NY 13902-5525

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
ACCENT COMMUNICATIONS SYSTEMS
3 PARK LANE
HIGHLAND, NY 12528

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
CALCULATED FIRE PROTECTION CO.
2510 ROUTE 44
SALT POINT, NY 12578

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
BOTTINI FUEL
2785 W MAIN ST
WAPPINGERS FALLS, NY 12590-8640

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
OUTFRONT MEDIA
PO BOX 33074
NEWARK, NJ 07188-0074

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
RUSSO FUEL INC.
335 PERKINSVILLE ROAD
HIGHLAND, NY 12528

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
ZPRO-WATERPARKS
Z PRO WATER PARK
232 BANKS ROAD
TRAVELERS REST, SC 29690

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
SHERWIN WILLIAMS
1847 SOUTH ROAD
WAPPINGERS FALLS, NY 12590 1360

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
MASTERCRAFT PRINTING DESIGN
PO BOX 699
FOGELSVILLE, PA 18051

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
RED WING PROPERTIES
675 LEETOWN ROAD
P.O. BOX 408
STORMVILLE, NY 12582

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
H.A. SCHRECK SERVICE AND SALES, INC.
32 VAN WAGNER ROAD
POUGHKEEPSIE, NY 12603

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
TOWN OF FISHKILL
807 ROUTE 52
FISHKILL, NY 12524

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
TOWN OF FISHKILL PBA
PO BOX 747
GLENHAM, NY 12527

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
H2ODYSSEY
975 PARK CENTER DRIVE
VISTA, CA 92081

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
ZOOLOGEE
8870 GREENWOOD PLACE
SUITE A
SAVAGE, MD 20763

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
TAYLOR ASSOCIATES INC
940 OPIE ARNOLD RD
WEST ISLIP, NY 11795

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
TOWNSQUARE MEDIA - DANBURY
PO BOX 28612
NEW YORK, NY 10087-8612

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
TOWNSQUARE MEDIA- POUGHKEEPSIE
PO BOX 28611
PURCHASE, NY 10577

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
MARSHALL STERLING INC.
110 MAIN STREET
POUGHKEEPSIE, NY 12601

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
HERRING SANITATION SERVICE INC
146 OLD ROUTE 9
FISHKILL, NY 12524

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
SEQUOIA HILLS, LLC
8 TAMARACK DR
CORTLANDT MANOR, NY 10567

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
GOLD MEDAL
GOLD MEDAL MID-ATLANTIC ML43
10700 MEDALLION DR.
CINCINNATI, OH 45241-4807

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
MIXTURE INC
1607 ROUTE 300 STE 100
NEWBURGH, NY 12550

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
HERSHEY CREAMERY CO
29 DOLSON AVENUE
MIDDLETOWN, NY 10940

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
SIRIUSWARE
PO BOX 209229
DALLAS, TX 75320-9229

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
SILI LIFE HOLDING DBA SILIPINT
8460 BEARING DRIVE #300
INDIANAPOLIS, IN 46268

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
EXPANDED SUPPLY PRODUCTS INC
3330 ROUTE 9
COLD SPRING, NY 10516

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
MIDHUDSON ER PHYS SVCS, PLLC
PO BOX 80256
PHILADELPHIA, PA 19101-1256

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE
BANK USA, N.A.
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
PARTNERS, PLLC
6409 CONGRESS AVENUE
SUITE 100
BOCA RATON, FL 33487

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
GLOEDE SIGNS
259 N GRAND AVENUE
POUGHKEEPSIE, NY 12603

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
GRAINGER
DEPT. 884375601
PALATINE, IL 60038

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
STENGER, GLASS, HAGSTROM, LINDARS IUELE
LLP
1136 ROUTE 9
WAPPINGERS FALLS, NY 12590

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
MAX R
ADDRESS ON FILE

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
SIEGRIST SONS CONSTRUCTION INC.
ATTN GEORGE SIEGRIST
6 ORCHARD PLACE
POUGHKEEPSIE, NY 12601

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
MCKESSON MEDICAL SUPPLY
PO BOX 933027
ATLANTA, GA 31193

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
THE GUARDIAN LIFE INSURANCE CO
OF AMERICA GROUP#938721 STATE MANDATED
DISABILITY
PO BOX 824418
PHILADELPHIA, PA 19182-4418

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
LEAF
PO BOX 5066
HARTFORD, CT 06102-5066

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
SWIMSUIT STATION
3501 ROSE AVENUE
OCEAN TOWNSHIP, NJ 07712

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
THE HOME DEPOT CREDIT SVCS
DEPT 32-2531837411
PO BOX 78047
PHOENIX, AZ 85062-8047

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
THE NORTHEASTS ENTERTAINMENT ASSOCIATION
PO BOX 85
SACO, ME 04072

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
THE PITTSBURGH PAINTS CO.
PO BOX 536864
ATLANTA, GA 30353-6864

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
KETCHAM FENCING INC
19 BORDEN STREET
OTISVILLE, NY 10963

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
MASTER-RISK, INC.
110 MAIN ST
POUGHKEEPSIE, NY 12601

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
GUARDIAN DENTAL
PO BOX 824404
GROUP#476418
PHILADELPHIA, PA 19182-4404

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
STREAMLINE AQUATICS
P.O. BOX 130
NORTHFORD, CT 06472

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE
BANK USA, N.A.
PO BOX 15368
WILMINGTON, DE 19850

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
FAMILY FUN
3750 BECK AVE.
LOUISVILLE, OH 44641

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
THE MAIN STREET AMERICA INSURANCE
PO BOX 74008159
CHICAGO, IL 60674-8159

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
EAST FISHKILL SOCCER CLUB
ATTN PAMELA OBRIEN
PO BOX 249
HOPEWELL JUNCTION, NY 12533

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
MINI MELTS USA, LLC
19 OHIO AVE SUITE 4
NORWICH, CT 06360

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
JEM ELECTRIC, INC.
1020 ROUTE 82
HOPEWELL JUNCTION, NY 12533

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
NBT BANK, NATIONAL ASSOCIATION
701 ROUTE 9, SUITE 7
FISHKILL, NY 12524

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
DEC OFFICE SOLUTIONS
6A S ROUTE 9W
WEST HAVERSTRAW, NY 10993

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
MAD CLEAN BEER LINES
304 PERKINSVILLE ROAD
HIGHLAND, NY 12528

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
DUTCHESS COUNTY REGIONAL CHAMBER OF
COMMERCE
ONE CIVIC CENTER PLAZA
SUITE 400
POUGHKEEPSIE, NY 12601

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
HUDSON VALLEY RENEGADES
1500 RTE 9D HERITAGE FINANCIAL PARK
WAPPINGERS FALLS, NY 12590

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
IF ITS WATER, INC.
2090 BONDSVILLE ROAD
DOWNINGTOWN, PA 19335

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
KATHERINE BUNETA, RECEIVER OF TAXES
807 ROUTE 52
FISHKILL, NY 12524

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
DE LAGE LANDEN FINANCIAL SERVICES, INC.
PO BOX 825736
PHILADELPHIA, PA 19182-5736

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
IHEARTMEDIA
BANK OF AMERICA LOCKBOX SERV
PO BOX 419499
BOSTON, MA 02241-9499

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
CRACOLICI ON THE GREEN
ATTN SALVATORE CRACOLICI
16 NOTT PLACE
NEWBURGH, NY 12550

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
INCORD
PO BOX 344
BRATTLEBORO, VT 05302-0344

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
NEW IMAGE PROPERTY MAINTENANCE
14 WIDMER ROAD
WAPPINGERS FALLS, NY 12590

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
SPORTSPLEX NEW WINDSOR
2902 ROUTE 9W
NEW WINDSOR, NY 12553

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
ULINE SHIPPING SUPPLIES
PO BOX 88741
CHICAGO, IL 60680-1741

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
NEW YORK STATE DEPT OF TRANSPORTATION
REVENUE UNIT POD 5-2
50 WOLF ROAD
ALBANY, NY 12232

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
SUMMIT FIRE SECURITY, LLC
PO BOX 855227
MINNEAPOLIS, MN 55485-5227

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
NEW YORK STATE LIQUOR AUTHORITY
MT BANK LOCKBOX
PO BOX 8000-DEPT 930
BUFFALO, NY 14267

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
NEW YORK STATE HOSPITALITY TOURISM
ASSOCIATION
24 AVIATION RD. STE 208
ALBANY, NY 12205

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
TRIUMPH PRODUCTIONS, INC.
15 HUTCHINSON BLVD
SCARSDALE, NY 10583

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
SC DESIGNS APPAREL
26 WESTERN AVE
PO BOX 517
MARLBORO, NY 12542

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
NS SUPPLY OF FISHKILL, INC.
205 OLD ROUTE 9
FISHKILL, NY 12524

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
SWEET HARVEST
ATTN TARA FLAGLER
82 MAIN STREET
COLD SPRING, NY 10516

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
TUBE PRO INC.
515 BEAVER CREEK RD
WATERLOO, ON N2V 2L3
CANADA

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
MY FUN COLORS
13351 RIVERSIDE DR.
#432
SHERMAN OAKS, CA 91423

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
SARJO INDUSTRIES, INC.
PO BOX 3516
POUGHKEEPSIE, NY 12603

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
COTTON LOVE LLC
PO BOX 4029
HIALEAH, FL 33014

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
DOUGLAS COMPANY, INC.
BOX D
69 KRIF RD
KEENE, NH 03431-0716

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
SMARTE CARTE, INC
4455 WHITE BEAR PARKWAY
WHITE BEAR LAKE, MN 55110

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
LESLIES POOL SUPPLIES, INC.
ATTN ACCTS RECEIVABLE
P.O. BOX 7411789
CHICAGO, IL 60674-1789

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
DUTCHESS BEER DISTRIBUTORS, IN
5 LAUREL STREET
P.O. BOX 3289
POUGHKEEPSIE, NY 12603

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
DUTCHESS COUNTY DEPARTMENT OF BEHAVORIAL
COMMUNITY HEALTH
85 CIVIC CENTER PLAZA STE 106
POUGHKEEPSIE, NY 12601

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
HOODZ OF THE MID HUDSON VALLEY
4 EAGLE CT
HIGHLAND, NY 12528

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
DEVITTS NURSERY
56 DEVITT CIRCLE
NEW WINDSOR, NY 12553

DEBTOR SPLASHDOWN BEACH OPERATINGCO LLC
CASE NUMBER 26-16509
HIGHWAY DISPLAYS
404 MAPLE STREET
POUGHKEEPSIE, NY 12601

DEBTOR STONY CREEK OPERATING CO, LLC
CASE NUMBER 26-16511
FIRST CITIZENS COMMUNITY BANK
FIRST CITIZENS COMMUNITY BANK, TOWANDA
OFFICE
111 MAIN STREET
TOWANDA, PA 18848

DEBTOR STONY CREEK OPERATING CO, LLC
CASE NUMBER 26-16511
LONG ENERGY

DEBTOR STONY CREEK OPERATING CO, LLC
CASE NUMBER 26-16511
CAVOLIS GRINDING SERVICE
1921 BROADWAY
SCHENECTADY, NY 12306

DEBTOR STONY CREEK OPERATING CO, LLC
CASE NUMBER 26-16511
HOMETOWN BANK
31 SUTTON AVENUE
OXFORD, MA 01540

DEBTOR STONY CREEK OPERATING CO, LLC
CASE NUMBER 26-16511
ROZELL EAST, INC

DEBTOR STONY CREEK OPERATING CO, LLC
CASE NUMBER 26-16511
FIRST CITIZENS COMMUNITY BANK, LOAN
CENTRAL
1163 SOUTH MAIN STREET
MANSFIELD, PA 16933

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
GREENSCAPE LAND DESIGN INC
175 PARAMOUNT DR
RAYNHAM, MA 02767

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
WW GRAINGER INC
100 GRAINGER PKWY
LAKE FOREST, IL 60045-5201

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
AMERICAN CLEANING CO INC
ATTN ARACELY RODRIGUEZ
94 LINCOLN ST
BOSTON, MA 02135

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
ROGIN NASSAU LLC
433 S MAIN ST
WEST HARTFORD, CT 06110

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
MATTHEW TAYLOR
ADDRESS ON FILE

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
GRIMES COMPANY, INC

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
GURNEY WATER TREATMENT INC
215 WORCESTER PROVIDENCE TPKE
SUTTON, MA 01590

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
MAGUIRE COMPANY, INC.
254 ADAMS ST
NEWTON, MA 02458

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
ROBERT PALERMO
ADDRESS ON FILE

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
MAP COMMUNICATIONS INC
555 BELAIRE AVE
6TH FL
CHESAPEAKE, VA 23320

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
AMERICAN CLEANING CO INC
94 LINCOLN ST
BRIGHTON, MA 02135

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
AHP ARCHITECTS INC
116 JOHN ST
STE 115
LOWELL, MA 01852

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
SOUTH MADISON CONSTRUCTION
ATTN KENNETH SCHUSTER
747 CHESTNUT RIDGE
SUITE 205
CHESTNUT RIDGE, NY 10977

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
IPUBLISH MEDIA SOLUTIONS, LLC

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
BMC CORP
2103 CITYWEST BLVD
HOUSTON, TX 77042

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
EL HARVEY
68 HOPKINTON ROAD
WESTBOROUGH, MA 01581

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
VERIZON
PO BOX 15124
ALBANY, NY 12212-5124

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
CENTRAL NURSERIES, INC.
1155 ATWOOD AVE
JOHNSTON, RI 02919

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
CHARTER COMMUNICATIONS HOLDINGS LLC
400 WASHINGTON BLVD
STAMFORD, CO 06902

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
DIRECT ENERGY MARKETING INC.
PO BOX 32179
NEW YORK, NY 10087-2179

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
DIRECT ENERGY MARKETING INC
910 LOUISIANA ST
STE B200
HOUSTON, TX 77002

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
KEANE FIRE SAFETY EQUIPMENT CO
1500 MAIN ST
WALTHAM, MA 02451-1635

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
NATIONAL GRID
ATTN RUDY WYNTER
2 HANSON PL
BROOKLYN, NY 11217

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
NATIONAL GRID
PO BOX 371396
PITTSBURGH, PA 15250-7396

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
NSTAR ELECTRIC COMPANY
800 BOYLSTON ST
BOSTON, MA 02199

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
CINTAS CORPORATION NO 2
6800 CINTAS BLVD
MASON, OH 45040-9151

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
NORTHEAST MATERIAL HANDLING INC
11 TANNERY ST
AYER, MA 01432

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
A.L. PURINTON CORPORATION
203 GROVE ST
WORCESTER, MA 01605

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
UNITI SOLUTIONS
PO BOX 9001013
LOUISVILLE, KY 40290-1013

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
NEW ENGLAND COPY SPECIALISTS INC
39 6TH RD
WOBURN, MA 01801

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
UNITED PARCEL SERVICE INC
55 GLENLAKE PKWY NE
ATLANTA, GA 30328

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
COLLIERS INTERNATIONAL NEW ENG LLC
160 FEDERAL ST
BOSTON, MA 02110

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
ELECTRICAL DYNAMICS INC
72 B CONCORD ST
NORTH READING, MA 01864

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
RUSSO BROS INC
ATTN MATTHEW RUSSO
27 EAGLE ROCK AVE
EAST HANOVER, NJ 07936

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
EL HARVEY SONS INC
68 HOPKINTON RD
WESTBOROUGH, MA 01851

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
CBRE- 608844
ATTN CHAD DOELLINGER
2121 NORTH PEARL STREET
SUITE 300
DALLAS, TX 75201

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
SPECTRUM
PO BOX 7173
PASADENA, CA 91109-7173

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
COMMONWEALTH SUPPLY
11006 WILLOW HILL LOOP
CHESTERFIELD, VA 23832

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
KINGS III EMERGENCY COMMUNICATIONS
751 CANYON DR
STE 100
COPPELL, TX 75019

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
WB MASON CO., INC.
59 CENTRE ST
BROCKTON, MA 02303

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
JOSEPHS LOCK SAFE CO., INC.
55 GREEN ST
WORCESTER, MA 01604

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
CBRE- 8844
ATTN CHAD DOELLINGER
2121 NORTH PEARL STREET
SUITE 300
DALLAS, TX 75201

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
BUILDING AUTOMATION SYSTEMS INC
317 LIBBEY INDUSTRIAL PKWY
STE 100
WEYMOUTH, MA 02189

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
WALTHAM SERVICES, INC.
9 ERIE DR
NATICK, MA 01760

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
BROOKHAVEN HOSPICE, LLC
5 MOUNT ROYAL AVENUE
MARLBOROUGH, MA 01752

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
EVERSOURCE
PO BOX 56007
BOSTON, MA 02205-6007

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
WALTER ENRIGHT
ADDRESS ON FILE

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
CAPTIVATE LLC
350 FIFTH AVE
EMPIRE STATE BLDG
STE 6000
NEW YORK, NY 10118

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
KELLEHER SADOWSKY ASSOCIATES INC
120 FRONT ST
WORCESTER, MA 01608

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
TOWN OF WESTBOROUGH
34 W MAIN ST
WESTBOROUGH, MA 01581

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
TOWN OF WESTBOROUGH
34 WEST MAIN STREET
WESTBOROUGH, MA 01581

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
A-1 LIGHTING SERVICE COMPANY
1 SHIRLEY AVE
REVERE, MA 02151

DEBTOR TURNPIKE ROAD HOLDINGS LLC CASE
NUMBER 26-16514
CANON FINANCIAL SERVICES INC
158 GAITHER DR
MOUNT LAUREL, NJ 08054

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
REPUBLIC SERVICES
PO BOX 713502
CHICAGO, IL 60677

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
LENNYS PLUMBING
4500 SHORES DR
STE 101
METAIRIE, LA 70006

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
JETZ SERVICE
2514 S KANSAS AVE
TOPEKA, KS 66611-1146

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
K.O PEST CONTROL SOLUTIONS LLC
1323 EVEREST AVE
STE 7
SCHOFIELD, WI 54476

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
RATZLAFF, HERBERT
ADDRESS ON FILE

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
ACTUALLY CLEAN LLC
2001 ROSEN DR
STE 5-112
FORT COLLINS, CO 80528

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
LAURITSEN HEATING COOLING
5536 FENNO RD
BETTENDORF, LA 52722

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
NOBLE LANDSCAPING
2205 DR ROBERTSON RD
SPRING HILL, TN 37174

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
BRADY, J.L.
ADDRESS ON FILE

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
IOWA AMERICAN WATER
3409 RESEARCH PKWY
DAVENPORT, IA 52806-9376

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
NORIN, RON
ADDRESS ON FILE

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
CRAWFORD HEATING COOLING CO., INC
1306 MILL ST
ROCK ISLAND, IL 61201

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
CITY OF MOLINE
30 18TH STREET
MOLINE, IL 61265

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
CITY OF DAVENPORT
1200 EAST 46TH STREET
DAVENPORT, IA 52807

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
CITY OF BETTENDORF
1609 STATE ST
BETTENDORF, IA 52722

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
CHOCKLEY, ASHLEY
ADDRESS ON FILE

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
ORKIN
2170 PIEDMONT RD NE
ATLANTA, GA 30324

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
ETHEREAL CLEANING

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
MIDAMERICAN ENERGY COMPANY
666 GRAND AVE
DES MOINES, IA 50309

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
MIDAMERICAN ENERGY
PO BOX 8020
DAVENPORT, IA 52808-8020

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
FORD RISK MANAGERS
48 WALL ST
11TH FL
NEW YORK, NY 10005

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
THE SHREDDER MEDSHRED
1000 THOMAS BECK RD
DES MOINES, IA 50315

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
MEDIACOMBUSINESS
PO BOX 5744
CAROL STREAM, IL 60197

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
GIRT, CONNIE
ADDRESS ON FILE

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
PATTERSON, DMARIO D.
ADDRESS ON FILE

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
BOKANDO, PAMELA B.
ADDRESS ON FILE

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
MCCRAY, JATERRION
ADDRESS ON FILE

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
GOLD STAR RESTORATION LLC
1309 RIDGE AVE
LAKEWOOD, NJ 08701-2245

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
PERKINS, JASON
ADDRESS ON FILE

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
BANK IOWA
BANK IOWA / BANK IOWA WEST DES MOINES
1150 JORDAN CREEK PARKWAY
WEST DES MOINES, IA 50266

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
BALL, ANDRELL
ADDRESS ON FILE

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
HEARTLAND BANK AND TRUST COMPANY
ATTN CHAD BEATY
401 N. HERSHEY ROAD
BLOOMINGTON, IL 61702

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
REVIVE MIDWEST CLEANING
408 RAILROAD AVE
MOLINE, IL 61265

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
IOWA AMERICAN WATER
3409 RESEARCH PKWY
DAVENPORT, IA 52806

DEBTOR WOODLANDS EAGLE TIMBER LEASING
LLC CASE NUMBER 26-16506
ND SIGN
10715 INDIAN HEAD INDUSTRIAL BLVD
ST LOUIS, MO 63132