# EXHIBIT A

| | Lender | Leasehold Mortgagee | Borrower/Ground Landlord | Ground Tenant |
|---|---|---|---|---|
| 1. **"Shabsels Fee Leasehold Trust"** | Computershare Trust Company, N.A., as Trustee for the benefit of the registered holders of BANK5 2023-5YR1, Commercial Mortgage Pass-Through Certificates, Series 2023-5YR1 | **Valley Center**: First Financial Bank, an Ohio state charted bank **Great Pond**: Windsor Federal Savings and Loan Association **Clocktower**: Easthampton Savings Bank | **All site(s)**: Mimoct LLC, a Delaware limited liability company (successor-in-interest to Milton Valley Center LLC) | **Valley Center**: **3413 Tittabawassee Road Real Estate LLC**, a Michigan limited liability company and **3413 Tittabawassee Road Leasing LLC**, a Michigan limited liability company **Great Pond**: **200 Great Pond Drive Real Estate LLC**, a Connecticut limited liability company *(Leasehold Mortgagor)* and **200 Great Pond Drive Leasing LLC**, a Connecticut limited liability company **Clocktower**: **11200 West Florissant Avenue Leasing LLC**, a Missouri limited liability company and **11200 West Florissant Avenue Realty LLC**, a Missouri limited liability company |
| 2. **"Leeton Trust"** | Computershare Trust Company, National Association, as Trustee for the benefit of the registered holders of BBCMS Mortgage Trust 2025-C35, Commercial Mortgage Pass-Through Certificates, Series 2025-C35 | **Bettendorf, Iowa, Davenport, Iowa & Rock Island County, Illinois site(s)**: Bank Iowa, an Iowa banking corporation **Fort Worth, Texas**: First Technology Federal Credit Union | **Bettendorf, Iowa, Davenport, Iowa & Rock Island County, Illinois site(s)**: Three Property Holdings of Quad Cities LLC, an Iowa limited liability company **Fort Worth, Texas**: | **Bettendorf, Iowa, Davenport, Iowa & Rock Island County, Illinois site(s)**: **Woodlands Eagle Timber Real Estate LLC**, an Iowa limited liability company and **Woodlands Eagle Timber Leasing LLC**, an Iowa limited liability company **Fort Worth, Texas**: |

| | | | | |
|---|---|---|---|---|
| | | **Indianapolis, Indiana**: <br><br> Farmers & Merchants State Bank, an Ohio banking corporation | Integrated Eastchase Holdings LLC, a Texas limited liability company <br><br> **Indianapolis, Indiana**: <br><br> Windsong Equity Holdings LLC, an Indiana limited liability company | **1600 Eastchase Parkway Real Estate LLC**, a Texas limited liability company and **1600 Eastchase Parkway Leasing LLC**, a Texas limited liability company <br><br> **Indianapolis, Indiana**: <br><br> **2302 Windsong Drive Real Estate LLC**, an Indiana limited liability company and **2302 Windsong Drive Leasing LLC**, an Indiana limited liability company |
| 3. <br><br> **"Leeton Leased Fee Pool C Trust"** | BMARK 2026-B43 Leeton Leased Fee Pool C | **The Loop**: <br><br> Northern Bank & Trust Company, a Massachusetts trust company <br><br> **Fairplain**: <br><br> First Technology Federal Credit Union | **The Loop**: <br><br> Milton 90 Pleasant Valley Street LLC, a Massachusetts limited liability company <br><br> **Fairplain**: <br><br> Development Associates of Benton Harbor LLC, a Michigan limited liability company | **The Loop**: <br><br> **90 Pleasant Valley Street Real Estate LLC**, a Massachusetts limited liability company and **90 Pleasant Valley Street Leasing LLC**, a Massachusetts limited liability company <br><br> **Fairplain**: <br><br> **Fairplain Plaza [Street] Real Estate LLC**, a Michigan limited liability company and **Fairplain Plaza Leasing LLC**, a Michigan limited liability company |