**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

---

**FAEGRE DRINKER BIDDLE & REATH LLP**
Michael P. Pompeo
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
michael.pompeo@faegredrinker.com

-and-

Ian J. Bambrick (*pro hac vice*)
Patrick A. Jackson (*pro hac vice*)
Sarah E. Silveira (*pro hac vice*)
222 Delaware Ave. Suite 1410
Wilmington, DE  19801
(302) 467-4200 (Telephone)
(302) 467-4201 (Facsimile)
ian.bambrick@faegredrinker.com
patrick.jackson@faegredrinker.com
sarah.silveira@faegredrinker.com

*Proposed Counsel to the DAMIS Debtors and
Debtors in Possession*

| | |
|---|---|
| In re:<br><br>DAMIS Holdings LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 26-16439 (CMG)<br><br>(Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST**
**FOR HEARING ON JULY 23, 2026, AT 9:00 A.M. (ET)**

---

[1] A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS/.  The location of DAMIS Holdings LLC's principal place of business and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

DAMIS Holdings LLC and certain of its affiliates (collectively, the "DAMIS Debtors"), the debtors and debtors in possession in the above-captioned chapter 11 cases, submit this witness and exhibit list for the hearing scheduled for July 23, 2026, at 9:00 a.m. (ET) (the "Hearing") before the Honorable Christine M. Gravelle, Chief Judge, in the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Courtroom 3, Trenton, New Jersey 08608 on the *DAMIS Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Putative Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [D.I. 152, 6/24/26].

## WITNESSES

Subject to the Court's approval, the DAMIS Debtors intend to offer live testimony, to the extent necessary, from the following witnesses:

1.      Perry M. Mandarino, Chief Financial Officer to the DAMIS Debtors.  Perry Mandarino is the DAMIS Debtors' declarant.  The DAMIS Debtors will ask the Court to admit the declarations set forth below into evidence.  Mr. Mandarino will be available to address questions from the Court or any party-in-interest regarding any of his declarations and the factual bases for the relief the DAMIS Debtors seek.

2.      Any person provided as a fact witness by another party.

3.      Rebuttal witnesses as necessary.

## EXHIBITS

The DAMIS Debtors designate the following exhibits below that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| A. | *Declaration of Perry Mandarino, Chief Restructuring Office of the DAMIS Debtors, in Support of Chapter 11 Petitions and First Day Motions* | 157 |
| B. | *Notice of Filing of Budget in Connection with Cash Collateral Motion* | 180–1 |

2

| | | |
|---|---|---|
| C. | *Notice of Filing of DAMIS Debtors' Further Interim Budgets in Connection with Cash Collateral Motion* | 370–1 |
| D. | *Notice of Filing of DAMIS Debtors' Third Interim Budgets in Connection with Cash Collateral Motion* | 469–1 |

The DAMIS Debtors also cross-designate all exhibits designated by any other party in connection with the Hearing and reserve the right to use demonstratives and additional exhibits for rebuttal or impeachment purposes.

The DAMIS Debtors reserve the right to amend or supplement this witness and exhibit list prior to the Hearing including to address additional motions and applications of the DAMIS Debtors to the extent those are ultimately contested.

Dated: Florham Park, New Jersey
July 20, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Michael P. Pompeo*
Michael P. Pompeo
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
michael.pompeo@faegredrinker.com

-and-

Ian J. Bambrick (*pro hac vice*)
Patrick A. Jackson (*pro hac vice*)
Sarah E. Silveira (*pro hac vice*)
222 Delaware Ave. Suite 1410
Wilmington, DE  19801
(302) 467-4200 (Telephone)
(302) 467-4201 (Facsimile)
ian.bambrick@faegredrinker.com
patrick.jackson@faegredrinker.com
sarah.silveira@faegredrinker.com

*Proposed Counsel to the DAMIS Debtors and Debtors in Possession*