UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 26-16439 |
| | Chapter: 11 |
| DAMIS Holdings LLC, et. al. | Judge: CMG |

## NOTICE OF PROPOSED ABANDONMENT

Turnpike Road Holdings, LLC, a debtor in possession in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on August 12, 2026 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Fee interest of Turnpike Road Holdings, LLC, a Massachusetts limited liability company in the property located at in 110-114 Turnpike Road, Westborough, Massachussetts .[1]

Liens on property: First Mortgage, Security Agreement and Assignment of Rents and Leases granted by Albany Road-Westboro Executive Park LLC to Hometown Bank dated December 14, 2018, recorded December 14, 2018 with the Worcester South District Registry of Deeds at Book 59821, Page 1, as assumed by Turnpike Road Holdings LLC by Assumption and Modification Agreement dated December 23, 2022, recorded December 27, 2022 in the Worcester South District Registry of Deeds at Book 6865, Page 1241.

Amount of equity claimed as exempt: N/A

Objections must be served on, and requests for additional information directed to:

Name: Faegre Drinker Biddle & Reath LLP Attn: Michael P. Pompeo

Address: 600 Campus Drive, Florham Park, NJ 07932

Telephone No.: 973-549-7000

[1]For the avoidance of doubt, any property not explicitly provided for herein, is not being abandoned, including without limitation, all cash and cash equivalents, and any and all causes of action at equity or at law including, but not limited to, causes of action under chapter 5 of the Bankruptcy Code.