**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**ASHURST PERKINS COIE US LLP**
Gary F. Eisenberg, Bar No. 033261989
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: 212.262.6900
Gary.Eisenberg@ashurstperkins.com

*Attorneys for Computershare Trust Company, N.A.,*
*as Trustee for the benefit of the registered holders of*
*BANK5 2023-5YR1, Commercial Mortgage Pass-*
*Through Certificates, Series 2023-5YR1,*
*Computershare Trust Company, National*
*Association, as Trustee for the benefit of the*
*registered holders of BBCMS Mortgage Trust 2025-*
*C35, Commercial Mortgage Pass-Through*
*Certificates, Series 2025-C35,* and *Wilmington*
*Savings Fund Society, FSB, as Trustee, on behalf of*
*the registered Holders of Benchmark 2026-B43*
*Mortgage Trust, Commercial Mortgage Pass-*
*Through Certificates, Series 2026-B43*

| | |
|---|---|
| In Re:<br><br>    DAMIS Holdings, LLC, *et al.,*[1]<br><br>                    Debtors. | Case No. 26-16439 (CMG)<br><br>Chapter 11 |

**NOTICE OF SERVICE OF SUBPOENAS TO PRODUCE**
**DOCUMENTS AND PERMIT INSPECTION OF PREMISES**

**PLEASE TAKE NOTICE** that Computershare Trust Company, N.A., as Trustee for the

benefit of the registered holders of BANK5 2023-5YR1, Commercial Mortgage Pass-Through

Certificates, Series 2023-5YR1, Computershare Trust Company, National Association, as Trustee

---

[1] A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS/.  The location of DAMIS Holdings LLC's principal place of business and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

-1-

189008714

for the benefit of the registered holders of BBCMS Mortgage Trust 2025-C35, Commercial

Mortgage Pass-Through Certificates, Series 2025-C35, and Wilmington Savings Fund Society,

FSB, as Trustee, on behalf of the registered Holders of Benchmark 2026-B43 Mortgage Trust,

Commercial Mortgage Pass-Through Certificates, Series 2026-B43 (collectively, the "Leasehold

Tenant Creditors"), by and through their undersigned counsel, hereby give notice, pursuant to

Federal Rule of Civil Procedure 45(a)(4) (made applicable to bankruptcy cases by Federal Rule of

Bankruptcy Procedure 9016), that the Leasehold Tenant Creditors are serving the subpoenas

attached hereto as **Exhibit A** (collectively, the "Subpoenas") on the following Ground Tenant

Debtors in the above-captioned cases:

1.  3413 Tittabawassee Road Real Estate LLC

2.  3413 Tittabawassee Road Leasing LLC

3.  200 Great Pond Drive Real Estate LLC

4.  200 Great Pond Drive Leasing LLC

5.  11200 West Florissant Avenue Leasing LLC

6.  11200 West Florissant Avenue Realty LLC

7.  Woodlands Eagle Timber Leasing LLC

8.  1600 Eastchase Parkway Real Estate LLC

9.  1600 Eastchase Parkway Leasing LLC

10. 2302 Windsong Drive Leasing LLC

11. 90 Pleasant Valley Street Real Estate LLC

12. 90 Pleasant Valley Street Leasing LLC

13. Fairplain Plaza Real Estate LLC

14. Fairplain Plaza Leasing LLC

-2-

The Subpoenas command each of the foregoing entities to (a) produce the documents identified on Schedule A to each Subpoena, and (b) permit entry onto and inspection of the premises possessed or controlled by each such entity, so that the Leasehold Tenant Creditors' appraisers and property assessment report preparers may inspect, measure, survey, photograph, and appraise the properties.

Copies of the Subpoenas (including Schedule A) are attached hereto as **Exhibit A**.

Dated: August 4, 2026                     **ASHURST PERKINS COIE US LLP**

By: _s/ Gary F. Eisenberg_
Gary F. Eisenberg, Bar No. 033261989
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649
Gary.Eisenberg@ashurstperkins.com