| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>United States Department of Justice<br>Civil Division<br>Dominique Sinesi, Esq.<br>1100 L St NW, Room 7112<br>Washington, DC 20005<br>Telephone: (202) 598-0034<br>Email: dominique.sinesi@usdoj.gov | **Order Filed on September 17, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>DAMIS Holdings LLC, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16439-CMG |

**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE UNITED STATES TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C § 523 (c)**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED.**

**DATED: September 17, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

This stipulation (the "Stipulation") is entered into by the above captioned debtors and the United States of America (the "United States" and together, with the Debtors, the "Parties"). The Parties hereby stipulate and agree as follows:

**WHEREAS** on June 4, 2026, the Debtors commenced this Chapter 11 Case (the "Petition Date");

**WHEREAS** the meeting of creditors was first scheduled for July 17, 2026;

**WHEREAS** the United States has filed a Complaint in Intervention against the Debtors, 24 Civ. 06494 (SDNY), and the United States is a secured and unsecured creditor by virtue of funds loaned through the Small Business Administration;

**WHEREAS**, the Notice of Chapter 11 Bankruptcy case issued by the court set July 17, 2026 as the 341 meeting and set a deadline to file a complaint to determine whether a debt is dischargeable under § 523(c) [Doc 257]; and

**WHEREAS** Rule 4007(c) of the Federal Rules of Bankruptcy Procedure provides that "the court may, … for cause, extend the time to file [a complaint]";

**WHEREAS** the Debtors have agreed to extend the deadline for the United States to file a Complaint objecting to the dischargeability of debts owed to the United States under 11 U.S.C. § 523 through and including November 16, 2026, without prejudice to the United States' right to seek additional extensions so long as those requests are made before the end of the day on November 16, 2026.

IT IS HEREBY ORDERED as follows:

1. Pursuant to Fed. R. Bankr. P. 4007, the United States' deadline to file an adversary proceeding objecting to the dischargeability of debt under 11 U.S.C. § 523 is hereby

extended until and including November 16, 2026.

The undersigned hereby stipulate to the relief set forth herein and consent to the form and entry of this Consent Order.

Dated: September 15, 2026

FAEGRE DRINKER BIDDLE & REATH LLP

/s/ Michael P. Pompeo
Michael P. Pompeo
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
Fax: (973) 360-9831
michael.pompeo@faegredrinker.com
Counsel to Debtor DAMIS HOLDINGS LLC et al.

and

/s/ Dominique Sinesi
MARY SCHMERGEL
DOMINIQUE SINESI
Civil Division, U.S. Department of Justice
P. O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
(202) 353-5652
Attorneys for the United States Department of Justice